————FILED ————ENTERED
————LODGED ————RECEIVED

JAN 2 8 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **AW 09 CR 0048** |
| | : | CRIMINAL NO. _____ |
| v. | : | |
| | : | **(Conspiracy to Commit Sex Trafficking,** |
| LLOYD MACK ROYAL, III, | : | **18 U.S.C. § 371; Sex Trafficking,** |
| a/k/a "Blyss," | : | **18 U.S.C. § 1591; Possession of a** |
| a/k/a "B," | : | **Firearm in Furtherance of a Crime of** |
| a/k/a "Furious," | : | **Violence, 18 U.S.C. § 924(c); Aiding &** |
| | : | **Abetting, 18 U.S.C. § 2)** |
| Defendant. | : | |

...oOo...

### INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Sex Trafficking)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment,

1.     Defendant **LLOYD MACK ROYAL, III a/k/a "Blyss," a/k/a "B," a/k/a**

**"Furious,"** was a resident of Maryland and was born in 1980.

### The Minor Sex Trafficking Victims

2.     At all times relevant to this Indictment, three minor females were victims of the

crimes alleged herein. Each was a resident of Maryland and under the age of 18: MP was born in

November 1989, ST was born in May 1989, and IL was born in 1991.

### The Conspiracy

3.     Beginning at least in April 2007 and continuing through in or about May 2007, in

the State and District of Maryland and elsewhere, the defendant,

**LLOYD MACK ROYAL, III,**
**a/k/a "Blyss,"**
**a/k/a "B,"**
**a/k/a "Furious,"**

together with others, known and unknown to the Grand Jury, did knowingly, in and affecting

interstate and foreign commerce, combine, conspire, confederate and agree to commit an offense

against the United States, namely, to recruit, entice, harbor, transport, provide and obtain by any

means a person, and benefit financially and by receiving anything of value from participation in a

venture engaged in such acts, knowing that force, fraud, and coercion would be used to cause the

person to engage in a commercial sex act, and knowing that the person had not attained the age

of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18,

United States Code, Section 1591(a).

## Manner and Means of the Conspiracy

4. It was part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss,"**
**a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, would

receive monies and other things of value by forcing the minors referenced in Paragraph 2 to

engage in commercial sex acts.

5. It was a part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss,"**
**a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, would use

vehicles, public highways, hotels, private residences, telephones and the internet.

6. It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a**
**"Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury

2

would use force, threats of force, and physical assaults.

7.    It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, would target young, vulnerable female minors to engage in commercial sex acts.

8.    It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, would provide the minors with cocaine, "dippers" or "ciga-wets" (cigarettes dipped in phencyclidine liquid ("PCP")), marijuana, alcohol and other controlled substances.

9.    It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** would arrange for others both known and unknown to the Grand Jury to provide shelter, clothing, condoms and food to the minors.

10.    It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, would assert authority over the minors by forbidding them from contacting certain individuals.

11.    It was further part of the conspiracy that **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, asserted authority over the minors by forcing them to kiss the pinky ring of **ROYAL**, refer to **ROYAL** as their "daddy," engage in frequent sexual activities with **ROYAL**, and by speaking to them in derogatory and offensive terms.

### Overt Acts

12.    In furtherance of the conspiracy, and to effect the objects thereof, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and

3

unknown to the Grand Jury, committed the following overt acts in the District of Maryland and elsewhere:

      a.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, told MP, ST and IL to lie about their ages and pretend to be more than 18 years of age.

      b.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, instructed MP and ST on pricing for different sexual activities.

      c.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, told MP and ST that MP and ST would engage in sex acts for which **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** would receive payment.

      d.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** threatened to harm MP and her family if she defied him.

      e.     On multiple occasions between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, slapped, punched and hit MP.

      f.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** threatened to harm ST and her family if she defied him.

g.     On multiple occasions between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, struck ST.

h.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** held ST at gun point.

i.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** chased ST in his vehicle as ST was riding in another vehicle.

j.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** struck IL with his hands.

k.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** directed MP to engage in sexual activity with an adult male, for which **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** received monies.

l.     At some time between April 2007 and May 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** directed MP to engage in sexual activity with another adult male, for which **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** received monies.

m.     On or about April 15, 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** rented a room at the Motel 6 in Gaithersburg, Maryland where he brought MP, ST and others.

n.     On or about April 15, 2007, **LLOYD MACK ROYAL, III, a/k/a**

5

"Blyss," a/k/a "B," a/k/a "Furious," provided MP and ST with marijuana and alcohol before forcing them to engage in sexual activities with him to test their sexual aptitude.

      o.      On or about April 21, 2007, a co-conspirator provided her residence, clothing and a vehicle to **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** for the purpose of facilitating the commercial sex acts of MP and ST.

      p.      On or about April 21, 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** caused MP, ST and other individuals to be transported from Maryland to the District of Columbia to engage in commercial sex acts.

      q.      On or about April 21, 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** and others both known and unknown to the Grand Jury, provided MP and ST with cocaine before instructing them to engage in commercial sex acts.

      r.      On or about April 21, 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** received monies in exchange for the sexual acts of MP and ST.

      s.      On or about May 8, 2007, a co-conspirator arranged through **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** to prostitute MP and IL.

      t.      On or about May 8, 2007, **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** drove a co-conspirator, MP and IL to a Holiday Inn in Gaithersburg, Maryland for MP and IL to engage in commercial sexual acts.

      u.      On or about May 8, 2007, a co-conspirator and **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** sold cocaine to a customer and received from the customer monies for the commercial sex acts of MP and IL.

v.    On or about May 8, 2007, a co-conspirator and **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** provided MP and IL with "dippers" before prostituting them.

w.    On or about May 9, 2007, a co-conspirator arranged through **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** to prostitute MP at a Courtyard Marriott in Gaithersburg, Maryland.

x.    On or about May 9, 2007, a co-conspirator and **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** sold cocaine to a customer and received money from the customer for commercial sex acts with MP.

y.    On or about May 9, 2007, a co-conspirator and **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** provided MP with "dippers" before prostituting MP.

z.    At some time between May 18, 2007 and May 25, 2007,  **LLOYD MACK ROYAL, III, a/k/a "Blyss," a/k/a "B," a/k/a "Furious,"** contacted MP to persuade MP to tell law enforcement authorities that he had no knowledge of any commercial sexual activities involving MP.

18 U.S.C. § 371

## COUNT TWO
### (Sex Trafficking)

The Grand Jury for the District of Maryland further charges that:

1.      The allegations set forth in Paragraphs 1, 2 and 4 through 12 of Count One of this

Indictment are incorporated by reference here.

2.      From in or about April 2007 continuing through in or about May 2007, in the

District of Maryland and elsewhere, defendant,

**LLOYD MACK ROYAL, III,**
**a/k/a "Blyss,"**
**a/k/a "B,"**
**a/k/a "Furious,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor,

transport, provide and obtain by any means a person, namely, MP, and did benefit financially and

by receiving anything of value from participation in a venture engaged in such acts, knowing that

force, fraud and coercion would be used to cause MP to engage in a commercial sex act, and

knowing that MP had not attained the age of 18 years and would be caused to engage in a

commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

1.      The allegations set forth in Paragraphs 1, 2 and 4 through 12 of this Indictment are incorporated by reference here.

2.      On or about April 22, 2007, in the District of Maryland and elsewhere, the defendant,

### LLOYD MACK ROYAL, III,
### a/k/a "Blyss,"
### a/k/a "B,"
### a/k/a "Furious,"

did knowingly (1) possess a firearm, specifically a .380 Bersa, in furtherance of, and (2) use and carry a firearm, specifically a .380 Bersa, during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, conspiracy to commit sex trafficking in violation of 18 U.S.C. § 371, as alleged in Count One of this Indictment, and sex trafficking in violation of 18 U.S.C. § 1591, as alleged in Count Two of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

1/28/09

DATE

9