UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION


UNITED STATES OF AMERICA      .   Criminal Case No. AW-09-0048
                              .
    v.                        .
                              .   Greenbelt, Maryland
LLOYD MACK ROYAL, III,        .
                              .
             Defendant.       .   Wednesday, March 17, 2010
. . . . . . . . . . . . . . .     9:45 a.m.




TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE, AND A JURY




APPEARANCES:

FOR THE GOVERNMENT:        SOLETTE A. MAGNELLI, ESQ.
                           Office of the United States Attorney
                           36 S Charles Street
                           Baltimore, Maryland 21201

                           JAMES F. FELTE, JR., ESQ.
                           United States Department of Justice
                           950 Pennsylvania Avenue, N.W.
                           Washington, D.C. 20530

FOR THE DEFENDANT:         HARRY J. TRAINOR, ESQ.
                           Trainor, Billman, Bennett, Milko
                             and McCabe, LLP
                           116 Cathedral Street, Suite E
                           Annapolis, Maryland 21401



OFFICIAL COURT REPORTER:  GLORIA I. WILLIAMS   301-344-3228

COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

I N D E X

| GOVERNMENT'S WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Anthony Caban | | 4 | 12 | 16 |
| Ilana L. | 18 | 49 | 73 | |
| Angela Bentolila | 76 | 121 | 142 | |
| Stephanie T. | 145 | 185 | 192 | |

1                    P R O C E E D I N G S

2          THE COURT:  All right.  Are we ready?

3          MS. MAGNELLI:  Yes, Your Honor.

4          MR. TRAINOR:  Yes, Your Honor.

5          THE COURT:  All right.  Bring the witness in and we can

6    get the jury in.

7          MS. MAGNELLI:  Your Honor, just to try to help make

8    things go faster, as we have these witnesses and the government

9    has exhibits, may we simply approach?

10         THE COURT:  Yes.

11         MS. MAGNELLI:  And then when we go --

12         THE COURT:  Yes.  That's no problem.  You don't have to

13   ask to approach.  When you have exhibits, just move ahead.

14         MS. MAGNELLI:  Okay.  And may we publish them if we've

15   already provided them to counsel?

16         THE COURT:  Yes.  Unless there's some objection by

17   defense.

18         MR. TRAINOR:  As long as I can just take a glance at

19   them on the way up.

20         MS. MAGNELLI:  Sure.

21         THE COURT:  Fine.  Yes.

22         You can remain seated.  The clerk will tell you when

23   she comes in that you're still under oath.

24         (Jury present.)

25         THE DEPUTY CLERK:  Sir, you're still under oath.

1          THE COURT:  All right.  Let's be seated.

2          All right.  I believe Mr. Trainor is cross-examining

3    the witness.

4          MR. TRAINOR:  Thank you.

5          THE COURT:  Yes.

6      ANTHONY CABAN, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

7                DIRECT EXAMINATION - RESUMED

8    BY MR. TRAINOR:

9    Q   Good morning.

10   A   Good morning.

11   Q   When we left off yesterday, I believe you testified about

12   some notes that you say were made at Samantha's house?

13   A   Yes.

14   Q   This was like a shopping list for you?

15   A   Correct.

16   Q   Samantha wrote those notes, didn't she?

17   A   I don't recall.

18   Q   You don't recall?

19   A   I don't recall which individual wrote the notes.

20         THE COURT:  Speak up, sir, so we can hear.  You don't

21   recall what?

22         THE WITNESS:  I don't recall exactly who wrote the

23   note.

24   BY MR. TRAINOR:

25   Q   And Samantha handed the note to you, didn't she?

1  A    I don't recall who handed me the note.

2  Q    And you kept those notes, didn't you?

3  A    Just for a short period.

4  Q    Where are the notes?

5  A    I had thrown them out.

6  Q    You threw them away.  All right.  And I think you said that

7  those notes -- you got several sets of notes on different

8  occasions, correct?

9  A    Two.

10 Q    On two occasions.  All of those or both of those occasions

11 were at Samantha's house, right?

12 A    Correct.

13 Q    And you don't remember who wrote the notes and you don't

14 remember who gave you the notes, correct?

15 A    Correct.

16 Q    Now, you had said that the notes or the shopping list asked

17 for drugs.  I believe what you said was like Fentanyl, morphine.

18 What else?  Methadone, Oxycontin?

19 A    Oxycontin.  A lot of them were controlled substances.

20 Q    Now, those drugs are C1 or C2 controlled substances,

21 correct?

22 A    Correct.

23 Q    And you had had six years experience working at Eckerd;

24 isn't that true?

25 A    About six years.

1   Q   And you knew you had absolutely no access to those

2   controlled substances, correct?

3   A   Correct.

4   Q   So you really made no effort to get any controlled

5   substances, did you?

6   A   No.

7   Q   And those notes were destroyed, you say, in 2007?

8   A   Correct.

9   Q   All right.  So, you haven't shown the notes to anyone?

10  A   No.

11  Q   And you're the only person other than the person who wrote

12  them who's actually seen the notes, correct?

13  A   Correct.

14  Q   All right.  You testified that when you were working at

15  Criswell Honda as a salesperson, you worked with Mr. Royal,

16  correct?

17  A   Correct.

18  Q   You weren't making any money there, were you?

19  A   No.

20  Q   You were pretty much destitute at that point?

21  A   Yes.

22  Q   In fact, your car was repossessed?

23  A   Correct.

24  Q   You would go days at a time eating only peanut butter and

25  bread?

1  A   Correct.

2  Q   You were really malnourished?

3  A   Yes.

4  Q   You were behind on your rent to the point that you feared

5  being evicted?

6  A   Correct.

7  Q   And you were looking for ways to make some money, right?

8  A   Correct.

9  Q   But you couldn't put 20 or 30 dollars together at that time,

10  could you?

11  A   No.

12  Q   And you said at some time -- it must have been in 2006 --

13  Mr. Royal showed you some pictures on his cell phone; is that

14  right?

15  A   Correct.

16  Q   And that was when you were working at Criswell Honda and you

17  were on a break with him, right?

18  A   Correct.

19  Q   Everybody would go outside, some people would smoke

20  cigarettes, and they'd flip through their cell phones or their

21  e-mail?

22  A   Correct.

23  Q   So, it was during that time when he showed you some pictures

24  on his cell phone?

25  A   Correct.

1  Q   And the pictures you looked at were females, correct?

2  A   Correct.

3  Q   And they appeared to be adults?

4  A   Correct.

5  Q   And they were not pornographic pictures?

6  A   No.

7  Q   And none of the people in those pictures were Caucasian

8  females, were they?

9  A   I don't recall.

10  Q   Well, wasn't that your testimony previously, that none of

11  them were Caucasian?

12  A   I don't remember what I had said on there.  I don't recall

13  what race they were.

14  Q   Do you recall testifying before the grand jury -- court's

15  indulgence -- on May 27, 2009?

16  A   Yes, I do.

17  Q   And you were under oath at that time, correct?

18  A   Correct.

19  Q   And you recall being asked the question, "Were any of the

20  females in the photos -- were any of them Caucasian"?

21  A   Okay.  I --

22  Q   You don't recall that?

23  A   No.  That was several months ago.  I can't remember if --

24  Q   Would it refresh your memory to show you a transcript of

25  your testimony on that subject from May 27, 2009?

1    A    Yes.

2    Q    I'm going to show you page 9 of that transcript and I ask

3    you to look at the question at line 8 and your answer at line

4    10.  Does that refresh your memory?

5    A    Vaguely.

6    Q    The fact is you were asked under oath, "Were any of the

7    females in these photos -- were any of them Caucasian," and your

8    answer was "No," correct?

9    A    Correct.

10   Q    And what Mr. Royal told you at that time was if any of the

11   women -- if you'd like to hang out with them or get to know

12   them, they cost money to hang out with?

13   A    Correct.

14   Q    There was no discussion then of any sex?

15   A    No.

16   Q    And you went to a barbecue on Memorial Day of 2007 and it

17   was the home of people you knew as Pig and Samantha, correct?

18   A    Correct.

19   Q    And approximately 10 other people were there?

20   A    Correct.

21   Q    Including the toddler child that Pig and Samantha had

22   together, correct?

23   A    Yes.

24   Q    But the other people appeared to be adults to you?

25   A    Yes.

1  Q   You were attracted to a strawberry blond female who appeared

2  to be an adult to you, correct?

3  A   Correct.

4  Q   And eventually that day before you left the party, you had a

5  sexual liaison with her in the bathroom, correct?

6  A   Correct.

7  Q   You never paid any money for that?

8  A   No, I did not.

9  Q   And you were never asked for any money for that, were you?

10  A   No.

11  Q   Just so it's clear, any conversation you had about

12  pharmaceuticals was at Samantha's house?  That we know for sure,

13  correct?

14  A   Correct.

15  Q   And when you stole the non-controlled pharmaceuticals from

16  your employer, you took them to Samantha's house, correct?

17  A   Correct.

18  Q   Your goal was to make money so you could pay your bills,

19  correct?

20  A   Correct.

21  Q   But you never made a penny, did you?

22  A   No, I did not.

23  Q   And you say you gave some of those nonprescription

24  pharmaceuticals to Lloyd Royal?

25  A   Either him or Samantha, yes.

1   Q    You gave them to either one of the two?

2   A    Correct.

3   Q    I see.  And you have no personal knowledge as to what ever

4   happened to those pharmaceuticals, do you?

5   A    No, I don't.

6   Q    Now, when you were at Samantha's house talking about these

7   pharmaceuticals that you might steal from your employer, it was

8   Samantha who actually went on her computer and looked them up,

9   correct?

10  A    Correct.

11  Q    And it was she who had the pill book in her house that you

12  identified in the exhibits, correct?

13  A    Correct.

14  Q    Now, after all this happened, you've been interviewed by the

15  FBI, federal agents and the police a number of times, haven't

16  you?

17  A    Yes.

18  Q    And you've told them that you stole pharmaceuticals several

19  times from Eckerd Drugs, who was your employer for six years,

20  correct?

21  A    Right.

22  Q    And you've never heard from the loss prevention people at

23  Eckerd?

24  A    No.

25  Q    Never been arrested for stealing pharmaceuticals from your

1   employer?

2   A   No.

3   Q   What kind of work are you doing now?

4   A   I'm an anesthesiologist technician.

5           MR. TRAINOR:  No further questions.

6           THE COURT:  All right.  Do we have any redirect

7   questions?

8           MR. FELTE:  Yes, Your Honor.

9           THE COURT:  All right.

10                      REDIRECT EXAMINATION

11  BY MR. FELTE:

12  Q   Good morning, Mr. Caban.

13  A   Good morning.

14  Q   With regard to the prescriptions that you stole from Eckerd,

15  how were you going to get any money from those?

16  A   By giving them to the defendant and having him sell them and

17  reimburse me.

18  Q   Is that what the defendant told you how you were going to

19  get money?

20          MR. TRAINOR:  Objection.  Leading.

21          THE COURT:  Yes.  Sustain the objection.  Disregard the

22  question.  Rephrase it, sir.

23  BY MR. FELTE:

24  Q   What, if anything, did the defendant say about how you would

25  get money?

1   A   If I'd hand them over to him, he would sell them personally

2   on the street and give me the money the next time we had met.

3   Q   When you handed those stolen drugs over to, I believe you

4   indicated, either Samantha or the defendant, where did that

5   transaction take place?

6   A   At Samantha's house.

7   Q   And who was there when that transaction took place?

8   A   The defendant and Samantha.

9   Q   When Samantha was looking through the pill book that you

10  previously identified and the Internet, where was the defendant?

11  A   Standing next to her or somewhere in the house in the same

12  room.

13  Q   Now, you have spoken to the FBI in regards to these stolen

14  prescriptions, right?

15  A   Yes, I have.

16  Q   And you've spoken with the FBI in regards to the matter of

17  your testimony today; is that right?

18  A   Correct.

19  Q   Do you recall telling them about how you --

20          MR. TRAINOR:  Objection.  Leading.

21          THE COURT:  Yes, sustain the objection.

22  BY MR. FELTE:

23  Q   At any point in time did you have a conversation concerning

24  how you felt obligated?

25          MR. TRAINOR:  Objection.  Leading.

1          THE COURT:  Overruled.  Go ahead.

2          THE WITNESS:  Restate the question.

3    BY MR. FELTE:

4    Q   At any point in time did you tell the FBI about how you felt

5    obligated to the defendant?

6    A   Yes, I did.

7    Q   Was that before you testified in the grand jury?

8    A   Yes.

9    Q   Were you specifically asked a question by the AUSA or by any

10   prosecutor about whether you made that statement?

11         MR. TRAINOR:  Objection.  Leading.

12         THE COURT:  Yes.  Rephrase it.  Sustain the objection.

13         MR. FELTE:  Yes, sir.

14   BY MR. FELTE:

15   Q   Were you ever specifically asked in grand jury concerning

16   every statement you made?  Do you understand my question?

17   A   No, I don't.  Please repeat it.

18   Q   Okay.  Let me rephrase the question.  Do you recall on

19   cross-examination Mr. Trainor asking you about a statement that

20   the defendant made to you such as "You owe me now"?

21   A   Yes.

22   Q   Do you recall being specifically asked that question in

23   grand jury?

24   A   I don't recall.

25   Q   Now, regarding the lists that were given to you for drugs to

1  steal, do you recall that?

2  A   Yes, I do.

3  Q   Do you recall who gave you those lists?

4  A   Either the defendant or Samantha.

5  Q   And what did you do with those lists?

6  A   Destroyed them shortly after I received them.

7  Q   And why did you destroy them?

8  A   I didn't want any evidence or anybody to see that I would be

9  doing something like that.

10 Q   At any point in time did you ever have a conversation with

11 the defendant concerning what would happen if you got caught?

12 A   Yes, I did.

13        MR. TRAINOR:  Objection.  Leading.

14        THE COURT:  No.  I'm going to allow that.

15 BY MR. FELTE:

16 Q   And what did the defendant say about that?

17 A   He had given incidences of people who had snitched or who --

18 I can't remember a specific conversation, but it was on the

19 lines of people who tell what they're doing or tell who are

20 involved, they'll get hurt, their families get hurt, snitches

21 get shot at, go to jail, come after their families, stuff on

22 those lines.

23 Q   Had the defendant ever met your family?

24 A   Yes, he had.

25 Q   Where was that?

1    A   While working at Criswell Honda, my mother, my sister and my

2    niece had visited me one time.

3         MR. FELTE:  No further questions.

4         THE COURT:  Any recross?

5         MR. TRAINOR:  Just a couple of questions.

6         THE COURT:  All right.

7                      RECROSS-EXAMINATION

8    BY MR. TRAINOR:

9    Q   Mr. Felte asked you if you were asked about -- when you

10   testified before the grand jury if you said the words "You owe

11   me now," and your answer was what?

12   A   No, I don't believe so.

13   Q   What you were asked before the grand jury is what

14   conversation you had with Mr. Royal after you had sex with the

15   young lady in the bathroom, correct?

16   A   Correct.

17   Q   And you said nothing then about "You owe me now," did you?

18   A   I don't recall.  It's several months in between.  It's three

19   years ago.  I can't remember specific details, specific

20   meetings.  Each one of them were equally frightening, if not

21   more.  Nervousness, I -- I can't recall certain conversations

22   just cause -- because of fear.  So, I do not remember specific

23   questions, my specific responses, and to this point I'm trying

24   to give truthful and accurate information to the best of what I

25   remember.

1  Q   All right.  So, you don't know what you said in prior

2  testimony, do you?

3  A   I remember certain things.  I do.

4  Q   But you know that that "You owe me" did not come up when you

5  were testifying before the grand jury, did it?

6  A   I don't recall.

7  Q   There was a conversation that you've just testified about

8  that you claim to have had with Mr. Royal about what happens if

9  you get caught?

10 A   Yes.

11 Q   What you're talking about is what happens if you get caught

12 stealing from your employer, Eckerd Drugs, correct?

13 A   Not necessarily.  All those who were involved in it and who

14 get caught.

15 Q   All those who are involved in what?

16 A   In any partake of selling, stealing or distributing the

17 drugs.

18 Q   The only person who stole anything was you, right?

19 A   Correct.

20         MR. TRAINOR:  No further questions.

21         THE COURT:  All right.  You may stand down, sir.  Thank

22 you for your testimony.

23         Next witness, please.

24         MR. FELTE:  Ilana.

25         THE DEPUTY CLERK:  Please raise your right hand.

1          THE COURT:  All right.

2          THE DEPUTY CLERK:  Please raise your right hand.

3              ILANA L., GOVERNMENT'S WITNESS, SWORN

4          THE DEPUTY CLERK:  Please state your name for the

5   record, your first name for the record.

6          THE WITNESS:  Ilana.

7          THE DEPUTY CLERK:  Thank you.

8          THE COURT:  Can you move over closer to the mike.  All

9   right.  What's that name again?

10          THE WITNESS:  Ilana.

11          THE COURT:  All right.

12                       DIRECT EXAMINATION

13  BY MR. FELTE:

14  Q    And, Ilana, what is the first initial of your last name?

15  A    L.

16  Q    In what year were you born?

17  A    '91.

18  Q    Where were you born?

19  A    In Russia.

20  Q    Did there come a point in time --

21          THE COURT:  Where were you born?

22          THE WITNESS:  In Latvia, Russia.

23          THE COURT:  Okay.

24  BY MR. FELTE:

25  Q    Is that part of Russia?

1  A    It's part of the Soviet Union.

2  Q    Did there come a point in time when you moved to the United

3  States.

4  A    Yes.

5  Q    How old were you at that time?

6  A    One and a half.

7  Q    When you came to the United States, where did you move to?

8  A    To Germantown.

9  Q    Is that where you grew up?

10  A    I grew up in Germantown.  I moved to Bethesda Park.

11  Q    When you were growing up, what kind of activities did you

12  like to do?

13  A    I coached, ref'd and played soccer.  I worked and I went to

14  school.

15  Q    Were your parents together at this time?

16  A    They were in and out of my -- my dad was in and out of my

17  life.

18  Q    When did that happen?

19  A    Huh?

20  Q    Did there come a point in time when they split up?

21  A    When I was 13.

22  Q    Ilana, I want to direct your attention to April and May of

23  2007.  How old were you at that time?

24  A    Sixteen.

25  Q    Now, do you recall several years ago the police coming to

1  speak with you concerning events that happened during that time

2  period in April and May of 2007?

3  A   Yes.

4  Q   Were you truthful with the police when they came to speak

5  with you at that time?

6  A   No.

7  Q   Why not?

8  A   I was ashamed and embarrassed of my involvement.

9  Q   Now, Ilana at that time did you know a girl named Melissa

10 whose last initial was P, Melissa P.?

11 A   Yes.

12 Q   How did you know her?

13 A   I went to school with her.

14 Q   Were you in the same grade?

15 A   No.

16 Q   What grade difference, if any, was there?

17 A   She was a year older than me.

18 Q   Did there come a point in time in this time period when you

19 started hanging out with Melissa?

20 A   Yes.

21 Q   Did there come a point in time during this time period that

22 you met somebody you came to know as B?

23 A   Yes.

24 Q   How did that happen?

25 A   I met him through Melissa.

1   Q   How did you meet him through Melissa?

2   A   We went to a cookout.

3   Q   How did you get to the cookout?

4   A   He picked us up from my house.

5          THE COURT:  Ilana, keep your voice up.  Just pull the

6   mike closer to you so we can hear.  All right.  Thank you.

7   BY MR. FELTE:

8   Q   Ilana, let me approach and show you a photograph, Photograph

9   No. 1.  Do you recognize that?

10  A   Yes.

11  Q   Who is that a photograph of?

12  A   B.

13  Q   Is that a fair and accurate representation of how he looked

14  at the time you knew him?

15  A   Yes.

16  Q   You mentioned that he had came to pick you and Melissa up.

17  Do you recall what he was driving?

18  A   A white car.

19  Q   Do you remember how many doors it had?

20  A   Four.

21  Q   And when he came to pick you up, where, if anywhere, did he

22  go?

23  A   We went to Honey's house.

24  Q   Who is Honey?

25  A   A friend of B's.

1   Q   Let me show you what is marked as Government's Exhibit

2   Photograph No. 2.  Do you recognize the person in that

3   photograph?

4   A   Yes.

5   Q   Who is that?

6   A   Honey.

7   Q   Is that how you knew her at the time?

8   A   Yes.

9   Q   After picking up Honey, where did you go?

10  A   To Samantha's house.

11  Q   Where there any drugs or alcohol at Samantha's house?

12  A   We stopped at Shopper's first.

13  Q   At Shopper's?  What is Shopper's?

14  A   It's a food and warehouse grocery store.

15  Q   Does that particular Shopper's sell any alcohol?

16  A   Yes.

17  Q   What do they sell?

18  A   Beer.

19  Q   Beer?

20  A   Yes.

21  Q   Did anybody get anything at Shopper's?

22  A   We got some beer and some roll-ups.

23  Q   What are roll-ups?

24  A   Cigars used to roll marijuana.

25  Q   And you say "we."  Who got those items?

1    A    Honey.

2    Q    Did Honey go into the Shopper's with someone or by herself?

3    A    By herself.

4    Q    When she went into the Shopper's, where were you, B and

5    Melissa?

6    A    In the car.

7    Q    Now, during that point in time in the car did you have

8    conversations with the defendant?

9    A    I had a conversation with Melissa and B.

10   Q    What was that conversation about?

11             MR. TRAINOR:  Objection unless he identifies --

12             THE COURT:  Yes.  Sustain the objection without a

13   foundation.

14   BY MR. FELTE:

15   Q    Do you see the person as B in the courtroom here today?

16   A    Yes.

17   Q    Can you please point to him.

18   A    (Indicating.)

19   Q    Describe something that he's wearing.

20   A    A striped shirt.

21             MR. FELTE:  Your Honor, may the record reflect the

22   witness has pointed to the defendant?

23             THE COURT:  All right, yes.

24   BY MR. FELTE:

25   Q    What was that conversation about?

1          MR. TRAINOR:  Objection.

2          THE COURT:  With B?

3          MR. TRAINOR:  He's talking about a conversation with

4    three people involved.

5          THE COURT:  Well, identify who it's with.

6    BY MR. FELTE:

7    Q   What was that conversation about?

8          THE COURT:  Well, first of all, who was it with?  Let's

9    identify the parties because, again, if it's the defendant, it's

10   admissible.  If it's not --

11         MR. FELTE:  Certainly, Your Honor.

12         THE COURT:  -- it's not.  All right.

13   BY MR. FELTE:

14   Q   Ilana, did you have a conversation with the defendant in the

15   car at that time?

16   A   Yes.

17   Q   What was that conversation about?

18   A   We were discussing about a club.

19   Q   And what were you discussing about the club?

20   A   We were discussing about the club Love and Fur because me

21   and Melissa wanted to go but we didn't have I.D.s to get into

22   the club.

23   Q   And why didn't you have an I.D.?

24   A   Because I was only 16.

25   Q   Did the topic of your age come up during this conversation?

1  A    Yes.

2  Q    What, if anything, did you tell the defendant about your

3  age?

4  A    That I was only 16.

5  Q    After you told them that you were only 16, what, if

6  anything, did the defendant say?

7  A    Not to worry about it, that he can get me and Melissa I.D.s.

8  Q    Now, at some point in time did you go to the barbecue or the

9  cookout?

10  A    Yes.

11  Q    Where was this cookout at?

12  A    In Muddy Branch.

13  Q    Do you know whose house it was?

14  A    At Sam's house.

15  Q    Who is Sam?

16  A    A friend of B's.

17  Q    I'm sorry.  I didn't hear you.

18  A    A friend of B's.

19  Q    Ilana, let me show you Photograph No. 3 and ask if you

20  recognize that.

21  A    Yes.

22  Q    Who is in this photograph?

23  A    Sam.

24  Q    Is that a fair and accurate representation of how you knew

25  her at the time?

1   A   Yes.

2   Q   Let me show you what's been marked as Clifftop Drive 1 and

3   ask if you recognize that.

4   A   Yes.

5   Q   What is that?

6   A   Samantha's house.

7   Q   Now, when you got to this cookout at Samantha's house, what

8   did you do?

9   A   We drank beer and smoked.

10   Q   Smoked what?

11   A   Marijuana.

12   Q   Where did the marijuana come from?

13   A   B gave it to Honey to roll a J and we hit a J.

14   Q   What is a J?

15   A   A blunt rolled up with marijuana.

16   Q   Now, before this day had you smoked marijuana before.

17   A   Yes.

18   Q   Do you know about how many times?

19   A   Twenty, 30 times.

20   Q   So, are you familiar with how marijuana looks?

21   A   Yes.

22   Q   Are you familiar with how it smells?

23   A   Yes.

24   Q   Are you familiar with how it makes you feel?

25   A   Yes.

1   Q   And are you familiar with how it's used?

2   A   Yes.

3   Q   How did the marijuana that you got from B that day compare

4   to the marijuana that you'd used in the past?

5   A   The same.

6   Q   Now, other than smoking a J at this party, what were you

7   doing?  What was going on?

8   A   We were drinking beer and talking.

9   Q   While you were talking, did you ever overhear a conversation

10  between the defendant and Samantha?

11  A   Yes.

12  Q   Was anybody else around for that conversation?

13  A   We were all there.

14  Q   Do you recall what was said between the defendant and

15  Samantha?

16          MR. TRAINOR:  Objection.

17          THE COURT:  Yes.  Just tell us what you heard the

18  defendant say.

19          MR. FELTE:  Okay.  Judge, may we approach?

20          THE COURT:  All right.

21          (At the bench:)

22          MR. FELTE:  I can ask what the defendant said, but in

23  this case Samantha is also a co-conspirator.  So this would be a

24  statement of a co-conspirator --

25          THE COURT:  She is?

1          MR. FELTE:  -- in furtherance of the conspiracy.

2          THE COURT:  What's your response to that?

3          MR. TRAINOR:  What's your proffer of the statement?

4          MR. FELTE:  She will say that they were talking about

5    getting Oxycontin, Percocets, and that the defendant said that

6    he had like a pharmacist.

7          THE COURT:  All right.

8          (In open court:)

9          THE COURT:  Okay.  Overrule the objection and ask the

10   question again.

11         MR. FELTE:  Yes, Your Honor.

12   BY MR. FELTE:

13   Q    What did you hear concerning the conversation between the

14   defendant, B and Samantha?

15   A    They were discussing prescription drugs, Oxy --

16   Q    Go ahead.

17   A    Oxycontins and Percocets.

18   Q    And what were they talking about these prescription drugs?

19   A    Samantha wanted to get some.

20   Q    How were they going to get some, if you know?

21   A    Through a pharmacist.

22   Q    Now, did there come a point in time when you left the

23   party --

24   A    Yes.

25   Q    -- or the cookout?  And where did you go?

1    A    Home.

2    Q    Did there come a point in time when you saw the defendant

3    again?

4    A    The next following day.

5    Q    How did you happen to see the defendant again?

6    A    Melissa and him picked me up.

7    Q    Let me ask you one other question about the party.  Let me

8    show you what's been marked as Royal 1.  Do you recognize that?

9    A    Yes.

10   Q    What is it?

11   A    B's ring.

12   Q    B's ring?

13   A    Um-hm.

14        MR. FELTE:  May we approach, Your Honor?

15        THE COURT:  All right.

16        (At the bench:)

17        MR. FELTE:  I just want to be able to publish this to

18   the jury.  I don't know if it's going to show up on the ELMO.

19   If it does, I'm happy to do that.  If not, we have a photograph

20   of it.

21        MR. TRAINOR:  This photograph is blown so out of

22   proportion that it doesn't accurately depict the ring.  The jury

23   can hold the ring and look at it.  It's not a platinum ring and

24   this photograph is misleading.

25        THE COURT:  Well, again --

1          MR. FELTE:  It's just an enlargement.

2          THE COURT:  What you can do, you can let the jury see

3    that and then they can make their own judgment whether this is

4    an accurate depiction or whatever.  But I'm going to overrule

5    the objection to the photo because, again, she can identify it,

6    if she can, as accurately portraying, in her opinion, what this

7    is, and then if you want to send that around or whatever, or the

8    defense can send it around or whatever.

9          MR. FELTE:  Sure.  Thank you.

10         (In open court:)

11   BY MR. FELTE:

12   Q    Ilana, let me show you what's marked as Government's Exhibit

13   Royal 1a.  Do you recognize that?

14   A    Yes.

15   Q    What is it?

16   A    B's ring.

17   Q    A photograph of the ring?

18   A    Yes.

19   Q    What, if anything, did you see happen with the ring while at

20   the cookout?

21   A    Melissa kissed B's ring.

22   Q    Was anything said during this time?

23   A    B told her to kiss it and she kissed it.

24   Q    Are you able to recall his exact words?

25   A    No.

1   Q   Now, there came a point in time after the cookout that you

2   saw B again?

3   A   The following day.

4   Q   How did that happen?

5   A   Melissa and B picked me up.

6   Q   Where did you go?

7   A   We picked up his cousin.

8   Q   Do you know if it was his cousin?

9   A   No.

10  Q   Why do you call him his cousin?

11  A   That's how I was introduced to him as.

12  Q   Introduced to him by who?

13  A   By B.

14  Q   After you picked up his cousin, where did you go?

15  A   To Canterbury Apartments.

16  Q   Did you go to a specific apartment?

17  A   I don't -- it was an apartment.

18  Q   Did you ever go inside an apartment?

19  A   Yes.

20  Q   When you went inside that apartment, was anyone else there?

21  A   No.

22  Q   What did you do when you got inside the apartment?

23  A   Me, Melissa, B and his cousin smoked a dipper.

24  Q   A dipper.  What is a dipper?

25  A   PCP.

1   Q   Who provided the PCP?

2   A   It was being passed around.  B dipped the dipper, the

3   cigarette, into the vial and we smoked.

4   Q   Let me ask you some questions about that.  What was the PCP

5   contained in?

6   A   In a vial, glass vial, jar.

7   Q   Where did that glass vial come from?

8   A   B.

9   Q   Before this day had you ever used PCP before?

10  A   Yes.

11  Q   Can you explain to the jury how you use PCP?

12  A   You dip a cigarette into a liquid and you smoke it.

13  Q   And who dipped a cigarette into the liquid at this time?

14  A   B.

15  Q   What does PCP smell like, if you know?

16  A   Acetone.

17  Q   So you had a dipper?

18  A   Yes.

19  Q   What else was going on at this time?

20  A   Me and Melissa popped a e-pill, ecstasy.

21  Q   What's an e-pill?

22  A   Ecstasy.

23  Q   Where did the e-pills come from?

24  A   B gave me and Melissa each one.

25  Q   Before this day had you ever had e-pills before?

1   A   Yes.

2   Q   What else happened while in the apartment?

3   A   I did some cocaine.

4   Q   Where did the cocaine come from?

5   A   B.

6   Q   What kind of cocaine?

7   A   Powder cocaine.

8   Q   Now, before this date, had you ever done cocaine before?

9   A   Yes.

10  Q   About how many times?

11  A   Twenty, 30 times.

12  Q   Are you familiar with how powder cocaine looks like?

13  A   Yes.

14  Q   Are you familiar with how powder cocaine is used?

15  A   Yes.

16  Q   Are you familiar with the effects of powder cocaine?

17  A   Yes.

18  Q   How did the cocaine that B gave you compare to the powder

19  cocaine that you'd done in the past?

20  A   The same way.

21  Q   Now, during this time what is B doing?

22  A   In the apartment with his cousin.

23  Q   What else is going on at this time?

24  A   They're cooking the coke into crack.

25  Q   What do you see them doing as far as cooking the coke into

1  crack?

2  A   On the stove with a Pyrex.

3  Q   A Pyrex?  What's a Pyrex?

4  A   A glass container.

5  Q   So there was powder cocaine, glass container.  Was there

6  anything else that you saw?

7  A   Baking soda.

8  Q   Anything else?

9  A   Baking soda and the water and the coke.

10  Q   Had you ever seen crack cocaine before?

11  A   Yes.

12  Q   The powder cocaine in this case, did you see it cooked into

13  crack?

14  A   Yes.

15  Q   What happened to the crack after it was cooked up?

16  A   I don't know.

17  Q   Did there come a point in time when you left the apartment?

18  A   Yes.

19  Q   Where did you go?

20  A   To Honey's house.

21  Q   What did you do at Honey's house?

22  A   Change my shirt, my clothes.

23  Q   Change into what?

24  A   A halter top that Honey gave me.

25  Q   What was Melissa doing?

1   A    She was in the room with me.

2   Q    What was Honey doing?

3   A    Honey gave Melissa some condoms and dental dam.

4   Q    What is dental dam?

5   A    A sheet used for oral sex.

6   Q    It's a sheet?  I didn't hear you.

7   A    A sheet used for oral sex.

8   Q    What kind of sheet is it?  What is it made of if, you know?

9   A    I don't know what it's made out of.

10  Q    What does the sheet look like?

11  A    It's a pink elastic sheet.

12  Q    Now, did you ever have a conversation with the defendant

13  concerning prostitution?

14  A    Yes.

15          MR. TRAINOR:  Objection.  Leading.

16          THE COURT:  Overruled.

17  BY MR. FELTE:

18  Q    What did the defendant and you say during this conversation

19  about prostitution?

20  A    I don't remember the full conversation.

21  Q    What do you remember of it?

22  A    I don't remember.

23  Q    Okay.  Were you ever asked to engage in prostitution?

24  A    Yes.

25          MR. TRAINOR:  Objection.  Leading.

1              THE COURT:  Yes.  I'm going to sustain that.

2              MR. TRAINOR:  Strike the answer.

3              THE COURT:  All right.  Go ahead and strike it.  Next

4    question.

5              MR. FELTE:  Yes, Your Honor.

6    BY MR. FELTE:

7    Q    Where did you go after Honey's house?

8    A    To the Holiday Inn.

9    Q    Why were you going to the Holiday Inn?

10   A    To prostitute.

11   Q    How did you know you were going to go to the Holiday Inn to

12   prostitute?

13   A    'Cause me and Melissa talked about it.

14   Q    Was anybody else around when you talked about it?

15   A    Well, it wasn't really said what was going to happen but it

16   was assumed.

17   Q    Why would you assume that?

18   A    Because I already knew what the situation was, what was

19   going on.

20   Q    How did you know what the situation was?

21   A    Because me and Melissa had spoken about what we were going

22   to do.

23   Q    Had you ever spoken with the defendant about this?

24             MR. TRAINOR:  Objection.  Leading.

25             THE COURT:  Yes.  Sustained.

1    BY MR. FELTE:

2    Q    Let me show you what's been marked as Holiday Inn 1.  Do you

3    recognize that?

4    A    Yes.

5    Q    What is it?

6    A    The Holiday Inn in Gaithersburg, Maryland.

7    Q    How did you get to the Holiday Inn that day?

8    A    We drove there.

9    Q    Excuse me?

10   A    We drove.

11   Q    Who drove?

12   A    B, me, Melissa and his cousin.

13   Q    Who drove the car?

14   A    B.

15   Q    What happened when you got there?

16   A    Me, Melissa and his cousin and B were in the car and we went

17   up to the room.  Well, B went up to the room first and then me,

18   Melissa and his cousin followed after later.

19   Q    Did anybody at any point have a phone in the car?

20   A    Yes.

21   Q    Who had a phone?

22   A    His cousin.

23   Q    At any point in time did anybody speak on the phone?

24   A    Yes.

25   Q    Who was that?

1   A   His cousin.

2   Q   When did his cousin speak on the phone?

3   A   Before we went up to the room.

4   Q   Was B in the car at the time that his cousin spoke on the

5   phone?

6   A   No.

7   Q   Now, when you went up to the room, who did you go up to the

8   room with?

9   A   Me, Melissa and his cousin.

10  Q   When you got to the room, who was there?

11  A   B and Adam.

12  Q   Adam.  Who is Adam?

13  A   A guy.

14          THE COURT:  Was what?

15          THE WITNESS:  A guy.  He was a Russian Jew.

16  BY MR. FELTE:

17  Q   He was a Russian Jew?

18  A   Yes.

19  Q   How do you know he was a Russian Jew?

20  A   Because we had a discussion about it.

21  Q   And is there any reason why that stands out in your memory?

22  A   Because I'm a Russian Jew.

23  Q   Let me show you Holiday Inn No. 3 and ask if you recognize

24  that.

25  A   Yes.

1  Q   What is that?

2  A   A picture of Adam.

3  Q   Now, when you got to the room with the defendant and Adam,

4  what happened?

5  A   Me and Melissa and B and his cousin were all in the room

6  talking and then B and Adam went into the bathroom.

7  Q   When you saw B and Adam go to the bathroom, what, if

8  anything, did you notice about Adam?

9  A   Adam had money in his hand.

10 Q   How long did they stay in the bathroom?

11 A   A couple minutes.

12 Q   Did there come a point in time when they came out of the

13 bathroom?

14 A   Yes.

15 Q   Did Adam have any money in his hand at that time?

16 A   No.

17 Q   Did you see any drugs in the hotel room?

18 A   Yes.

19 Q   What drugs did you see?

20 A   Crack.

21 Q   Did you see where that crack cocaine came from?

22 A   No.

23 Q   Where was the crack cocaine in the hotel room?

24 A   On the table.

25 Q   What happened then?

1   A    B left and his cousin left.

2   Q    So who is remaining in the room?

3   A    Me, Melissa and Adam.

4   Q    What happens then?

5   A    Me and Melissa go in the bathroom.

6   Q    What happens in the bathroom?

7   A    Me and her were talking.

8   Q    Did there come a point in time when you come out?

9   A    Yes.

10  Q    What did you see when you came out?

11  A    Adam was smoking crack and sitting on the couch watching a

12  porno.

13  Q    Porno, is that a pornographic movie?

14  A    Yes.

15  Q    What happens then?

16  A    Me and Melissa and Adam engage in intercourse.

17  Q    I apologize.  Can you explain a little bit further exactly

18  what Melissa did?

19  A    Melissa and Adam had sex first, vaginal.  Then me and Adam,

20  and then me and Melissa engage in oral sex.  I gave Melissa oral

21  sex.

22  Q    What did you use to give Melissa oral sex?

23  A    Dental dam.

24  Q    So, specifically with regards to Adam, what did Melissa do?

25  A    She gave him oral sex and vaginal intercourse.

1  Q   And with regards to you, what did you do with Adam?

2  A   Vaginal intercourse and oral sex.

3  Q   And with regards to you and Melissa, what did you do?

4  A   Oral sex.

5  Q   Why did you give Melissa oral sex?

6  A   Because Adam wanted to.

7  Q   Now, did there come a point in time when the sexual acts

8  were finished?

9  A   Yes.

10  Q   What happened then?

11  A   Me and Melissa went into the bathroom and Adam used his

12  phone and I don't know who he called, but B came back to the

13  room.

14  Q   After Adam used the phone?

15  A   Yes.

16  Q   Did anybody else come back with B?

17  A   His cousin.

18  Q   What happened then?

19  A   Melissa and B were having a conversation about Adam owing B

20  money because of the girl-on-girl action and --

21       MR. TRAINOR:  Objection to the conversation unless the

22  parties are identified.  I think she's --

23       THE COURT:  All right.  Identify the parties.

24  BY MR. FELTE:

25  Q   Who is having this conversation?

1   A   B and Melissa.

2   Q   And what is B saying?

3   A   They were discussing --

4           MR. TRAINOR:  Objection.

5           THE COURT:  I'm going to overrule it.

6   BY MR. FELTE:

7   Q   Continue.  What were they saying?

8   A   They were discussing money because Adam didn't have any more

9   cash.  So, Adam gave Melissa a gold chain for collateral until

10  he could get the money.

11  Q   And what was that for?

12  A   For the girl-on-girl action.

13  Q   Is that when you had oral sex with Melissa?

14  A   Yes.

15  Q   What happened then?

16  A   We left the hotel.

17  Q   At any point in time did you receive any money?

18  A   Yes.

19  Q   When was that?

20  A   In the hotel.

21  Q   How did that happen?

22  A   Me and B were in the bathroom.

23  Q   Was this before or after the sexual acts with Adam?

24  A   After.

25  Q   And what, if anything, did B say to you at that time?

1   A   Told me I did a good job and gave me some money and told me

2   not to tell Melissa that he gave me money.

3   Q   Did you see the money that he gave you?

4   A   Yes.

5   Q   Where did that money come from?

6   A   His pocket.

7   Q   Can you describe that money?

8   A   It was a wad of cash.

9   Q   How big was that wad?

10  A   Like that (indicating).  I don't know.  Just a wad about two

11  or three inches.

12  Q   Two or three inches?

13  A   Yes.

14  Q   How many times was that wad folded?

15  A   Once.

16  Q   Now, you called the defendant -- referred to him as B?

17  A   Yes.

18  Q   Are you aware of any other nicknames he had?

19  A   Blyss.

20          THE COURT:  What was that?

21          THE WITNESS:  Blyss.

22  BY MR. FELTE:

23  Q   What nicknames, if any, did Melissa have?

24  A   Reddz.

25  Q   Did you have a nickname?

1   A    Star.

2   Q    Where did Star come from?

3   A    B and Melissa.

4   Q    Do you know why they called you Star?

5   A    Because I had star hoop earrings and they called me Star.

6   Q    Did you ever have a conversation with the defendant

7   concerning the use of nicknames?

8   A    Yes, because people -- he didn't -- we didn't want people to

9   know our real names.

10  Q    Now, after the Holiday Inn where, if anywhere, did you go?

11  A    We went to -- we picked up Honey.  We went to Honey's house

12  and picked her up and then we went to Denny's.

13  Q    What did you do at Denny's?

14  A    We ate.

15  Q    Who paid for that?

16  A    B.

17  Q    Did you ever have a conversation with B concerning paying

18  for food or anything?

19  A    No.

20  Q    What about for any other objects such as jewelry or anything

21  of that nature?

22  A    He bought me cigarettes.

23  Q    What, if anything, did he say about buying you cigarettes?

24  A    He said he'll take care of me and buy me cigarettes and

25  whatever I needed.

1    Q    He said he'll take care of you and buy you cigarettes.

2    What, if anything, would you have to do?

3    A    Be part of the team.

4    Q    What did that mean, be part of the team?

5    A    Do the prostitution.

6    Q    Did he talk about that?

7    A    We've had conversations, but I don't remember the full

8    details.

9    Q    Okay.  Are you able to remember that the topic was about

10   prostitution?

11   A    Yes.

12   Q    Did you go anywhere after Denny's?

13   A    We dropped off Honey and then we dropped off his cousin and

14   Melissa.

15   Q    So who is left in the car at this point in time?

16   A    Me and B.

17   Q    Where, if anywhere, do you go?

18   A    To my house.

19   Q    Did you make it back to your house?

20   A    No.

21   Q    Where did you go?

22   A    He passed my house and continued going straight.

23   Q    Did you ever see a police car that night?

24   A    Yes.

25   Q    When was that?

1   A    On the way to my house.

2   Q    What happened when you saw the police car?

3   A    We pulled into the gas station to get away from the police

4   officer.

5   Q    When you say to get away from the police officer, why do you

6   say that?

7   A    Because B had said he had guns in the car, so he didn't want

8   to be around the police.

9   Q    Well, what happened then?

10  A    We went to a neighborhood and he claimed he had -- it was a

11  car there that he said was his also and he put whatever was in

12  the trunk -- I didn't see anything -- into the other car.

13  Q    So you don't know what was actually in the trunk?

14  A    No.

15  Q    You just saw him put something into another car?

16  A    Yes.

17  Q    Then what happened?

18  A    Then that's when we continued towards my house but didn't go

19  to my house.

20  Q    Where did you go?

21  A    We passed the turn to my neighborhood and he continued

22  straight and pulled off into a gravel road.

23  Q    What happened when you got to the gravel road?

24  A    B tried to have sex with me.

25  Q    How did that happen?  What was said?

1   A   He was trying to have anal sex with me and I said no.

2   Q   What, if anything, did he say in regards to anal sex?

3   A   He told me that Melissa liked it and she said she didn't do

4   it either and she did it and she liked it.

5   Q   Did you have anal sex with him?

6   A   No.

7   Q   What happened then?

8   A   I wanted to go home and he wasn't trying to take me home,

9   and he pulled out his penis and tried to get me to give him oral

10  sex.

11  Q   What, if anything, was said?

12  A   Huh?

13  Q   What, if anything, was said at that point in time?

14  A   He told me if I give it a kiss, he would take me home.  So I

15  did it.

16  Q   Did he take you home after that?

17  A   Yes.

18  Q   Now, after that day did you ever hang out with B any more?

19  A   No.

20  Q   Why was that?

21  A   Because I didn't -- I didn't like what I had done and I had

22  written Melissa a message on MySpace and told her that I didn't

23  want anything to do with them any more and it was degrading and

24  that I didn't feel comfortable doing what they were doing.

25  Q   Did you ever see B again?

1    A    Yes.

2    Q    Where did you see him?

3    A    He popped up at my house.

4    Q    And what happened when he popped up at your house?

5    A    He came to my front door and I came outside to speak to him

6    and he kept trying to tell me to come out to lunch with him and

7    talk to him, and I refused and I wouldn't go and he started to

8    get angry with me.

9    Q    Well, what happened when he started to get angry with you?

10   A    My brother and his girlfriend pulled up and then me, B and

11   my brother and his girlfriend were having a conversation and he

12   introduced himself to my brother and his girlfriend.

13   Q    What happened then?

14   A    Then my brother and his girlfriend went back into the house.

15   They had exchanged numbers because they were discussing the club

16   and my brother -- he invited my brother and his girlfriend to

17   come along with us and they exchanged phone numbers, and my

18   brother and his girlfriend went back into the house, and I

19   continued to have a conversation with B and he started getting

20   angry with me because I didn't want to go with him, and then my

21   mother came out to see if everything --

22            MR. TRAINOR:  Objection to what her brother said.

23            THE COURT:  I didn't hear that.  Overruled.  I didn't

24   hear anything about the brother.  I heard something about the

25   mother came out.

1          MR. FELTE:  Yes.

2          THE WITNESS:  Yes.  My mother opened the door because

3   we were on the front porch and she came out to see if everything

4   was all right because she heard us getting loud.

5   BY MR. FELTE:

6   Q   Well, when your mother opened the door, what did you do?

7   A   I told her I would be in in a second and that everything was

8   okay.

9   Q   Did you go inside the house after that?

10  A   Yes.

11         MR. FELTE:  Thank you.  Please answer any questions

12  counsel may have.

13         THE COURT:  All right.  Cross-examination.

14         MR. TRAINOR:  Thank you, Your Honor.

15                        CROSS-EXAMINATION

16  BY MR. TRAINOR:

17  Q   Who is this cousin that you're talking about?

18  A   I don't know.

19  Q   Could you describe him?

20  A   He was an African-American male.  I don't -- he was kind of

21  short and on the chunky --

22  Q   Short and chunky.

23  A   Like -- I don't -- I don't -- he had like short hair.  I

24  don't remember.  I've only seen him that one day.  That was four

25  years ago.

1    Q    How old was he?

2    A    I don't know.

3    Q    You don't know his name?

4    A    No.

5    Q    Your friend was Melissa, right?

6    A    Yes.

7    Q    And you didn't know this person Mr. Royal until you knew

8    Melissa, right?

9    A    Yes.

10   Q    Melissa and you went to school together?

11   A    Yes.

12   Q    You both dropped out of school?

13   A    Yes.

14   Q    All right.

15   A    I don't know about Melissa, but I dropped out.  I don't talk

16   to her any more.

17   Q    All right.  So you don't talk to Melissa any more?

18   A    I haven't talked to her --

19   Q    When was the last time you talked to Melissa?

20   A    The MySpace conversation we had.

21   Q    All right.  So, you would have --

22   A    I apologize.  She came to my job.  I worked at Giant and she

23   came to my job and she had told me she was pregnant and had told

24   me that the police were questioning her about the situation and

25   asked me if they have questioned me, and I told her no, because

1  at that point they haven't.

2  Q   All right.  When was that?

3  A   I don't remember.

4  Q   Was that closer to 2007?

5  A   I don't remember.

6  Q   When were you working at Giant?

7  A   During the time that this was -- the Holiday Inn incident.

8  Q   The Holiday Inn incident happened in 2007?

9  A   Yes.

10  Q   How old are you now?

11  A   I'm 19.

12  Q   All right.  Isn't it true that you and Melissa would lie

13  about your age at times?

14  A   I didn't hang out with Melissa very much to know.  I had

15  just recently started hanging out with her the week before I met

16  B.  When we were in school together, we weren't friends.  I just

17  knew who she was and I had become friends with her through my

18  friend Imari a week before I had met B and I started hanging out

19  with her then.

20  Q   But you used to go to her MySpace page all the time, didn't

21  you?

22  A   Yes.

23  Q   And didn't her MySpace page show an age that was older than

24  was real?

25  A   Yes.

1   Q    Didn't Melissa tell you that you should lie about your age?

2   A    She told me if anybody asked, that I was 17, about to be 18.

3   Q    You told people that you were of age, didn't you?

4   A    I told them I was 17 instead of 16.

5   Q    Who did you tell you were 17?

6   A    Adam.

7   Q    The only person that you had sex with was this Adam

8   person --

9   A    Yes.

10  Q    -- and whatever went on between you and Melissa, right?

11  A    Yes.

12  Q    Nobody forced you to do that, did they?

13  A    No.

14  Q    And the person whom you discussed -- you and Melissa

15  discussed what you were going to do at the Holiday Inn before

16  you went in, correct?

17  A    Yes.

18  Q    And this person Honey, did she go by any other names?

19  A    I later after the case or after the police started

20  questioning me found out her name was Tia.

21  Q    Shantia Tibbs?

22  A    Yes.

23  Q    Is that what the police told you?

24  A    No.  That's what Melissa told me.

25  Q    Melissa told you it was Shantia Tibbs, but you knew her as

1  Honey, correct?

2  A   Yes.

3  Q   And Shantia gave you and Melissa items that you used with

4  Adam, I mean, condoms and the thing you describe as a dental

5  dam?

6  A   Yes, because B told us not to have sex without protection

7  ever.

8  Q   Not to ever have sex without protection?

9  A   Yes.

10  Q   Now, you said that the day -- well, you had had a reunion

11  with Melissa, hadn't you?

12  A   Yes.

13  Q   And that was before this Holiday Inn incident?

14  A   Yes.

15  Q   You hadn't seen Melissa for some time since you'd been in

16  high school together, right?

17  A   Yes.

18  Q   And --

19  A   No.  It was middle school.

20  Q   You found each other on MySpace; is that right?

21  A   No.

22  Q   But you communicated with her using the e-mail function on

23  MySpace?

24  A   After I had met up with her again.

25  Q   All right.  Tell us how you met up with her again.

1   A    Through my best friend Imari.

2   Q    Imari, I-m-a-r-i?

3   A    Yes.

4   Q    Imari is a he?

5   A    Yes.

6   Q    All right.  So, Imari knew Melissa and Imari knew you?

7   A    Yes.

8   Q    And this Imari told you how to get in touch with Melissa?

9   A    No.  I was over Imari's house and Melissa came over and we

10  all smoked a J together.

11  Q    So, you and Melissa and Imari smoked marijuana together?

12  A    Yes.

13  Q    Is that what you mean?  And that was before the Holiday Inn

14  incident?

15  A    Yes.

16  Q    How much before?

17  A    About a week or two before.

18  Q    Now, that week or two before was the first time you'd seen

19  Melissa in some time?

20  A    Yes.

21  Q    And from the time you started smoking marijuana with her at

22  Imari's house until the time that you went to the Holiday Inn,

23  you spent a lot of time with Melissa, didn't you?

24  A    She came over to my house a lot.

25  Q    And you and she would talk and get together?

1   A   Yes.

2   Q   All right.  And did you and she use drugs together?

3   A   We only smoked marijuana together before.

4   Q   During that week?

5   A   Yes.

6   Q   But previously you had experience with cocaine and

7   phencyclidine?

8   A   What's --

9   Q   PCP.

10  A   Yes.

11  Q   PCP is phencyclidine that you know as dippers, correct?

12  A   Yes.

13  Q   And you'd done that many times?

14  A   I only smoked dippers one time before then.

15  Q   All right.  And that will kind of mess you up, wouldn't it?

16  A   I assume so, yes.

17  Q   On this day of the Holiday Inn when you made the

18  observations that you spoke about, you were smoking dippers,

19  right?

20  A   I only took two hits of the dipper.

21  Q   All right.  And you took what you described as an e-pill --

22  A   Ecstasy.

23  Q   -- which is ecstasy?

24  A   Yes.

25  Q   Describe the feeling you get from ecstasy.

1   A   Your body is very sensitive to feeling, touch, and you get

2   kind of sweaty and hot and your heart beats.

3   Q   In addition to that, you were doing cocaine, correct?

4   A   Yes.

5   Q   All right.  And that wasn't new to you or anything, was it?

6   A   No.

7   Q   Was Melissa doing those drugs as well?

8   A   Yes.

9   Q   Now, you described crack.  Are you familiar with crack?

10  A   I know what it looks like, yes.

11  Q   All right.  And crack is a form of cocaine that is smoked?

12  A   Yes.

13  Q   And you've been around that a lot before?

14  A   Yes.  Not a lot but I've seen it before and I know what it

15  is.

16  Q   At parties and get-togethers?

17  A   No one I know smokes it, but I know what it is.

18  Q   How do you know what it is?

19  A   Because I've seen it in person.  My cousin --

20  Q   I can't hear you.

21  A   I've seen -- I've seen it before, but I wasn't really around

22  anyone that smoked it.  I know people who sold it.

23  Q   You knew people who sold it?

24  A   Yes.

25  Q   Your experience has been in a drug culture; am I correct?

1  A   I grew up in a dysfunctional home, yes.

2  Q   And were drugs used in your home?

3  A   Alcohol.

4  Q   Alcohol.  But you and your friends would be around crack

5  cocaine and you would use cocaine, powder cocaine?

6  A   Yes.

7  Q   Marijuana?

8  A   Yes.

9  Q   Ecstasy?

10  A   Yes.

11  Q   And occasionally PCP?

12  A   I've only done it twice before.

13  Q   All right.  Now, you went to a cookout at Samantha's house?

14  A   Yes.

15  Q   And you said -- did you meet her husband or boyfriend?

16  A   Her husband, her boyfriend, her son.

17  Q   Wait.  Her husband and boyfriend?

18  A   No.  I don't know if it was her boyfriend or her husband.

19  Q   One guy?

20  A   A guy.

21  Q   You're talking about one guy?

22  A   Yes.

23  Q   His name was Pic or --

24  A   I didn't know -- I didn't remember his name.  I just know I

25  met him.

1   Q   All right.  So, you met Samantha and her male friend?

2   A   And her son.

3   Q   And her son, who was a little boy, right?

4   A   Yes.

5   Q   Other people there included who?

6   A   I don't know the names.  There was another female, another

7   male, and there was -- it was people there.  I didn't know their

8   names.

9   Q   All right.  And you saw Honey roll up a blunt, right?

10  A   Yes.

11  Q   And that's marijuana?

12  A   Yes.

13  Q   And pretty much everybody was drinking beer and --

14  A   I drank one beer.

15  Q   You had a beer.  And smoked marijuana with others, correct?

16  A   Yes.

17  Q   You didn't see any sex going on there, did you?

18  A   No.

19  Q   That was Memorial Day 2007?

20  A   I don't remember the exact day.

21  Q   But that was the only time you were at Samantha's house?

22  A   Yes.

23  Q   Now, this testimony you've given today is not what you told

24  the police or the FBI when you were first interviewed, is it?

25  A   No.

1   Q   Not even close, is it?

2   A   No.

3   Q   It's changed?

4   A   Yes.

5   Q   Did you meet a guy named P.J.?

6   A   Not that I recall, no.

7   Q   And this person Adam who you had sex with --

8   A   Yes.

9   Q   -- with Melissa, correct --

10  A   Yes.

11  Q   -- he was a drug user?

12  A   Yes.

13  Q   You watched him smoke crack practically the whole time you

14  were in the hotel with him?

15  A   In the beginning he was, yes, before we had sex.

16  Q   He was smoking and smoking and smoking?

17  A   No, he wasn't smoking and smoking.  He smoked -- he took a

18  couple hits before we had sex.

19  Q   How do you smoke crack, I mean, when you say take a couple

20  of hits?

21  A   A glass stem with some Chore Boy.

22  Q   Like a little pipe?

23  A   Yes.

24  Q   Is that it?  And you would see him light this little pipe

25  with a chunk of --

1    A    Chore Boy.

2    Q    -- what you thought was crack, correct?

3    A    Yes.

4    Q    And he smoked that.  And how many movies did he watch while

5    you were there?

6    A    It was just the one movie that was on.

7    Q    How long were you in the room?

8    A    I don't remember the exact time frame.

9    Q    I mean --

10   A    Maybe an hour, two.

11   Q    Between one and two hours would be a fair statement?

12   A    Yes.

13   Q    You never saw any money handed to Mr. Royal?

14   A    No, I did not.

15   Q    You say Mr. Royal and Honey -- afterwards you went over to

16   Honey's house; is that right?

17   A    We didn't go into her house.  We picked her up and went to

18   the Denny's, because we invited her to come eat with us.

19   Q    And you had a nice breakfast?

20   A    Yes.

21   Q    Was Melissa with you?

22   A    Yes.

23   Q    What time of the day was this that you went to Denny's?

24   A    At night, because Denny's is 24 hours.

25   Q    It was dark, but do you know whether it was -- I mean, was

1   it midnight or was it after midnight?

2   A   I don't recall the exact time.

3   Q   You don't know whether it was 9 o'clock or 2 a.m.?

4   A   It's late.  Probably about -- it's after 12.

5   Q   And then after breakfast everybody is dropped off?

6   A   Yes.

7   Q   And the person you knew as B, Mr. Royal, was driving the

8   vehicle, correct?

9   A   Correct.

10  Q   And on the way home to your house he stopped and parked; is

11  that right?

12  A   He stopped into a neighborhood in a parking lot and he got

13  something out of his car and put it into another car.

14  Q   And he came on to you?

15  A   Later, yes.

16  Q   In the car?

17  A   Not at that moment.

18  Q   At what moment?  I'm not sure what moment you're talking

19  about.  He did what now?

20  A   When we were in the car -- when we were on our way home, he

21  pulled into a neighborhood because an officer was behind us.  He

22  pulled into a neighborhood because an officer was behind us

23  earlier and we pulled into a gas station to get away from the

24  officer.  And then we pulled into a neighborhood.  It was

25  townhouses.  And he put whatever material was in his trunk into

1   another vehicle, which I don't know what it was.  I didn't see.

2   And then we continued towards my house and pulled off into the

3   street.

4   Q   All right.  So, as the two of you were driving home --

5   A   Yes.

6   Q   -- he and you both saw a police officer, right?

7   A   Yes.

8   Q   And he pulled into a gas station to avoid getting stopped?

9   A   Yes.

10  Q   Then he stopped by a parking lot.  Was it like an apartment

11  parking lot?

12  A   No.  It was townhouses.

13  Q   Townhouses.  And put something that had been in the trunk

14  into the other car?

15  A   Yes.

16  Q   You have no idea what that was?

17  A   I have no idea.

18  Q   He didn't say what that was and you didn't see it?

19  A   He told me it was a gun, but I didn't see it.

20  Q   He never showed you any gun, did he?

21  A   No.

22  Q   In fact, up until that point, he and you had been very nice

23  to each other, right?

24  A   Yes.

25  Q   There was no -- up until that point -- let's say up until

1   the time you had sex with this guy Adam, he didn't force you or

2   push you into it?  He didn't trick you --

3   A   No, he did not.

4   Q   -- or lie to you to get you to do it?

5   A   No.

6   Q   You made a decision, right?

7   A   He asked me to do it and I agreed to.

8   Q   No pressure?

9   A   Well, I didn't want to do it, but they kept asking me to do

10  it.

11  Q   Who?  Melissa?

12  A   Melissa and B.

13  Q   So you decided to do it?

14  A   Yes.

15  Q   After he stopped on the way home to drop something off in

16  the trunk of the car --

17  A   Yes.

18  Q   -- of the other vehicle, you guys parked someplace?

19  A   Um-hm.

20  Q   And it was beyond your house, correct?

21  A   It was past my neighborhood.

22  Q   And he made an advance at you?

23  A   Yes.

24  Q   And it was your understanding that he wanted to have some

25  kind of sexual activity with you?

1    A    Yes.

2    Q    And you never had sex with B?

3    A    No.

4    Q    And that was the last time you ever went anywhere with B or

5    Melissa?

6    A    Yes.

7    Q    Except for the time that Melissa came to the Giant where you

8    worked?

9    A    Yes.  She was there with her mom.

10   Q    Now, let me go back to the time where you think -- well, the

11   day that you were with Mr. Royal and you say you went to an

12   apartment, where was that apartment?

13   A    The apartment with his cousin and Melissa?

14   Q    Yes.  Before you went to the Holiday Inn, you said Melissa

15   and Mr. Royal and a cousin who you described and you went to an

16   apartment?

17   A    Um-hm, in Canterbury.

18   Q    And you used drugs there?

19   A    Yes.

20   Q    And you witnessed the two gentlemen cooking in the kitchen?

21   A    Yes.

22   Q    And they appeared to you to be cooking what you know to be

23   crack cocaine, correct?

24   A    Yes.

25   Q    What happened to that crack cocaine?

1   A    I don't know.  I was in the living room.

2   Q    Whose apartment was that?

3   A    I don't know.

4   Q    Was it furnished?

5   A    It was a couch and a TV and Xbox.

6   Q    An Xbox.  Did you note the address of that apartment?

7   A    No, I do not.

8   Q    Did you ever tell the police about that apartment?

9   A    Yes, I did.

10  Q    Did they take you back there or try to find the place with

11  you?

12  A    No.

13  Q    Now, this ring that you identified, is that the ring that

14  you saw Mr. Royal wearing on his pinky?

15  A    Yes.

16  Q    Did anybody tell you that it was platinum and made of

17  diamonds?

18  A    Yes.

19  Q    Who told you that?

20  A    B.

21  Q    He bragged that it was a very expensive item, correct?

22  A    Yes.

23          MR. TRAINOR:  I wonder if I could see that ring.

24  BY MR. TRAINOR:

25  Q    Did you ever look at it?

1    A    Not up close.

2              MR. TRAINOR:  I would ask permission to publish this to

3    the jury.

4              THE COURT:  Yes.  Sure.

5    BY MR. TRAINOR:

6    Q    After all this happened in 2007, did you run into B again?

7    A    No, I have not.

8    Q    You didn't see him at the Giant store?

9    A    Not that I recall, no.  The last time I seen him was at my

10   house.

11   Q    You never got any phony I.D., did you?

12   A    Any what?

13   Q    Phony identification.  You said that you had told Mr. Royal

14   that you were under age and he said, "I'll get you a phony

15   identification" or "I'll get you identification."

16   A    Yes.

17   Q    You never got that, did you?

18   A    No.

19   Q    You don't have an I.D. that says you're older than you are,

20   do you?

21   A    No.

22   Q    Did you ever come to Mr. Royal's house on Carousel Court?

23   A    Not that I recall.  I came to a house one time with him,

24   yes.  There was a child there.  I don't remember where it was.

25   Q    You came there after all this happened, right?

1   A   No, it wasn't after.

2   Q   When did you go to the house that you just described?

3   A   I don't -- it was before -- it was before the Holiday Inn

4   incident.

5   Q   Before what holidays?

6   A   I said the Holiday Inn incident.

7   Q   Oh, before the Holiday Inn incident.  But you had known

8   Mr. Royal for what, less than a week?

9   A   Yes.

10  Q   You knew him barely at all, correct?

11  A   Yes.

12  Q   And you claim that you went to his house where his child

13  was?

14  A   Yes.

15  Q   Who was with you?

16  A   It was just me and him.

17  Q   And how did you get there?

18  A   He picked me up.

19  Q   And you drove to his house.  Did you meet his baby's mother?

20  A   No.

21  Q   You say that was before the Holiday Inn, correct?

22  A   Yes, because after the incident, I never seen him again or I

23  never -- I avoided him.

24  Q   Did you go inside his house?

25  A   Yes.

1   Q   Did you see all the furnishings and -- did he say it was his

2   house?

3   A   I'm assuming it was his house because his daughter was

4   there.

5   Q   Now, was his daughter with him when he picked you up that

6   day?

7   A   No.

8   Q   You think his daughter was home alone?

9   A   I didn't see nobody else in the house.  It might have been

10  somebody upstairs or downstairs, but I --

11  Q   How long were you in the house?

12  A   Not very long.

13  Q   When you say not very long, what does that mean to you?

14  A   Like 20 or 30 minutes.

15  Q   What did you do there?

16  A   He fed his daughter and then we left.

17  Q   And all that was before you went to the Holiday Inn,

18  correct?

19  A   Yes.

20  Q   How many times had you been in Mr. Royal's presence before

21  you went to the Holiday Inn?

22  A   He came by my house with Melissa to pick her up or he came

23  by and talked to us and he left.  I only knew him for about a

24  week or two.

25  Q   But when you would see him, he would almost always be with

1   Melissa, correct?

2   A    Yes.

3   Q    Is that right?

4   A    Yes.

5   Q    Melissa would come to your house and stay there and then she

6   would call him and he might come over and pick you up, right?

7   A    Me and him have talked on the phone and he's come without

8   Melissa being there before.

9   Q    Well, you told us about one time when he came over there and

10  your mom was there and she wanted to know if everything was all

11  right and you told her everything was all right?

12  A    Yes.

13  Q    But you talked to him on the phone after the Holiday Inn,

14  correct?

15  A    Yes.

16  Q    And you and Melissa at least would communicate by e-mail on

17  MySpace, correct?

18  A    Correct.

19  Q    Did you know Stephanie?

20  A    I did not know Stephanie.  I knew who she was.  I never met

21  her.

22  Q    But she went to high school with you, too, didn't she?

23  A    I didn't know her.

24  Q    You didn't know -- was Stephanie at the barbecue you

25  described?

1  A    No.

2  Q    You knew Stephanie T., we'll call her, independently of

3  Melissa, right?

4  A    Melissa had showed me her MySpace page and shown me who she

5  was.  So, I knew what she looked like and who she was through

6  her MySpace page, but I've talked to her on the phone after the

7  Holiday Inn incident because Melissa had called her from my

8  house and Melissa was yelling at her because Melissa had come to

9  my house and told me that somebody was saying that I was

10 snitching and that I went to the police when I did not and

11 Melissa had told me it was Stephanie.  So, Melissa called

12 Stephanie to confront her and we had a verbal altercation on the

13 phone.

14        MR. FELTE:  Judge, at this point we've gotten well into

15 hearsay.

16        THE COURT:  It's really outside the scope of the direct

17 anyway.  Do you have another question?

18 BY MR. TRAINOR:

19 Q    So you did have some conversation with Stephanie that

20 involved Melissa, and all of this happened after the Holiday

21 Inn, correct?

22 A    Yes, because B had got arrested and --

23        THE COURT:  We don't need to get into all of that.

24 That's outside the scope.

25 BY MR. TRAINOR:

1    Q   But you really have not met Stephanie then?

2    A   No.

3    Q   You just talked on the phone and had some little argument

4    between the three of you, and that would be Melissa, Stephanie

5    and yourself, correct?

6    A   Yes.

7        MR. TRAINOR:  Court's indulgence a moment.

8    BY MR. TRAINOR:

9    Q   Were you involved in selling drugs?

10   A   I have -- I got arrested for it, yes.

11       MR. TRAINOR:  No further questions.

12       THE COURT:  All right.  Let's go ahead and take a

13   15-minute break, a recess, and come back in about 15 minutes.

14   We can have --

15       MR. FELTE:  I just have short redirect, Your Honor.

16       THE COURT:  All right.  Okay.

17       (Recess from 11:20 to 11:40 a.m.)

18       MR. FELTE:  Your Honor, I would ask that any reference

19   to arrests or juvenile arrests be stricken.

20       MR. TRAINOR:  I would object to that.  I asked a

21   question and that was her response.  I don't think we should

22   strike her response.

23       THE COURT:  Well, I'm not going to get into it.  She

24   volunteered it.  He didn't ask her a question specifically about

25   it.  She just volunteered it on her own.  So I'm just going to

1    leave it in.

2            MR. FELTE:  Okay.  Judge, it's my recollection that he

3    asked her have you ever been arrested for selling drugs.

4            THE COURT:  What's that?

5            MR. FELTE:  I believe that the question was have you

6    ever been arrested for --

7            THE WITNESS:  No.  He said did I ever sell drugs.

8            MR. TRAINOR:  I said have you ever sold drugs from your

9    house or ever sold drugs, and that was the question.

10           THE COURT:  I think there would be more harm to even

11   get into it and tell the jury to disregard it.  If you have an

12   instruction at some point that you want me to do, you can make

13   that decision, but I'll just leave it as it is.

14           MR. FELTE:  Yes, Your Honor.

15           THE COURT:  All right.

16           Mr. Trainor, what day was that you wanted?

17           MR. TRAINOR:  It would be a week from this Friday.

18           THE COURT:  Okay.  So, that would be Friday, the 26th.

19           MR. TRAINOR:  Is that the 26th?

20           THE COURT:  Yes.  That's a Friday.

21           MS. MAGNELLI:  Yes.

22           THE COURT:  All right.  Okay.  No court that day.  And

23   what about Monday?

24           MR. TRAINOR:  Your Honor, I would join the government.

25   I think we can move this case along, but I'd hate to put that

1  extra pressure on them.

2            THE COURT:  Okay.  All right.  Let's talk about that.

3            (Jury present.)

4            THE COURT:  All right.  Why don't we be seated.

5            Mr. Felte, do you have any questions on redirect?

6            MR. FELTE:  Just very briefly, Your Honor.

7            THE COURT:  All right.

8            ILANA L., GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

9                        REDIRECT EXAMINATION

10  BY MR. FELTE:

11  Q   Ilana, did you have the conversation concerning how old you

12  were with the defendant before or after the Holiday Inn?

13  A   Before.

14  Q   And was that before or after the defendant gave you money

15  and said you did a good job?

16  A   I didn't hear what you said.

17  Q   Before the defendant gave you money and said you did a good

18  job?

19  A   Yes.

20  Q   Before or after?

21  A   Before.

22  Q   And did you actually ever know the name of the person that

23  the defendant referred to as his cousin that day?

24  A   No, I did not.

25            MR. FELTE:  No further questions, Your Honor.

1    THE COURT:  All right.

2    MR. TRAINOR:  Nothing based on that.

3    THE COURT:  All right.  Thank you.  You're excused.

4    THE WITNESS:  Thank you.

5    THE COURT:  All right.  You're excused.

6    Do we have another witness?

7    MS. MAGNELLI:  Yes, Your Honor.  I'll need a moment to

8  set up the table.

9    THE COURT:  All right.

10    MR. FELTE:  Judge, we also have a stipulation.

11    THE COURT:  All right.  You want to read the

12  stipulation?

13    MR. FELTE:  Yes, Your Honor.

14    THE COURT:  All right.  Ladies and gentlemen, a

15  stipulation is an agreement by both sides that a certain fact or

16  facts exist.

17    All right.  So you want to read that?

18    MR. FELTE:  Thank you, Your Honor.

19    The United States of America and the defendant, Lloyd

20  Mack Royal, III, hereby stipulate and agree to the following

21  regarding the Holiday Inn Hotel records.

22    The following record was made at or near the time of

23  the document, was created and maintained in the ordinary and

24  regular conduct of each business, and the following record and

25  information set forth therein is authentic and admissible

1  pursuant to Federal Rule of Evidence 803(6) without testimony of

2  the records custodian.

3         This is Government Exhibit Holiday Inn 2.  It's a hotel

4  receipt in the name of Adam Grieder dated May 8, 2007, from the

5  Holiday Inn located at 2 Montgomery Village Avenue,

6  Gaithersburg, Maryland, zip code 20789.

7         And the parties further agree that the stipulation

8  shall be received as an exhibit, admitted into evidence, and

9  shall be read to the jury.  It's signed by myself, Ms. Magnelli,

10 Mr. Trainor and the defendant.

11        THE COURT:  All right.  And so, again, ladies and

12 gentlemen, these would be one of the exhibits that you'll have

13 at the end of the case to examine during your deliberations, and

14 the reason for stipulations would be to avoid the unnecessary

15 appearance of witnesses when everybody agrees on certain things.

16 So, those are facts that are not in dispute.

17        All right.  Do we have another witness?

18        MS. MAGNELLI:  Yes, Your Honor.  Again, we just need a

19 moment to set up the table.

20        THE COURT:  I'm sorry.  All right.  Get the table set

21 up.  Okay.  All right.

22        MS. MAGNELLI:  Your Honor, if I may, Samantha

23 Bentolila.

24        THE DEPUTY CLERK:  Good morning.  Please raise your

25 right hand.

1      ANGELA S. BENTOLILA, GOVERNMENT'S WITNESS, SWORN

2          THE DEPUTY CLERK:  State your name loudly and clearly

3   into the microphone and spell your last name for the record.

4          THE WITNESS:  Angela Bentolila, B-e-n-t-o-l-i-l-a.

5          THE DEPUTY CLERK:  Thank you.

6                        DIRECT EXAMINATION

7   BY MS. MAGNELLI:

8   Q    Ma'am, what is your middle name?

9   A    Samantha.

10  Q    And, Ms. Bentolila, do you go by any nicknames?

11  A    I do.

12  Q    What is that nickname?

13         THE COURT:  Can you pull that mike right in front of

14  you and speak into the mike so I can hear.  Thank you.

15         THE WITNESS:  I go by Sammy.

16  BY MS. MAGNELLI:

17  Q    Ma'am, how old are you today?

18  A    Twenty-seven.

19  Q    How old were you in the spring of 2007?

20  A    Twenty-four.

21  Q    Where were you born?

22  A    In Arlington, Virginia.

23  Q    How long have you lived in Maryland?

24  A    My entire life.

25  Q    Have you ever been in any or involved in any criminal

1   activities involving illegal narcotics?

2   A    I have.

3   Q    Is that part of what brings you here today?

4   A    Yes.

5   Q    Ms. Bentolila, I'm going to go through a few documents with

6   you.  I'm going to show you what's been marked as Government's

7   Exhibit Documents 1a.  Can you please look at that.  If you

8   would flip through that for a moment.  Do you recognize this

9   document?

10  A    I do.

11  Q    Does it have the name of your case on it, United States v.

12  Angela Samantha Bentolila?

13  A    It does.

14  Q    Is this a letter addressed to your attorney?

15  A    Yes.

16  Q    What is your attorney's name.

17  A    Theresa Whalen.

18  Q    Ma'am, pursuant to this plea agreement, have you pled guilty

19  here in this courthouse to a charge of conspiring to commit sex

20  trafficking?

21  A    For this plea agreement, yes.

22  Q    Yes.  Okay.  Do you have any other plea agreements between

23  you and the government?

24  A    No.

25  Q    Okay.  Now, here on page 1, is that the charge that you pled

1  guilty to?  Is it set out there?

2  A   Yes.

3  Q   Can you turn to page 6, please.  Is that my typed name and

4  signature?

5  A   Yes, it is.

6  Q   And below it on page 7, whose signatures are reflected

7  there?

8  A   My signature and my attorney's signature.

9  Q   Okay.  Can you turn now, please, to the next page, which is

10 Attachment A.  Does Attachment A recite some of the facts to

11 which you have already pled guilty in this courthouse before

12 this judge?

13 A   Yes.

14 Q   Now, have you entered into this agreement with the hope that

15 if you testify and you provide assistance to the government, you

16 might receive a reduced sentence?

17 A   Yes.

18 Q   And I'm going to ask you to turn, please, to page 11,

19 paragraph 4 of what is known as the Sealed Supplement.  Does

20 this paragraph talk about a possible reduction of sentence?

21 A   Yes, it does.

22 Q   Does it also give your attorney the ability to seek a

23 further reduction based on what she believes has been your

24 cooperation?

25 A   Yes.

1    Q   All right.  Now, has anyone, including myself, my

2    co-counsel, the FBI, Montgomery County, your attorney or anyone

3    else made any promises to you about what kind of sentence you

4    will actually get?

5    A   No.

6    Q   Now, I'm going to ask you now to look at -- what's the date

7    of this document, by the way, front page?

8    A   March 27, 2009.

9    Q   Ma'am, I'm going to ask you now to look at what's been

10   marked as Government's Exhibit -- I'm sorry.  We were just

11   looking at 1a.  Now we're looking at Government's Exhibit 1.  Do

12   you recognize this?

13   A   Yes.

14   Q   And what is the date of this letter?

15   A   February 12, 2009.

16   Q   Ma'am, is this another letter from me to your attorney,

17   Theresa Whalen?

18   A   Yes, it is.

19   Q   And if you would turn to the next page.  Is that my typed

20   name and signature?

21   A   Yes.

22   Q   If you would turn to the third page.  Whose signatures are

23   reflected there?

24   A   My signature, my attorney's signature and the agent's

25   signature.

1   Q   The FBI agent?

2   A   Yes, ma'am.

3   Q   And on that third page are the three different dates

4   reflected?

5   A   Yes.

6   Q   What do those dates and what does that agreement reflect?

7   A   A proffer letter.

8   Q   In other words, did you come and talk to the government

9   before you received a plea offer?

10  A   Yes, I did.

11  Q   And did you talk to the government at least three times?

12  A   Yes, I did.

13  Q   And on those dates do you remember your understanding of the

14  parameters of those interviews?

15  A   Yes.

16  Q   What were the parameters of the interviews that you had

17  before receiving a plea offer?

18  A   I don't understand the question.

19  Q   Are there certain rules that you had to follow when you sat

20  down with the government?

21  A   I had to tell the truth.

22  Q   Okay.  Was that your understanding of this agreement?

23  A   Yes.

24  Q   Was your understanding that if you failed to tell the truth,

25  we would use your statements against you?

1   A   Yes.

2   Q   Ma'am, have you ever testified about your involvement in

3   this case before?

4   A   No.

5   Q   And you were just placed under oath by the court clerk.  Do

6   you recall that?

7   A   Yes.

8   Q   And it is your intention today to tell the truth?

9   A   It is.

10  Q   Prior to this case have you ever been convicted of a crime?

11  A   No.

12  Q   Ma'am, I want to direct you to a particular time frame, if I

13  might.  I'm going to direct you to the April and May time frame

14  of 2007.  Before that but including that time frame, had you

15  ever been involved in buying or distributing illegal narcotics?

16  A   Yes.

17  Q   I need you to speak up just a little.

18  A   Yes.

19  Q   Prostitution?

20  A   No.

21  Q   In 2007 in what part of Maryland were you residing?

22  A   In Gaithersburg, Maryland.

23  Q   What are the streets near the area where you were living at

24  the time?

25  A   Muddy Branch and Clifftop Drive.

1  Q   Ma'am, I want to show you several photographs.  I'm going to

2  show you what's been marked as Clifftop 1.  Can you tell me what

3  that is?

4  A   This is my old townhouse.

5  Q   This is where you were living in 2007?

6  A   I was.

7  Q   What was the address there?

8  A   704 Clifftop Drive.

9  Q   I'm going show you what's been marked as Government's

10 Exhibit 1a.  Can you tell me what that is?

11 A   The inside of my townhouse.

12 Q   And is that the stairwell inside the townhouse?

13 A   It is.

14 Q   I'm going to show you what's been marked as Clifftop 1b.  Do

15 you recognize what's in that?

16 A   The back yard of my townhouse.

17 Q   Okay.  And are these all fair and accurate depictions of

18 your house.  The interior and the back yard at the time?

19 A   They are.

20 Q   Who did you live there with?

21 A   My boyfriend, my son and two roommates.

22 Q   What was your boyfriend's full name?

23 A   Thomas Christopher King, Sr.

24 Q   And what did you call him?

25 A   Pic.

1  Q   Did you also call him by his middle name?

2  A   I did.  I called him Christopher.

3  Q   Now, your two roommates who lived there at the time, what

4  were their names?

5  A   Jon Riffle and Jimmy Williams.

6  Q   Did you have other roommates throughout the time you lived

7  there?

8  A   Yes.

9  Q   Were these, however, the roommates during the particular

10  April, May time frame?

11  A   Yes.

12  Q   Are you familiar with someone who calls himself B?

13  A   I am.

14  Q   And who do you know that person to be?

15  A   Lloyd Royal.

16  Q   Do you see that person in the courtroom today?

17  A   Yes.

18  Q   Can you describe something he might be wearing?

19  A   A white striped shirt.

20  Q   Can you point him out, please?

21  A   (Indicating.)

22         MS. MAGNELLI:  For the record, the witness has

23  indicated the defendant.

24  BY MS. MAGNELLI:

25  Q   Ma'am, I'm going to show you what's been marked as

1   Government Photo 1.  Do you know who is in that photo?

2   A    Yes.

3   Q    Who is in that photo?

4   A    Lloyd.

5   Q    Is this how Lloyd looked to you back in April, May 2007?

6   A    It is.

7   Q    Do you know him by any other nicknames besides B?

8   A    Blyss.

9   Q    How did you come to meet the defendant?

10  A    Through my boyfriend's brother.

11  Q    And what is his name?

12  A    Jason King.

13  Q    When was that?

14  A    Around November 2006.

15  Q    And that's when you met the defendant approximately?

16  A    Yes.

17  Q    Why was it that you came to meet the defendant?  Tell me how

18  that came about.

19  A    I was buying drugs, illegal drugs, and I was previously

20  buying them from Jason.  He ran out and it so happened that the

21  defendant had some.  So he set up the deal for me.

22  Q    Who set up the deal?

23  A    Jason set up the deal for me.

24  Q    What kind of drugs are we talking about?

25  A    Powder cocaine.

1  Q   When you say that Jason set up the deal for you, do you know

2  what he did?

3  A   He made a phone call.  I don't know exactly what was said.

4  Q   As a result of that phone call, what happened?

5  A   I met up with the defendant and purchased cocaine from him.

6  Q   Was this the only time you purchased cocaine from the

7  defendant?

8  A   No.

9  Q   Can you tell me your drug relationship with the defendant?

10 A   At first it was several times and then it grew into a more

11 frequent thing.

12 Q   Do you recall when you stopped buying drugs from the

13 defendant?

14 A   May 2007.

15 Q   And over the period of November 2006 to May of 2007,

16 approximately how many times did you purchase powder cocaine

17 from the defendant?

18 A   Dozens.

19 Q   Do you recall the quantities of what you were buying?

20 A   Yes.

21 Q   Tell us about that.

22 A   I would purchase between a gram and an eight-ball.

23 Q   And can you explain to us what those different measurements

24 are?

25 A   A gram is a little baggie.  It's about 60 dollars.  An

1   eight-ball can consist of about three grams, I believe, and it's

2   between 120 dollars to 180 dollars.

3   Q   And these are the prices you were paying to the defendant?

4   A   Yes.

5   Q   And these were the quantities you were getting in return?

6   A   Yes.

7   Q   Did you ever buy less than that?

8   A   No.

9   Q   Did you ever buy more than that at one time?

10  A   No.

11  Q   I want to ask you a few more questions about that.  Before

12  you met the defendant, had you ever used powder cocaine?

13  A   Yes.

14  Q   How often?

15  A   Regularly.

16  Q   Were you familiar with the way that it looked?

17  A   I was.

18  Q   Were you familiar with the way that it was packaged?

19  A   Yes.

20  Q   Were you familiar with its effects?

21  A   Yes.

22  Q   Were you familiar with its nicknames?

23  A   Yes.

24  Q   Were you familiar with the way people would ingest it?

25  A   Yes.

1  Q   Now, tell me some of those.  What are the nicknames for

2  powder cocaine?

3  A   Coke, blow, white girl.

4  Q   And how did people ingest it?

5  A   Snorting, shooting, inhaling.

6  Q   And what do you use to snort or inhale it?

7  A   A straw.

8  Q   And what do you do with the cocaine before you can snort or

9  inhale it?

10 A   You have to crush it up first.

11 Q   And then what?

12 A   And put it into a little pile and take the straw and snort

13 it up.

14 Q   And what kind of effects did powder cocaine have?

15 A   For myself it mellowed me out.  It has different effects on

16 everybody, but myself it mellowed me out.

17 Q   And how did you see powder cocaine packaged?

18 A   Usually in a stamp bag or a sandwich bag that had been torn

19 off and put into the corner so it made a pocket.

20 Q   If you could just hold up your hand.  You're making some

21 motion.  I want the jury to be able to see.

22 A   A stamp bag, small stamp bag, or a sandwich bag that it's

23 put into the corner so that it could be held in.

24 Q   Now, based on your prior experience with powder cocaine, was

25 the substance that the defendant provided to you between

1  November 2006 and May 2007, was that powder cocaine?

2  A   Yes, it was.

3  Q   Do you recall some of the circumstances of these purchases?

4  A   Yes.

5  Q   Tell me about some of these circumstances.

6  A   Sometimes I would meet him outside of a parking lot outside

7  a development usually in Germantown.  Other times he would get

8  in the car with me and a few times I went into his house.

9  Q   When you say his house, can you describe it?

10 A   It was a blue house, blue townhouse.

11 Q   I'm going to show you what's been marked as Government's

12 Exhibit Misty Meadows 1.  Do you recognize what's in this photo?

13 A   Yes.

14 Q   How do you recognize what's in this photo?

15 A   That's the house I went into.

16 Q   Whose house?

17 A   It's Crystal's house.

18 Q   Crystal's house.  What did the defendant say with regard to

19 his house?

20 A   That was his girlfriend's house.

21 Q   And is this a fair and accurate depiction of the way it

22 looked when you visited it?

23 A   Yes.

24 Q   When you went to this house, who else did you meet besides

25 the defendant?

1  A    I met his girlfriend and his girlfriend's son.

2  Q    Did there come a point in time when the defendant actually

3  visited your house at Clifftop?

4  A    Yes.

5  Q    What was that time range?  What was that date range?

6  A    January 2007.

7  Q    Why did he come by?

8  A    He would come hang out and do some coke with us and bring

9  the coke to me rather than me having to go out all the time.

10  Q    All right.  When he came over, you said he brought coke.

11  Did you see him hand what you believed to be powder cocaine to

12  anyone else?

13  A    Yes.

14  Q    To whom?

15  A    To my roommates.

16  Q    What were their names?

17  A    John Riffle and Jimmy Williams.

18  Q    Anybody else?

19  A    There was a girl with him.

20  Q    Did you see anyone hand him anything back?

21  A    Yes.

22  Q    What did you see?

23  A    Cash in exchange for the drugs.

24  Q    You said that he brought a female.  Do you remember -- can

25  you describe that female?

1    A    She was short, brown hair, thin.

2    Q    Do you recall him bringing another female?

3    A    I do.  She was heavyset, taller, on the taller side and

4    African-American.

5    Q    Do you know her by name or nickname?

6    A    Honey.

7    Q    I'm going to show you what's been marked as Photo 2.  Do you

8    recognize who's in that photo?

9    A    I do.

10   Q    Who's in that photo?

11   A    Shantia Tibbs.

12   Q    Do you know her by any other name?

13   A    Honey.

14   Q    Did she ever come to your house?

15   A    Yes, she did.

16   Q    Did you meet her through the defendant?

17   A    Yes, I did.

18   Q    Was this the same time frame?

19   A    Yes.

20   Q    Did he bring any males with him?

21   A    Yes.

22   Q    Can you describe some of them?

23   A    He was -- I wouldn't say heavyset but he wasn't thin.  He

24   wasn't tall either.  He was -- I believe his name was Mike.

25   Q    You believe his name was Mike.  And you met this individual

1  through the defendant?

2  A    Yes.

3  Q    Let me show you what's been marked as Photo 4.  Do you

4  recognize who's in that photo?

5  A    Yes, I do.

6  Q    Who is in that photo?

7  A    Shy Mike.

8  Q    And is this the individual you were just testifying about?

9  A    Yes.

10  Q    Is this a fair and accurate depiction of Shy Mike?

11  A    Yes, it is.

12  Q    Now, you were talking about some other females whom you met

13  through the defendant who came to your house.  I'm just going to

14  show you these in a series.  Photo 10, have you ever seen that

15  person before?

16  A    Yes, I have.

17  Q    Who is that?

18  A    Melissa.

19  Q    And is that a fair and accurate depiction of the way she

20  looked?

21  A    Yes.

22  Q    Through whom did you meet Melissa?

23  A    I met her through Lloyd.

24  Q    I'm going to show you what's been marked as Photo 11.  Do

25  you recognize who's in that photo?

1   A   Yes.

2   Q   Who is in that photo?

3   A   Stephanie.

4   Q   Is that a fair and accurate depiction of the way she looked?

5   A   Yes.

6   Q   And through whom did you meet Stephanie?

7   A   Through Lloyd.

8   Q   And Photo 12, do you recognize who's in that photo?

9   A   Yes.

10  Q   Who is in that photo?

11  A   Ilana.

12  Q   Is that a fair and accurate depiction of the way she looked?

13  A   Yes.

14  Q   Through whom, Ms. Bentolila, did you meet Ilana?

15  A   Through Lloyd.

16  Q   Did you come to know any of those girls by any other name or

17  nickname?

18  A   Yes.

19  Q   Tell me those.

20  A   Reddz and Bonita.

21  Q   Who was Reddz?  Who was Bonita?

22  A   Reddz was Melissa and Bonita was Stephanie.

23  Q   Did you actually interact with them?

24  A   I did.

25  Q   And give me the time period.  How long did you interact with

1  these girls?

2  A   A few weeks.

3  Q   Do you remember the first time that you met Stephanie and

4  Melissa?

5  A   I do.

6  Q   Where was that?

7  A   At my house at Clifftop Drive.

8  Q   What do you recall about that meeting?

9  A   Well, they came with Lloyd that night.  I was going to buy

10 some cocaine and I did purchase cocaine from him.  He introduced

11 them to me as his reflections and later they told me their names

12 as Melissa and Stephanie.

13 Q   Okay.  While they were at your house did you observe them do

14 anything?

15 A   They were acting like his girlfriends.  They were hugged up

16 on him, you know, trying to hold his hand, huggie, kissie.

17 Q   Did you see Stephanie do anything in particular?

18 A   Yes.  Stephanie was doing cocaine with us.

19 Q   Where did that cocaine come from?

20 A   From Lloyd.

21 Q   Now, ma'am, do you recall everything from that night?

22 A   No.

23 Q   Do you recall necessarily in what order things happened?

24 A   No.

25 Q   Are you doing your best to recall as much as you can?

1   A   I am.

2   Q   And what you're testifying about, are you recalling those

3   things clearly?

4   A   Yes.

5   Q   Do you recall how that particular evening, that first

6   evening you met them, how did that end?

7   A   Melissa got a ride home from Jimmy, and Stephanie stayed

8   behind with us and was continuing to party and do cocaine.

9   Q   And this was Jimmy your roommate?

10  A   Yes.

11  Q   Do you know why she got a ride home with Jimmy?

12  A   She got upset about something and went outside and didn't

13  want to come back into the house.

14  Q   Now, you mentioned Jimmy.  Over the course of this few weeks

15  that you're talking about, did you ever see Jimmy interact with

16  the defendant?

17  A   Yes.

18  Q   Did you ever see or did you ever hear the defendant speak to

19  Jimmy?

20  A   Yes.

21  Q   Without telling me what Jimmy said, please tell me what the

22  defendant said to Jimmy.

23  A   That he had no right to meddle in with his girls, no right

24  to say anything to them.

25  Q   And what was the defendant's tone of voice?

1    A    He was angry.

2    Q    What kind of words was he using?

3    A    "You have no fucking right to talk to my girls.  You have no

4    right at all.  They're mine."

5    Q    Now, without telling me what Jimmy said, did you observe his

6    demeanor, how Jimmy reacted physically?

7    A    He looked scared.  He just backed up into the corner pretty

8    much.

9    Q    And where did this happen?

10   A    Inside the house.

11   Q    Did you actually see Melissa and Stephanie again?

12   A    Yes.

13   Q    Did you start to see them often?

14   A    Yes.

15   Q    At that time were you still buying powder cocaine from the

16   defendant?

17   A    I was.

18   Q    And where was he bringing those drugs?

19   A    To my house.

20   Q    In what amounts?

21   A    The same amounts I spoke of.

22   Q    Do you remember any specific incidents involving cocaine at

23   your house?  Anything stick out in your mind?

24   A    Yes.

25   Q    What do you recall?

1   A   Two incidents.

2   Q   And I'm talking about when the defendant would be there with

3   Melissa and Stephanie or Melissa or Stephanie.  Do any of those

4   incidents stick out in your mind?

5   A   Yes.

6   Q   Tell me about those.

7   A   On the first one, Stephanie had been doing cocaine with us

8   and stole some from the defendant.

9   Q   What do you recall the defendant saying?

10  A   "Stupid bitch, how could you steal from me?"

11  Q   How do you recall Stephanie reacting?

12  A   Tears welled up in her eyes.  She didn't say anything.

13  Q   Is that the only incident you recall?

14  A   No.

15  Q   Tell me about another one.

16  A   We were outside.  We had been doing cocaine all night.

17  Lloyd was telling a story or something.  We were smoking

18  cigarettes.  There was a police car that had pulled a car over

19  on Muddy Branch, which was across from the townhouse.  Stephanie

20  was staring really hard at the car and I kept looking at her

21  because she was making weird faces.  He was still talking and

22  all of a sudden her arms locked up, her head went back and she

23  began to seize and was having what I believed to be a seizure.

24  Q   All right.  And what, if anything, did you do in response?

25  A   Well, I turned her over on her side.  Lloyd tried to stick

1   his finger in her mouth and I told him not do that because he

2   could get it bit off.  I moved her hair from her face and I was

3   pouring water on her face to remove the vomit.

4   Q   And what, if anything, did the defendant say during this

5   episode?

6   A   That she couldn't go to the hospital because she was a minor

7   and had drugs in her system.

8   Q   Was this the first time he had told you that Stephanie was a

9   minor?

10  A   Yes.

11  Q   And did that stick out in your mind?

12  A   No, not at the time.

13  Q   Why?

14  A   Because I was trying to get her medically safe.

15  Q   Was she actively seizing?

16  A   She was.

17  Q   Did you later hear that Stephanie was a minor?

18  A   Yes.

19  Q   From whom?

20  A   From Melissa.

21  Q   Did you later learn that Melissa was a minor?

22  A   Yes.

23  Q   From whom?

24  A   From Melissa.

25  Q   At some point did you start to see Melissa even more often?

1    A    I did.

2    Q    What happened?

3    A    She ended up moving into the house with us.

4    Q    And how did that come about?  Who arranged that?

5    A    Lloyd did.

6    Q    And what was the arrangement?

7    A    She was to stay in the house with us in exchange for child

8    care and helping around the house.  Her mother was in a shelter

9    and she had no place to go.

10   Q    And why did you agree to do this?

11   A    I was just trying to maintain a drug relationship.

12   Q    With whom?

13   A    With Lloyd.

14   Q    Approximately between the time you met Melissa and the time

15   she actually moved in, how long had elapsed?

16   A    Two weeks, if that.

17   Q    If that?  All right.  Did you have an opportunity to observe

18   how the defendant interacted with Melissa specifically?

19   A    Yes.

20   Q    What kinds of things did you hear him say?

21   A    That she was a stupid, dumb bitch and couldn't do things

22   right.  But on the other hand he was nice to her at times, too.

23   Q    What, if anything, did you see him do?

24   A    He'd smack her.

25   Q    How did Melissa react?

1  A   She looked to be in shock and was crying, very scared.

2  Q   When the defendant was not around when she was living with

3  you, how was Melissa?  What was her demeanor?

4  A   She was a more bubbly person, seemed to be able to think for

5  herself.

6  Q   How often, if ever, did you observe the defendant interact

7  with Stephanie?

8  A   Regularly.

9  Q   And what, if anything, did you hear the defendant say to

10  Stephanie?

11  A   That she was a good girl, she did things right, how

12  beautiful she was.

13  Q   And how would Stephanie react?

14  A   She was always happy around him.

15  Q   How often did you interact with the defendant then?

16  A   Regularly.

17  Q   How was he with you?

18  A   It depended.

19  Q   On what?

20  A   On if Chris was around or if the girls were around.

21  Q   Okay.  Why don't you tell me about that.

22  A   Well, if Chris was around, nothing was ever wrong.  He was a

23  perfect gentleman.

24  Q   Who was a perfect gentleman?

25  A   Lloyd was a perfect gentleman.

1  Q   Okay.  And then if he wasn't?

2  A   He was a little more controlling, wanted things his way.

3  Q   And what if the girls were there?

4  A   If the girls were there, he put me up on a pedestal.

5  Q   Can you explain to the jury what that means?

6  A   He'd put me as a mother figure almost for them to look up to

7  or act like.

8  Q   Did the defendant ever discuss with you what this motherly

9  role should entail?

10 A   Yes.

11 Q   What did he say to you?

12 A   He wanted me to make them more girlie and act more feminine,

13 dress better.

14 Q   Did he tell why you?

15 A   They were going to be prostituting.

16 Q   Ms. Bentolila, how were you with Melissa?

17 A   I wasn't very nice to her.

18 Q   Why?

19 A   I didn't much care for her.

20 Q   And what kind of things did you do to her?

21 A   I smacked her once and I just gave her attitude all the

22 time.  I was controlling and --

23 Q   Why?

24 A   I wanted things my way or no way.

25 Q   Did you ever speak to the defendant about anything Melissa

1    did?

2    A   Yes, I did.

3    Q   Was it just you and the defendant in this particular

4    conversation?

5    A   Yes.

6    Q   All right.  Why don't you tell me about that.

7    A   Melissa had used my computer for MySpace and left it up and

8    I had gone on to log on and she had been talking to another

9    gentleman and there was talk about sexual activity.  So I

10   forwarded everything to my e-mail account and showed Lloyd in

11   the hopes that she would get some reprimanding or get in

12   trouble.

13   Q   Was that the only reason you showed him?

14   A   I just didn't like her and I wanted her to get in trouble.

15   Q   And what did he do in response?

16   A   He smacked her and then took her upstairs.

17   Q   Took her upstairs where?

18   A   Up to the room that she was staying in.

19   Q   In your house?

20   A   Yes.

21   Q   What, if anything, did you hear from this room?

22   A   It was muffled yelling and sounded like crying.

23   Q   Had you ever heard muffled yelling and what sounded like

24   crying from this room before or after?

25   A   Yes.

1   Q   I'm sorry?

2   A   Yes.

3   Q   Do you know who was in the room at that time?

4   A   As far as I knew, the two of them.

5   Q   Who is the two of them?

6   A   Lloyd and Melissa.

7   Q   Do you recall hearing anything in particular?

8   A   Just sounded like crying and "No.  Please stop."

9   Q   Was the "No.  Please stop" from a male or female voice?

10  A   A female voice.

11  Q   Was this happening during the day or at night?

12  A   It was at night.

13  Q   And what, if anything, did you do in response to hearing

14  that?

15  A   Nothing.

16  Q   Now, we were talking a little bit about the mother figure

17  the defendant asked you to play.  Do you recall a specific

18  incident when you played that role?

19  A   Yes.

20  Q   Do you recall approximately when that was?

21  A   The end of April 2007.

22  Q   Do you remember how that night started?

23  A   Yes.

24  Q   How did it start?

25  A   I believe Melissa was already there.  Lloyd came over with

1  Stephanie to bring drugs and to get them ready.

2  Q    Did he bring anyone else?

3  A    Yes, Honey.  And Shy Mike was there.

4  Q    Did Lloyd have a discussion with you about what was going to

5  happen that night?

6  A    Yes.

7  Q    What did he say to you?

8  A    The girls were going to be going out to work.

9  Q    What did you understand that to mean?

10 A    To prostitute.

11 Q    Did he say where?

12 A    In D.C.

13 Q    Were any of your roommates home, if you know?

14 A    I'm not sure.

15 Q    Did the defendant ask you to do anything in particular with

16 regard to the girls that night?

17 A    Yes.

18 Q    And which girls exactly are we talking about?

19 A    Stephanie and Melissa.

20 Q    What did you do?

21 A    I did their hair and makeup for them and helped them dress.

22 Q    What about drugs?

23 A    I'm sorry?

24 Q    What about drugs?  Were there drugs there?

25 A    Yes, there was.

1    Q   Do you recall anyone specifically doing drugs?

2    A   I was doing drugs.  Chris was doing drugs.  Stephanie was

3    doing drugs.

4    Q   What drugs?

5    A   Cocaine.

6    Q   Do you recall whether or not anyone else helped to get the

7    girls ready?

8    A   Yes.  Honey did.

9    Q   What did Honey do?

10   A   She was fixing Melissa's hair a little bit and just sitting

11   there.

12   Q   Do you recall whether or not the defendant gave you

13   instructions on what kind of makeup to put on the girls?

14   A   Yes.

15   Q   What do you recall?

16   A   He wanted porn star eyes.

17   Q   What does that mean to you?

18   A   It's a very smokey, heavy shadowy makeup around the eyes.

19   Q   Do you recall whether or not the defendant made comments

20   during this process?

21   A   Yes, he did.

22   Q   Tell me about those.

23   A   With certain outfits he would say, "Yes," "No."  "This

24   doesn't look right."  "This looks better," things like that.

25   Q   Did you also have a discussion that night with the defendant

1  about the abilities of Melissa or Stephanie?

2  A    Yes.

3  Q    Tell me about that.

4  A    He said that Melissa wasn't very good at oral sex but that

5  Stephanie was a freak.

6  Q    During the period of everybody getting ready or the girls

7  getting ready, did you see the defendant actually hand them

8  anything?

9  A    He gave them each a couple of condoms.

10 Q    Now, when you said you were helping them get ready, did you,

11 in fact, help them try on or loan them any clothes?

12 A    I did.

13 Q    Were these clothes your clothes?

14 A    Yes, they were.

15      MS. MAGNELLI:  Your Honor, if I may have the witness

16 join me at the display.

17      THE COURT:  All right.  The witness can come down to

18 the table there.  Mr. Trainor feel free to --

19      MR. TRAINOR:  I have already seen these outfits.  Thank

20 you.

21      THE COURT:  All right.  Okay.

22 BY MS. MAGNELLI:

23 Q    Ms. Bentolila, I'm going to ask you to hold that microphone

24 so that we're both on the mike and the court reporter can hear

25 us.

1          I'm going to show you what's been marked as Clifftop 4.

2    Do you recognize this?

3    A    Yes, I do.

4    Q    What is this?

5    A    That's the blouse that I lent to Melissa that night.

6    Q    This is the blouse you lent to Melissa the night she went to

7    D.C.?

8    A    Yes.

9    Q    I'm going to show you what's been marked as Clifftop 5.  Do

10   you recognize this?

11   A    Yes, I do.

12   Q    How do you recognize this?

13   A    That's the skirt I lent to Melissa that night.

14   Q    The night she went to D.C.?

15   A    Yes.

16   Q    I'm going to show you what's been marked as Clifftop 6.

17   What is this?

18   A    It's a little skirt to go over pants that I lent to

19   Stephanie that night.

20   Q    I'm going show you what's been marked as Clifftop 7.  Do you

21   recognize this?

22   A    Yes.

23   Q    What is this?

24   A    I lent that to Stephanie.  It's a halter bikini top.

25   Q    And, again, we're still talking about the night they went to

1    D.C.?

2    A    Yes.

3    Q    I'm going to show you what's been marked as Clifftop 8.  Do

4    you recognize this?

5    A    Yes.

6    Q    Did the girls try this on that night?

7    A    Yes.

8    Q    This is your jean short?

9    A    Yes.

10    Q    I'm going to show you what's been marked as Clifftop 9.  All

11    right.  Do you recognize this?

12    A    Yes, I do.

13    Q    What is this?

14    A    It's a fishnet tights type thing that I lent to Melissa that

15    night.

16    Q    I'm going to show you what's been marked as Government's

17    Exhibit 10.  Do you recognize these?

18    A    Yes.  Those are the boots that I lent to Melissa that night.

19    Q    And I'm going to show you Clifftop 11.  What are these?

20    A    Those are the boots that I lent to Stephanie that night.

21    Q    These are the actual items you lent to the girls or that

22    they tried on that night; is that correct?

23    A    Yes.

24    Q    Thank you.  If would you take the stand.

25            What, if anything else, did you give them before they

1  left?

2  A   I gave them a little bag of accessories to take with them.

3  Q   I'm going to show you what's been marked as Royal Exhibit 5.

4  What is this?

5  A   That's one of the accessory bags that I packed.

6  Q   That you packed when?

7  A   For the girls the night they went to D.C.

8  Q   And is this photograph a fair and accurate depiction of what

9  was in that accessory bag?

10 A   Yes.

11 Q   Why did you pack tampons?

12 A   Because Stephanie was pretending to be on her period that

13 night so she did not have to have sex.

14 Q   Why did you pack inhalers?

15 A   Because Melissa had asthma and a heart condition.

16 Q   Why did you pack a toothbrush?

17 A   For the girls to use after they performed oral sex.

18 Q   Do you know how the defendant got to D.C. that night?

19 A   Yes.

20 Q   How do you know?

21 A   He used my car.

22 Q   What, if any, conversation did you have with the defendant

23 about your car?

24 A   They were going to try to fit into a Toyota Camry and he

25 asked if he could use the Suburban instead.  We had just

1  purchased it.

2  Q    How many people does your Suburban seat?

3  A    Seven.

4  Q    When he asked you if he could use your car, did you agree?

5  A    I did.

6  Q    I'm going to show you what's been marked as Clifftop 2.  Do

7  you recognize that?

8  A    Yes.

9  Q    What is that?

10 A    That's my Suburban.

11 Q    Do you recognize Clifftop 2a?

12 A    That's the same car.

13 Q    Is this a side view?

14 A    Yes.

15 Q    And I'm going to show you what's been marked as Clifftop 2b.

16 Do you recognize this?

17 A    Yes.

18 Q    What is it?

19 A    The back of the Suburban.

20 Q    Are all these fair and accurate depictions of your Suburban?

21 A    Yes.

22 Q    Is this basically the way it looked with stickers and

23 everything that night?

24 A    Yes.

25 Q    Who did you hand the keys to the Suburban to?

1   A   Lloyd.

2   Q   Did you loan him anything else that night?

3   A   I did.

4   Q   What?

5   A   I loaned him my cell phone.

6   Q   All right.  Do you remember what your phone number was?

7   A   Yes.

8   Q   What was it?

9   A   240-793-4690.

10  Q   Is that the phone number assigned to the handset that you

11  loaned to the defendant the night he went to D.C.?

12  A   Yes.

13  Q   Do you recall any other phone numbers that you used at that

14  time?

15  A   Chris had a Nextel on the same plan.

16  Q   And what was that phone number?

17  A   240-246-3463.

18  Q   And where did the handset with that phone number remain --

19  A   At the house.

20  Q   -- the night the defendant went to D.C.?

21  A   At the house with me.

22  Q   Do you remember your home number then?

23  A   I do.

24  Q   What was your home number back in April 2007?

25  A   301-330-8258.

1    Q    Okay.  Now, ma'am, did you share a lot of these items with

2    Chris?

3    A    I did.

4    Q    In other words, it could have been in your name or his name?

5    A    That's correct.

6    Q    But you both used them?

7    A    Yes.

8    Q    Now, we've just been talking about cell phones and that

9    night.  Do you recall using a cell phone for anything in

10   particular that night?

11   A    I took a picture of the girls.

12   Q    Before or after they were dressed?

13   A    After they were dressed.

14   Q    Do you recall whether or not that photograph was sent to

15   anybody?

16   A    No.

17   Q    Did you go to D.C.?

18   A    No.

19   Q    Where did Chris stay that night?

20   A    At the house with me.

21   Q    When the people took the car, who took the car?  Who got

22   into the car and left?

23   A    Lloyd, the two girls, Melissa and Stephanie, Honey and Shy

24   Mike.

25   Q    Do you recall when they returned from this trip?

1    A    I do.

2    Q    Approximately when?

3    A    3 o'clock in the morning.

4    Q    At that time do you remember having a conversation with the

5    defendant about what had happened?

6    A    Yes.

7    Q    What did he tell you about what had happened?

8    A    That Melissa had to be coaxed and forced to do things, she

9    didn't want to very much participate, but that Stephanie did a

10   great job.

11   Q    Who returned the keys to you?

12   A    Lloyd did.

13   Q    Did you ever see Melissa again?

14   A    Yes.

15   Q    Was she living there at some point?

16   A    Yes.

17   Q    Did you ever see Stephanie again at your house after the

18   night they went to D.C.?

19   A    No.

20   Q    Did the defendant ever explain to you why Stephanie stopped

21   coming around?

22   A    That she had gotten a new boyfriend.

23   Q    Did he tell you anything specific about the boyfriend?

24   A    That he caught them together and he made him beg for his

25   life.

1   Q   Who made who beg for his life?

2   A   Lloyd made the boyfriend beg for his life.

3   Q   Do you remember the defendant telling you the boyfriend's

4   name?

5   A   I think he said his name was Dave.

6   Q   Do you remember if he said what he did when he confronted

7   Dave?

8   A   That he pulled a gun on him.

9   Q   Did he say anything else about a gun?

10  A   Yes.

11  Q   What did he say?

12  A   He took Stephanie to the lake and handed her the gun and let

13  her shoot off a couple rounds.

14  Q   And you've never talked to Stephanie about that; is that

15  correct?

16  A   No.

17  Q   It's not correct?

18  A   No, it's correct.  I never stalked to Stephanie.

19  Q   Now, you testified that you met several individuals through

20  the defendant?

21  A   Yes.

22  Q   Did you meet any other males through the defendant?

23  A   I did.

24  Q   Can you describe another male you met through the defendant?

25  A   I met a white male through the defendant whose name was The

1  Pharmacist.

2  Q   His name was The Pharmacist?

3  A   Anthony.

4  Q   Okay.

5  A   Anthony, who went by The Pharmacist.

6  Q   I'm going to show you a photograph.  I'm going to show you

7  what's marked as Government's Photo 9.  Do you recognize what's

8  in that photograph?

9  A   Yes.

10 Q   How do you recognize the person in that photograph?

11 A   That's Anthony.  I met him.

12 Q   Is this a fair and accurate depiction of the way Anthony

13 looked back in April 2007, April, May?

14 A   Yes.

15 Q   What did the defendant tell you about Anthony, The

16 Pharmacist?

17 A   That he worked at Shady Grove Hospital and Eckerds Pharmacy.

18 Q   Why was that important?  What did the defendant say about

19 that?

20 A   That he was going to be getting pharmaceuticals from The

21 Pharmacist.

22 Q   What more do you know about that?

23 A   I helped make lists of drugs that would have street value.

24 Q   How did that come about?  What did the defendant ask you to

25 do?

1    A    He asked me to make a list of drugs that had street value

2    that he could sell in return to get cash from when The

3    Pharmacist was going to give him the pills, and I compiled a

4    total of three lists for him.

5    Q    And how did you compile these lists?

6    A    I had a pill book that I looked up information on as well as

7    the Internet.

8    Q    All right.  And who, if anyone, helped you make up these

9    lists?

10   A    Lloyd did.

11   Q    Why did you make up these lists?

12   A    I just wanted to keep him happy so I could keep getting

13   high.

14   Q    Keep who happy?

15   A    Lloyd.

16   Q    After you wrote these lists, what would happen?

17   A    He'd hand them to The Pharmacist.

18   Q    And you said you consulted a pill book?

19   A    Yes.

20   Q    I'm going to show you what's been previously -- well, is

21   this a photocopy of the front cover of anything?

22   A    That's the pill book.

23   Q    Okay.  This has been marked as Clifftop 3a.  Do you

24   recognize it?

25   A    Yes, I do.

1   Q   Did you have this book?

2   A   Yes, I did.

3   Q   So, what exactly happened with these lists?

4   A   We compiled the lists and we handed -- well, Lloyd handed it

5   to The Pharmacist.

6   Q   Do you remember anything in particular that was on these

7   lists?

8   A   Things such as methadone, Percocet, Vicodin.

9   Q   Do you remember whether or not The Pharmacist ever came back

10  with items from these lists?

11  A   He did.

12  Q   Tell me what happened.

13  A   He came back with some of the items, not all of the items,

14  and handed them to Lloyd.

15  Q   Did you actually go through the items or did you just see

16  him hand them to Lloyd?

17  A   I just saw him hand bottles to him.

18  Q   What did the bottles look like?

19  A   They were prescription bottles or white bottles.

20  Q   What color was the actual bottle, if you remember?

21  A   The ones I saw were white.

22  Q   Okay.  Did you actually check then to see what was inside?

23  A   No.

24  Q   How did the defendant react to the items The Pharmacist

25  brought back?

1   A    He was angry.

2   Q    What did you see him do?

3   A    He pushed him up against the wall.

4   Q    Who pushed who against the wall?

5   A    Lloyd pushed Anthony up against the wall.

6   Q    Do you recall what, if anything, the defendant said?

7   A    No, not as I sit here.

8   Q    Do you know from the defendant what, if anything, Anthony

9   was getting in exchange for this?

10  A    He was supposed to be getting 10 percent of the profit.

11  Q    Anything else?

12  A    And sexual favors from Melissa.

13  Q    Do you know whether or not he ever met Melissa?

14  A    I know he met her.  I don't know if he actually did anything

15  with her.

16  Q    Okay.  Tell me about how you know Melissa met The

17  Pharmacist.

18  A    Because I was standing right there.

19  Q    What happened?  Where were you?

20  A    We were in the living room and he had just come back to get

21  a list or something and they met.

22  Q    Who is "he"?

23  A    Anthony came back to get a list.

24  Q    Did you see them go anywhere?

25  A    They went upstairs.

1    Q   Do you know why?

2    A   Lloyd told Melissa to go take care of Anthony.

3            MR. TRAINOR:  Objection.  Firsthand knowledge.  Lack of

4    firsthand knowledge.

5            THE COURT:  Well, just lay a foundation that she was in

6    a position to hear it.

7    BY MS. MAGNELLI:

8    Q   Was the defendant present when they went upstairs?

9    A   Yes.

10   Q   Did you hear the defendant speak to Melissa?

11   A   Yes.

12   Q   What, if anything, did the defendant say to Melissa?

13   A   "Go take care of him."

14   Q   And what happened -- what did you see happen right after he

15   said that?

16   A   The two went upstairs.

17   Q   When you stay "the two," who are you talking about?

18   A   Melissa and Anthony.

19   Q   Did you see how Melissa reacted to the defendant's

20   statement?

21   A   She looked disgusted and upset.

22   Q   Do you remember what night this was, what else was going on?

23   A   There was a cookout at my house.

24   Q   Do you remember who else was at this cookout?

25   A   Yes.

1  Q   Who else was there?

2  A   My roommates were there.  There was another girl there that

3  night that I met.

4  Q   Who?

5  A   Her name was Ilana.

6  Q   And you've previously identified her from a photograph?

7  A   Yes.

8  Q   The same girl you identified a little while ago?

9  A   Yes.

10 Q   Do you recall if the defendant said anything to you about

11 Ilana?

12 A   Just that she was the new girl and Russian.

13 Q   Did you see how Ilana interacted with the defendant?

14 A   She acted like she was his girlfriend, much like Stephanie

15 did.

16 Q   Is that the only night you ever saw Ilana?

17 A   Yes.

18 Q   Did you get a chance to know her?

19 A   No.

20 Q   Did you have any conversation with her?

21 A   No.

22 Q   Now, you said that the defendant called her the new girl.

23 Had you ever heard him use that phrase before?

24 A   Yes.

25 Q   Tell me about him using that phrase before or after.

1  A   He said there were going to be some new girls from New York

2  coming down who were ready to put in work and I was supposed to

3  pick them up at the train station.

4  Q   What did you understand him to mean about "put in work"?

5  A   More prostitution.

6  Q   Did you pick these girls up?

7  A   No.

8  Q   Why?

9  A   I was just done with the whole -- everything that was going

10 on at that point.  I didn't want any part of it any more.

11 Q   And approximately when was this?

12 A   That was mid-May -- no.  Early May.

13 Q   Was it definitely May of 2007?

14 A   Yes.

15 Q   Are you a little fuzzy as to when in May?

16 A   Yes.

17 Q   Okay.  Eventually did Melissa move out?

18 A   Yes.

19 Q   Did you get mad at her and kick her out?

20 A   I did.

21 Q   After she moved out, did you have a lot of contact with her?

22 A   No.

23 Q   Did you have a lot of contact with the defendant after

24 Melissa moved out?

25 A   Somewhat.  Not really.

1  Q   Do you remember the next time the defendant spoke to you?

2  A   Yes.

3  Q   Tell me the circumstances of that.

4  A   It was down in the holding cell of this courthouse.

5  Q   Down in the holding cell.  And what did the defendant say to

6  you in the holding cell of this courthouse?

7  A   To do the right thing and not snitch.

8  Q   Did he say anything else?

9  A   Not that I recall.

10 Q   What did you understand him to be saying?

11 A   Not to talk, not to open my mouth, not to say anything at

12 all.

13 Q   And is this the first time that you've seen him since that

14 day?

15 A   Yes.

16       MS. MAGNELLI:  Ms. Bentolila, if you would please

17 answer questions from the defense.

18       THE COURT:  All right.  Let me see.  Yes, you can start

19 cross-examination.  We'll start and end it at one for lunch.

20       MR. TRAINOR:  Thank you, Your Honor.

21                    CROSS-EXAMINATION

22 BY MR. TRAINOR:

23 Q   Ms. Bentolila, I'm Harry Trainor.  You and I have never

24 spoken before, have we?

25 A   No.

1  Q   Never met, have we?

2  A   No.

3  Q   You're a person who likes to be in control, are you not?

4  A   I was.

5  Q   You've changed?

6  A   I have.

7  Q   When did you change?

8  A   When I became sober almost three years ago.

9  Q   Almost three years ago.  So that would have been in 2007 you

10 became sober?

11 A   Yes.

12 Q   Before that, you were a person who likes to be in control,

13 right?

14 A   Yes.

15 Q   And you were a drug user almost on a daily basis, correct?

16 A   Yes.

17 Q   You were living with Chris King, who is your boyfriend Pic,

18 correct?

19 A   Yes.

20 Q   He's the father of your child?

21 A   He is.

22 Q   And your cocaine source was Jason King, was it not?

23 A   It was.

24 Q   It was.  And you say that Jason King was Chris's brother,

25 Pic's brother?

1   A    Yes.

2   Q    Still is?

3   A    Yes.

4   Q    Jason had been a fairly big coke dealer, hadn't he?

5   A    Yes.

6   Q    In fact, he made a lot of money selling coke?

7   A    He did.

8   Q    But you say he totally ran out of coke and so you started

9   getting it from Lloyd Royal at Jason's recommendation?  Is that

10  what you're saying?

11  A    Yes.

12  Q    All right.  Now, up through the day that you quit some time

13  in 2007, which was after May, wasn't it --

14  A    Yes.

15  Q    -- you tried to get as much cocaine as you could; am I

16  right?

17  A    No, I wouldn't get as much as I could.  I would just --

18  Q    You wanted enough around that you could use it whenever you

19  wanted to, correct?

20  A    Only at night.

21  Q    Only at night, because you had a small child?

22  A    Yes.

23  Q    So you tried to use cocaine only when your child was in bed?

24  A    Or at a friend's house or at my mother's house.

25  Q    But when that time came, every day you would use cocaine,

1  correct?

2  A   Not every day but most --

3  Q   Almost every day?

4  A   Almost every day.

5  Q   You got to know Shantia Tibbs as Honey, correct?

6  A   Yes.

7  Q   And you and Shantia had something similar in your

8  backgrounds, didn't you?

9  A   I don't believe so.

10 Q   Isn't it true that you had both worked in the adult

11 entertainment business?

12 A   Yes.

13 Q   And these things on the table over here are part of your

14 inventory, aren't they?

15 A   Yes.

16 Q   Apart from this ring, which I will return.  So, the rest of

17 these things on the table are all things that you've had for a

18 while?

19 A   Yes.

20 Q   In fact, most of the clothing there was purchased from a

21 company called Wicked Temptations, wasn't it?

22 A   Yes.

23 Q   And you got all of that before you met Mr. Royal, before you

24 met these girls?

25 A   Yes.

1  Q   You had all this in stock, right?

2  A   Yes.

3  Q   Just so we're clear, this book about pills was something

4  that you would keep in your house, correct?

5  A   Yes.

6  Q   And you can buy this at virtually any drugstore or grocery

7  store, right?

8  A   Yes.

9  Q   Now, the first day that you met Stephanie, she claimed to be

10 19 years old, didn't she?

11 A   Yes.

12 Q   And she told you that Melissa was her sister who was also

13 over 18, correct?

14 A   That's correct.

15 Q   You were arrested on this federal charge on or about

16 February 3rd of this year, correct?  Excuse me.  February 3,

17 2009; is that correct?

18 A   Yes.

19 Q   And that was the day that you testified about being in the

20 lockup of this courthouse, right?

21 A   Yes.

22 Q   And the lockup is down on the first floor behind the walls.

23 They're more or less cells or cages back there that are run by

24 the U.S. Marshal Service?

25 A   Right.

1   Q   That's where you were?

2   A   Yes.

3   Q   Now, that day you made a choice to speak with the FBI that

4   very day, didn't you?

5   A   Yes.

6   Q   And you definitely had a choice.  You could have decided not

7   to speak to them?

8   A   Correct.

9   Q   You chose to go forward and make a statement at that time?

10  A   Yes.

11  Q   And you told them about the night that everybody went to

12  D.C., didn't you?

13  A   Yes.

14  Q   You told them that these girls came to you and said they

15  wanted to dress up like school girls so they could go to a club?

16  Isn't that what you told the FBI?

17  A   Yes.

18          MR. TRAINOR:  Court's indulgence one moment, please.

19  BY MR. TRAINOR:

20  Q   Eventually you decided to make a deal with the government?

21  A   Yes.

22  Q   Really to protect yourself, right?

23  A   Yes.

24  Q   Now, the count that you agreed to plead guilty to is a

25  conspiracy, right?

1  A    Yes.

2  Q    And that count carries a lower maximum penalty than any drug

3  charges, right?

4          MS. MAGNELLI:  Your Honor, I'm going to object.

5          THE COURT:  Yes.  Sustain the objection.

6  BY MR. TRAINOR:

7  Q    You made the best deal you could and avoided any drug

8  charges, correct?

9          MS. MAGNELLI:  Objection, Your Honor.

10         THE COURT:  Well, I think generally he can talk about

11 it without specifics.  I'm going to allow him to talk just in

12 general terms about whatever.

13 BY MR. TRAINOR:

14 Q    You avoided any drug charges at all, correct?

15 A    Yes.

16 Q    And by your agreement, you're anticipating a sentence that

17 will be no more than a few years, correct?

18         MS. MAGNELLI:  Objection, Your Honor.

19         THE COURT:  Well, let's see what her response is and

20 what she understands.  She can testify to what she understands.

21         THE WITNESS:  Yes.

22 BY MR. TRAINOR:

23 Q    Is that right?

24 A    Yes.

25 Q    You're telling me that -- or you're telling the jury that on

1  this trip to D.C., you supplied the vehicle that everyone went

2  in?

3  A   Yes.

4  Q   And you're saying now that what you told the FBI originally

5  was just a lie, right?

6  A   Yes.

7  Q   And that you dressed the girls or provided the girls with

8  your inventory of clothing, correct?

9  A   Yes.

10  Q   That you got together with this Honey, Shantia Tibbs, and

11  helped the girls get dressed, helped them do their hair?

12  A   I didn't get together with her.  I was mainly doing it.  She

13  was sitting in the background.

14  Q   Didn't she work on the girls' hair as well?

15  A   No.  She put Melissa's hair in a bun, which I immediately

16  took down.

17  Q   So you didn't like the way that looked?

18  A   Yes.

19  Q   That was sort of when you were in control of things, right?

20  A   Yes.

21  Q   And you took some pride in what you did?  You took a picture

22  of the girls after you dressed them up, right?

23  A   Yes.

24  Q   And you said, I think, in response to the government's

25  question that you didn't remember what you did with that

1  picture?

2  A   No.

3  Q   Is that right?  Wasn't there a guy name Victor that you used

4  to work with that you sent it to?

5  A   It might have gotten sent, yes.

6  Q   It might have gotten sent?

7  A   Yes.

8  Q   Well, you did work with a guy named Victor at an animal

9  hospital at one point in your life, didn't you?

10  A   Yes, I did.

11  Q   Now, when you were in your drug period, you would get

12  cocaine in any way you could, wouldn't you?

13  A   No.

14  Q   From -- strike that.  Let me rephrase that.

15          You would buy it anywhere you could buy it, wouldn't

16  you?

17  A   Not if I didn't know who the person was.

18  Q   So you were real careful about that?

19  A   I was.

20  Q   This night that you helped the girls get dressed and go off

21  to D.C., you were using drugs that night, correct?

22  A   Yes.

23  Q   And your boyfriend Chris was there, wasn't he?

24  A   Yes.

25  Q   And he was using drugs with you?

1  A   Yes.

2  Q   So he must have seen the whole thing, right?

3  A   Yes.

4  Q   What about the roommates downstairs, were they there using

5  drugs with you?

6  A   I don't know if they were there that night or not.

7  Q   You don't know or you just don't recall?

8  A   I don't recall if they were there that night.

9  Q   But Shantia Tibbs was there?

10  A   Yes.

11  Q   And Melissa and Stephanie were there --

12  A   Yes.

13  Q   -- as well?  Now, you say that you not only loaned your

14  Suburban automobile out but you also loaned a telephone out that

15  night?

16  A   Yes.

17  Q   And was that just for that night?

18  A   Yes.  It was solely for the purpose of that night.

19  Q   Just in case anything went wrong with the car so these folks

20  could get in touch with you?

21  A   Yes.

22  Q   And the idea of loaning the car was just before they left?

23  I mean, Mr. Royal apparently asked you if he could borrow your

24  car just before they left for D.C.?

25  A   That's correct.

1   Q   And that's the time that you also said, well, take this

2   phone, too, in case there's any trouble with the car?

3   A   That's correct.

4   Q   Do you know if there were any other cell phones in the

5   vehicle?

6   A   No.

7   Q   There weren't or --

8   A   I don't know.

9   Q   -- you don't know?  You don't know.  All right.  You talked

10  about a little bag you put together.  What was that bag for?

11  A   It was an accessories bag just for their little things to

12  carry around.

13  Q   Is that one of the items over on the table?

14  A   No.

15  Q   Where is that accessories bag?

16  A   It was a plastic bag filled with little hand sanitizer and

17  toothbrush type things.

18  Q   Was that part of the inventory of items that you provided?

19  A   Yes.

20  Q   Now, what time was it that your Suburban left your house?

21  A   Around 11:30.

22  Q   11:30 p.m.?

23  A   Yes.

24  Q   And you say they were gone -- the vehicle was gone until

25  about 3 o'clock in the morning?

1   A   Yes.

2   Q   When the vehicle returned, did anybody come into your house?

3   A   Yes.  Lloyd did with Melissa.

4   Q   Just the two of them?

5   A   Yes.

6   Q   The others had already gone home?

7   A   I assume.

8   Q   Shy Mike, as you say, was not there?

9   A   No.

10  Q   And Stephanie was not there and Shantia Tibbs or Honey was

11  not there?

12  A   No.

13  Q   At that point Melissa was living with you, right?

14  A   Yes.

15  Q   You were using her as sort of a baby-sitter; am I right?

16  A   Yes.

17  Q   And you used to -- you disliked her a great deal --

18  A   Yes.

19  Q   -- and did what you could to punish her, didn't you?

20  A   Yes.

21  Q   Including hitting her?

22  A   I hit her one time.

23  Q   Just one time?

24  A   One time.

25  Q   But you would do what you can -- you did what you could to

1   control her, right?

2   A   I did what I was told to do to control her.

3   Q   Let me see if I understand that.  You're a person who really

4   liked to be in control at that time?

5   A   Right.

6   Q   And then are you saying somebody was controlling you?

7   A   Yes.

8   Q   So you were being controlled and you liked to exercise

9   control, too?

10  A   Right.

11  Q   I suppose you're saying that Mr. Royal controlled you?

12  A   Yes.

13  Q   You didn't like that, did you?

14  A   I was just trying to maintain the drug relationship.  That's

15  what that was about.

16  Q   Didn't you have the same relationship with Jason, Jason

17  King?

18  A   No.

19  Q   He just cut you off?

20  A   What do you mean cut me off?

21  Q   As far as drugs go.

22  A   He ran out.  He went dry.

23  Q   How long was he out of drugs?

24  A   I don't know.  I didn't use him any more after that.  It was

25  better quality from Lloyd.

1    Q    So quality was important in terms of drugs?

2    A    Yes.

3          THE COURT:  Let's go ahead and take a one hour break

4    for lunch, Mr. Trainor.  All right.

5          MR. TRAINOR:  Thank you, Your Honor.

6          (Jury excused for the luncheon recess.)

7          THE COURT:  Just for scheduling purposes, I just want

8    to be able to tell the jury something.  I've already indicated

9    that for the balance of this week I can just do four because I

10   have some hearings right after that, but next week is a better

11   week and I can get rid of anything I have in the evening.  So,

12   we know we're not having any trial day on the 26th, which is

13   Friday.  We know that.  And next week, of course, I don't have

14   any 4 o'clock matters.  So, are both of you requesting that we

15   only sit three days next week?  Is that the request?  Or are

16   we --

17         MS. MAGNELLI:  Your Honor, the government could do the

18   afternoon.

19         THE COURT:  What's that?

20         MS. MAGNELLI:  I can do the afternoon of Monday, but I

21   believe that Mr. Trainor as well has a conflict with Monday.

22   So --

23         THE COURT:  All right.  Well, you don't want to sit

24   Monday?

25         MR. TRAINOR:  I'd rather not.

1          THE COURT:  Not a problem.

2          MR. TRAINOR:  We're trying to keep up with other

3     clients.

4          THE COURT:  Okay.  And the jury may want off

5     themselves.  All right.  So, Monday is out, no trial, and

6     Friday.  So we'll spend three days next week.  And the following

7     week?

8          MS. MAGNELLI:  Your Honor, the following week is

9     whatever the court wants to do.

10          THE COURT:  Do you all want to go five days or you only

11     want to go four the following week?

12          MR. TRAINOR:  Could I just look at my calendar, please?

13          THE COURT:  Yes.  Because I can put some things in.  If

14     you don't want trial, that's fine.  I want to tell the jury

15     early.  I'm talking about the 29th, that week.  Do we have

16     Passover or anything like that coming in?

17          MR. TRAINOR:  Not for me, Your Honor.  I'll leave it

18     up -- I'll go along with anything the government wants to do on

19     that day.  I could be here or we could --

20          MS. MAGNELLI:  I can do the 29th, Your Honor.  That's

21     fine.

22          MR. TRAINOR:  I don't know if Passover is going to be

23     an issue for jurors.

24          THE COURT:  All right.  Okay.  Well, we'll ask them.

25     When is Passover?

1          MR. TRAINOR:  It's actually the next day.  According to

2     my calendar, the 30th is Passover and it begins at sundown on

3     March 29th, Monday.

4          MS. MAGNELLI:  Perhaps you could sit for most of the

5     day.  Perhaps we could sit for the majority of the day, just as

6     an option.

7          THE COURT:  All right.  You say Passover is Monday

8     after six?

9          MR. TRAINOR:  After six and the following day.

10          THE COURT:  And the following day.  So Tuesday may be a

11     problem.

12          MR. TRAINOR:  Yes.

13          THE COURT:  All right.  Okay.  So, let's just bring it

14     up with the jury before the day ends.

15          All right.  Thank you.  All right.  Let's go to lunch.

16          (Luncheon recess at 1:05 p.m.)

17

18

19

20

21

22

23

24

25

1              AFTERNOON SESSION              (2:10 p.m.)

2         THE COURT:  All right.  Let's be seated.  Are we ready?

3         MS. MAGNELLI:  Yes, Your Honor.

4         MR. TRAINOR:  Yes, Your Honor.

5         THE COURT:  All right.  Get the witness back and bring

6    in the jury.

7         (Jury present.)

8         THE COURT:  All right.  We can be seated.  All right.

9    We'll go this afternoon until on or around four, somewhere

10   around that time and depending on where we are, in the middle of

11   a witness.  And then we'll make sure that tomorrow, which is

12   Thursday, and Friday we'll go again not beyond four because, as

13   I said, I have hearings on other matters.

14        Next week, ladies and gentlemen, for purposes of

15   scheduling -- I've already talked with the attorneys -- we will

16   not meet on Monday and Friday of next week.  So, whatever you

17   have to do, you can do it this coming Monday and Friday.  We

18   won't be meeting.  But we will be a little later Tuesday,

19   Wednesday and Thursday of next week.  We'll probably go five,

20   5:30, something like that, just to speed things up, but you will

21   be off on Monday and Friday.  Okay.

22        All right.  Continue on.

23         MR. TRAINOR:  Thank you, Your Honor.

24   ANGELA S. BENTOLILA, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

25              CROSS-EXAMINATION - RESUMED

1   BY MR. TRAINOR:

2   Q   Good afternoon.  Just a few more questions.  During this

3   period of April and May of 2007, you're living with your

4   boyfriend, Chris King, correct?

5   A   Yes.

6   Q   He was also a cocaine user?

7   A   Yes.

8   Q   At the same level that you were?

9   A   Not as much as I was.

10  Q   You were a little more involved than he was in using,

11  correct?

12  A   Yes.

13  Q   All right.  During this period, Melissa lived in your house

14  at times, correct?

15  A   Yes.

16  Q   And there were times that Stephanie also stayed there,

17  correct?

18  A   She stayed the night once or twice.

19  Q   While at your house Melissa never used cocaine, did she?

20  A   Not that I recall.

21  Q   This fellow Anthony whom you called The Pharmacist, you

22  testified that you made some lists of drugs that were of street

23  value?

24  A   Yes.

25  Q   You did the research on that, didn't you?

1  A    With the defendant.

2  Q    You operated the computer, didn't you?

3  A    Yes.

4  Q    You had the pill book, didn't you?

5  A    Yes.

6  Q    You wrote the list, didn't you?

7  A    Yes.

8  Q    And you don't know what drugs, if any, this Anthony, The

9  Pharmacist, actually stole from the drugstore, do you?

10  A    No.

11  Q    Now, with Melissa, Stephanie and, for that matter, Ilana,

12  you never saw any of them actually give money or drugs to

13  Mr. Royal, did you?

14  A    No.

15  Q    And with this Anthony, The Pharmacist, you don't know if

16  Melissa had any sexual interaction with him, do you?

17  A    No, I don't.

18  Q    In 2007 you were interviewed by the Montgomery County Police

19  Department, correct?

20  A    Yes.

21  Q    And at that time you told them that you had no knowledge

22  about Lloyd Royal and these three girls, correct?

23  A    Correct.

24  Q    And that's what you repeated to the FBI nearly two years

25  later in February of '09, correct?

1   A    Yes.

2   Q    And in February of '09, you told the FBI that the night that

3   the girls wanted to dress up and go to a club in D.C. that you

4   were very high, correct?

5   A    Yes.

6   Q    That you were even shaking you were so high; is that right?

7   A    Yes.

8   Q    Was that true or was that a lie?

9   A    That was true.

10  Q    You also testified about a telephone that you gave to

11  Mr. Royal I think when you loaned the Suburban to the group that

12  was going to the District of Columbia?

13  A    That's correct.

14  Q    And the phone number for that was 240-793-4690?

15  A    That's correct.

16  Q    They left for the District of Columbia at about 11:30 p.m.;

17  am I right?

18  A    Yes.

19  Q    And that's approximately when you gave the phone to

20  Mr. Royal?

21  A    Yes.

22  Q    About 11:30 p.m.?

23  A    Yes.

24  Q    And you don't know who within that vehicle used the phone to

25  either make calls or received calls with that phone after 11:30

1  p.m., do you?

2  A   No.

3  Q   Didn't you also at one time give a phone to Melissa to use?

4  A   I don't recall.

5  Q   Didn't you give a phone to Stephanie to use at times?  I'm

6  not saying just that night but at times.

7  A   Not one of my cell phones.

8  Q   Didn't you have to recover a cell phone from one of them?

9  A   That wasn't my cell phone.  That was your defendant's cell

10 phone.

11 Q   I'm sorry?

12 A   It was the defendant's cell phone.

13 Q   So you recovered a cell phone that belonged to the defendant

14 from either Melissa or Stephanie after all this happened?

15 A   Yes.

16 Q   It's your position that Mr. Royal was controlling you; is

17 that right?

18 A   Yes.

19 Q   And what you told the FBI on February 16, '09, was that you

20 wanted things done your way and you didn't like it when you were

21 being challenged by anyone.  You said that, didn't you?

22 A   Yes.

23         MR. TRAINOR:  No further questions.

24         THE COURT:  All right, Ms. Magnelli.

25         MS. MAGNELLI:  Thank you, Your Honor.

1                        REDIRECT EXAMINATION

2    BY MS. MAGNELLI:

3    Q   Ms. Bentolila, I'm going to ask you about a few items you

4    were asked about on cross-examination.  Mr. Trainor made an

5    allusion to you being in the adult entertainment industry.  Can

6    you just tell us what you used to do?

7    A   I used to strip when I was 18.

8    Q   Were you a prostitute?

9    A   No.

10   Q   Now, there has been much made of these statements you've

11   made before.  To clarify, are you telling the truth today?

12   A   Yes.

13   Q   And at the time that you lied to the police both in, I

14   guess, 2007 and again in 2009 before the proffer agreement, did

15   you have an attorney?

16   A   No.

17   Q   Once you had an attorney, did you understand the charges

18   against you?

19   A   Yes.

20   Q   At that point were you forthcoming with law enforcement?

21          MR. TRAINOR:  Objection to the continued leading.

22          THE COURT:  Yes.  It's leading.  Sustain the objection.

23   BY MS. MAGNELLI:

24   Q   What, if anything, did you get in return from this travel to

25   D.C. that happened on a particular night?

1   A   Nothing.

2   Q   Now, you've testified on cross that they left around 11:30

3   p.m.  Is that an exact time?

4   A   No.

5   Q   Is that to the best of your recollection?

6   A   Yes.

7   Q   The phone that you provided to the defendant that night,

8   this 4690 number, did you use it that evening?

9   A   I'm sure I did.

10  Q   Who did you call?

11  A   I might have called Chris if he wasn't home or one of the

12  roommates.

13  Q   Would you have called anyone outside of the state of

14  Maryland?

15  A   No.

16  Q   Is that the only phone you've ever provided to the

17  defendant?

18  A   Yes.

19  Q   And you said you shared that phone with Chris?

20  A   Yes.

21  Q   And you two were on the same account?

22  A   Yes.

23  Q   On many things; is that right?

24  A   Yes.

25  Q   Do you know whether or not any other phone from your

1   household was provided to the defendant?

2   A   The house phone was available for use.  I don't know if it

3   was actually used.

4   Q   Any other cell phones ever provided to the defendant?

5   A   I know Chris ended up getting him a phone, but I don't know

6   the exact facts on that.

7   Q   Okay.  But it was not the three numbers you've already

8   described?

9   A   No.

10  Q   Now, you testified on cross-examination that you didn't

11  recall Melissa ever using cocaine in your house.  Do you

12  remember answering that question from Mr. Trainor?

13  A   Yes.

14  Q   Do you actually have knowledge as to whether or not she did

15  so?

16  A   No, I don't.

17  Q   Two more questions.  One, just to clarify, after this night

18  in D.C., you testified on direct and I believe again on cross

19  that you didn't see Stephanie back at Clifftop after that night;

20  is that right?

21  A   Right.

22  Q   Specifically at your house?

23  A   She did not come back.

24  Q   And, finally, what promises, if any, did the government make

25  you with regard to your sentence in this case?

1   A    None.

2          MS. MAGNELLI:  Thank you.  Nothing further.

3          THE COURT:  All right.  Mr. Trainor, anything further?

4          MR. TRAINOR:  No further questions.

5          THE COURT:  All right.  Thank you.  You're excused.

6          Do you have another witness ready?

7          MR. FELTE:  Stephanie, Your Honor, Stephanie T.

8          THE COURT:  All right.

9          THE DEPUTY CLERK:  Please raise your right hand.

10          STEPHANIE T., GOVERNMENT'S WITNESS, SWORN

11          THE DEPUTY CLERK:  Please state your name loudly into

12   the microphone.  Your first name only.

13          THE WITNESS:  Stephanie.

14                     DIRECT EXAMINATION

15   BY MR. FELTE:

16   Q   Good afternoon.  I believe your last name starts with the

17   letter T?

18   A   Yes.

19   Q   In what month and year were you born?

20   A   May 1989.

21   Q   Where did you grow up?

22   A   Germantown.

23   Q   Who did you live with growing up?

24   A   My mom.

25   Q   What were some of the activities you liked to do growing up?

1   A   Rollerblading, writing, swimming.

2   Q   How far did you go in school?

3   A   I went to tenth grade.

4   Q   Do you know a person named Melissa P.?

5   A   Yes.

6   Q   How do you know her?

7   A   I met her in high school.

8   Q   Do you recall what grade you were in when you met her?

9   A   Ninth grade.

10  Q   Were you friends?

11  A   Yes.

12  Q   Did you hang out much?

13  A   A lot.

14  Q   I want to direct your attention to April of 2007, okay?  How

15  old were you at that time?

16  A   Seventeen.

17  Q   Now, at that point in time did there come a time when

18  Melissa called you about going to a party?

19  A   Yes.

20  Q   Did you, in fact, meet Melissa that night to go to a party?

21  A   Yes.

22  Q   How did you meet her?

23  A   She came and got me.

24  Q   When she came to get you, was she alone or with someone?

25  A   She was with two other people.

1  Q   Who are those people?

2  A   Honey and B.

3           THE COURT:  Who?

4           THE WITNESS:  Honey and B.

5           THE COURT:  All right.

6  BY MR. FELTE:

7  Q   Who is B?

8  A   Him (indicating).

9  Q   Could you describe what the person you're pointing to is

10 wearing?

11 A   He's wearing a white shirt with stripes on it.

12          MR. FELTE:  Your Honor, may the record reflect the

13 witness --

14          THE COURT:  All right.  So indicate.

15 BY MR. FELTE:

16 Q   When you met the defendant, is that how you knew him or is

17 that how you were introduced, as B?

18 A   Yes.

19 Q   Who is Honey?

20 A   Honey was in the car, B's friend.

21 Q   Let me approach and show you a photograph, okay, Photograph

22 No. 1.  Do you recognize the person in that photograph?

23 A   Yes.

24 Q   Who is that a photograph of?

25 A   That's B.

1   Q   Is that a fair and accurate representation of how he looked

2   when you knew him back in April 2007?

3   A   Yes.

4   Q   Let me show you Photograph No. 2.  Do you recognize that

5   photograph?

6   A   Yes.

7   Q   Who is in that photograph?

8   A   Honey.

9   Q   Is that a fair and accurate representation of how Honey

10  looked when you knew her back in April 2007?

11  A   Yes.

12  Q   Now, what kind of party were you going to go to?

13  A   Can you repeat that, please.

14  Q   What kind of party were you going to go to?

15  A   A hotel party.

16  Q   Did you go to a hotel party?

17  A   Yes.

18  Q   How did you get there?

19  A   Melissa came and picked me up with the two other people.

20  Q   That was with B and Honey?

21  A   Yes.

22  Q   Who was driving?

23  A   B was.

24  Q   Do you recall what kind of car he was driving?

25  A   It was a white Toyota Camry.

1    Q    And where did you go to?

2    A    We went to a Motel 6.

3    Q    And when you got there, what did you do?

4    A    We went inside.  Melissa and I sat down and --

5    Q    Who, if anyone, was able to let you inside the hotel room?

6    A    B did.

7    Q    How did he open the hotel room?

8    A    With a hotel key.

9    Q    And once you went inside the hotel room, what did you do?

10   What happened?

11   A    We sat down.  Melissa and I sat down on the bed and B went

12   to go get drinks.

13   Q    What kind of drinks?

14   A    They were wine coolers.

15   Q    Did you have anything to drink that night?

16   A    Yes.

17   Q    What did you have to drink?

18   A    The wine coolers.

19   Q    Do you know how much you had to drink that night?

20   A    A minimum of five of them.

21   Q    Were there any types of illegal drugs in the hotel room that

22   night?

23   A    Yes.

24   Q    What kind of drugs?

25   A    Marijuana.

1   Q   Who did you see with marijuana?

2   A   Honey.

3   Q   Did you smoke any marijuana that night?

4   A   Yes.

5   Q   Now, are you able to remember everything that went on that

6   night?

7   A   No, not everything.

8   Q   Was there a point in time when Melissa left the hotel room?

9   A   Yes.

10  Q   Are you able to recall exactly when that was?

11  A   No.

12  Q   Was there a point in time when the defendant left the hotel

13  room?

14  A   Yes.

15  Q   Are you able to recall exactly when that was?

16  A   No.

17  Q   Let me ask you when Melissa left the hotel room, who was

18  left inside the hotel room?

19  A   B, Honey and I.

20  Q   At some point in time did you have a conversation with the

21  defendant after Melissa left the hotel room?

22  A   Yes.

23  Q   How did that conversation happen?

24  A   B asked me to come in the bathroom with him for a

25  conversation.

1    Q    Did you do that?

2    A    Yes.

3    Q    And when you got into the bathroom, what happened?

4    A    When we got in the bathroom, B was just looking at me with

5    his hand on his chin.

6    Q    Okay.  Let me show you photograph Motel 6 1.  Do you

7    recognize that?

8    A    Yes.

9    Q    Let me show you photograph Motel 6 1a.  Do you recognize

10   that?

11   A    Yes.

12   Q    Now, Motel 6 1, what is that a photograph of?

13   A    The motel we went to.

14   Q    Motel 6 1a, what is that a photograph of?

15   A    It looks like it's the same setup as the room that we were

16   in.

17   Q    You don't know if that's the actual room you were in?

18   A    I don't know.  It's the same setup, though.

19   Q    Let me show you motel Exhibit Motel 6 1b.  Do you recognize

20   that?

21   A    Yes.

22   Q    What is it?

23   A    The same hotel room at a different angle.

24        THE COURT:  Ask her to speak into the mike.  All right.

25   Speak into the mike.

1        THE WITNESS:  The same hotel room, just at a different

2    angle.

3    BY MR. FELTE:

4    Q   Do you recall anything different about the hotel room you

5    were in as opposed to this picture?

6    A   Yes.  There was a round table right here by the window.

7    Q   Okay.  That round table, was that underneath the motel

8    window?

9    A   Yes.

10   Q   Now, let me show you Motel Exhibit 1c.  Do you recognize

11   that?

12   A   Yes.

13   Q   What is it?

14   A   That's the bathroom that B and I had the conversation in.

15   Q   Do you recall where you were when you were having this

16   conversation in the bathroom with the defendant?

17   A   Yes.  I was farthest away from the toilet, by the shower.

18   Q   Where was the defendant?

19   A   He was sitting on the back of the toilet with the toilet

20   seat closed, his feet on top of the toilet seat.

21   Q   Okay.  And just for points of reference, the top of the

22   picture, is that the door leading in and out of the bathroom?

23   A   Yes.

24   Q   And at the bottom, what is that?

25   A   That's the shower.

1    Q    And could you point with your finger where you were

2    standing?

3    A    Right there.

4    Q    Can you touch the screen?

5            May the record reflect that's in the lower left-hand

6    corner?

7    BY MR. FELTE:

8    Q    Where was the defendant sitting?

9    A    Should I point?

10   Q    Just describe.

11   A    On the back of the toilet seat with his -- on the back of

12   the toilet with the toilet seat down, his feet top of the

13   toilet.

14   Q    And what is the defendant doing at this time?

15   A    He's looking at me with his hand on his chin.

16   Q    And what happens next?

17   A    He told me to take my clothes off.

18   Q    Is there any conversation prior to that?

19   A    Yes.  He asked me if I liked sex, and I said yes, and he

20   asked me if I liked money, and I said yes, and he asked me,

21   well, why not put them together, and I told him because it's

22   wrong.

23   Q    What happened then?

24   A    And then he told me to take my clothes off.

25   Q    What happened when he told you to take your clothes off?

1    A    I reached for the doorknob.

2    Q    And what happened?

3    A    He took his hand and slammed it shut.

4    Q    What did you do when he slammed the door shut with his hand?

5    A    Just cowered back in my little corner.

6    Q    Then what happened?

7    A    He told me to take my clothes off and he told me that he

8    didn't like repeating himself.

9    Q    Did you take your clothes off at that time?

10   A    Yes.

11   Q    Did you take all of your clothes off?

12   A    Yes.

13   Q    What did you do with the clothes that you took off?

14   A    I was covering myself up with them and B snatched them away

15   and put them behind him.

16   Q    What happened then?

17   A    He put his hand back on his chin and was just looking at me,

18   and he told me to turn around.

19   Q    And did you?

20   A    Yes.

21   Q    What happened after you turned around?

22   A    There was a knock at the door.

23   Q    Which door?

24   A    The bathroom door.

25   Q    What happened when there was a knock at the door?

1   A   B --

2           MR. TRAINOR:  Objection.  Leading.

3           THE COURT:  Overruled.  Go ahead.

4   BY MR. FELTE:

5   Q   What happened when there was a knock at the door?

6   A   B only opened it enough for his head to see through and

7   Melissa was on the other side.

8   Q   How do you know Melissa was on the other side?

9   A   I heard her voice.

10  Q   At some point did you leave the bathroom?

11  A   Yes.

12  Q   Do you recall where you went when you left the bathroom?

13  A   I went to the bed that's closest to the bathroom.

14  Q   And what did you do?

15  A   I went under the covers.

16  Q   Now, at some point did the defendant leave the hotel room?

17  A   Yes.

18  Q   Did he return to the hotel room?

19  A   Yes.

20  Q   You're not sure when that was?

21  A   No, I'm not.

22  Q   When the defendant returned to the hotel room, was he alone

23  or with someone?

24  A   He was with somebody else.

25  Q   What did this other person look like?

1   A   It was another black male.

2   Q   Did you see this person, this other person, talking with

3   anybody that night?

4   A   Yes.

5   Q   Who was he speaking with?

6   A   Honey.

7   Q   Did you see that person and Honey doing anything else?

8   A   They had sex that night.

9   Q   Where were they having sex?

10  A   In the bed next to the door leading out of the motel.

11  Q   Which bed?

12  A   The bed next to the table, the round table farthest away

13  from the bathroom.

14  Q   Okay.  While Honey and this person were having sex in that

15  bed, where were you?

16  A   I was in the bed closest to the bathroom.

17  Q   Where was Melissa?

18  A   She was next to me in the bed.

19  Q   Was she on top of the covers or underneath the covers?

20  A   She was underneath.

21  Q   Were her clothes on or off?

22  A   They were off.

23  Q   Do you recall her taking off her clothes?

24  A   Yes.

25  Q   How did that happen?

1   A   B told her to.

2   Q   Did she take off her clothes after that?

3   A   Yes.

4   Q   While you and Melissa are underneath the covers with your

5   clothes off, where is the defendant?

6   A   In between us.

7   Q   Is he on top of the covers or underneath the covers?

8   A   He was on top.

9   Q   What happened then?

10  A   B had his arm around Melissa and he pointed down towards his

11  crouch and he said, "Take that dick out."

12  Q   What, if anything, happened after that?

13  A   Melissa started unbuttoning his pants and pulled his penis

14  through his boxer hole.

15  Q   Then what happened?

16  A   Can you repeat that, please.

17  Q   What happened after Melissa undid his pants and pulled his

18  penis through the boxer hole?

19  A   She started giving him oral sex.

20  Q   What happened with you at that time?

21  A   B had his other arm around me and he took his hand and

22  forced my head down to his crotch.

23  Q   And what did you do?

24  A   I started giving him oral sex with Melissa.

25  Q   Now, at some point in time did the defendant have vaginal

1  sex with anyone?

2  A    Yes.

3  Q    Who?

4  A    Melissa and I.

5  Q    Now, when he was having sex with you, did you want to have

6  sex with him at that time?

7  A    No.

8  Q    Did you yell or scream out any during this time?

9  A    No.

10  Q    Did you try to fight him at all during this time?

11  A    No.

12  Q    Why not?

13  A    Because I was scared.

14  Q    Where did you sleep that night?

15  A    In that same bed, in the same spot.

16  Q    Why didn't you go home?

17  A    I had no ride.

18  Q    Was there a reason why you didn't call your mother?

19  A    I was too embarrassed.

20  Q    Do you recall waking up that night -- the next day?

21  A    Can you repeat that, please.

22  Q    Do you recall waking up the next day?

23  A    Yes.

24  Q    What do you recall about waking up?

25  A    I remember when I opened my eyes, B was walking through the

1    door with McDonald's bags in his hand.

2    Q    Was the other person, the other male who had been having sex

3    with Honey, there at that time?

4    A    No.

5    Q    Did you have anything to eat?

6    A    Yes.

7    Q    What did you have to eat?

8    A    I don't remember.

9    Q    Was it something from the McDonald's bag?

10   A    Yes.

11   Q    How did B treat you that morning?

12   A    He was nice to me.

13   Q    When you say he was nice to you, what do you mean?

14   A    He was nice to me by talking nice to me, giving me

15   compliments.  He bought us food.  Later on he would buy me phone

16   minutes.

17          THE COURT:  I'm not hearing.  Later on what?

18   BY MR. FELTE:

19   Q    You have to keep your voice up and speak into the

20   microphone.

21   A    Sorry.

22   Q    After the Motel 6 was there a point in time when you went

23   home?

24   A    Yes.

25   Q    How did you get home?

1   A    B drove me.

2   Q    When you got home, did you tell your mother what had

3   happened?

4   A    No.

5   Q    Why not?

6   A    I was too embarrassed.

7   Q    Now, after the Motel 6, did you ever hang out with the

8   defendant again?

9   A    Yes.

10  Q    Why did you hang out with him after what had happened at the

11  Motel 6?

12  A    Because he was nice to me after that.

13  Q    How was he nice to you?

14  A    He would give me compliments and he would give me hugs and

15  kisses and treat me nicely.

16  Q    Did he ever get you anything?

17  A    He would buy me phone minutes and he would buy me cigarettes

18  and he would give me drugs.

19  Q    What kind of drugs?

20  A    Cocaine.

21  Q    Were drugs a big part of your life at that time?

22  A    Yes.

23  Q    Did you want the drugs?

24  A    Yes.

25  Q    Now, back in April 2007 did you ever meet a woman known as

1    Sammy?

2    A    Yes.

3    Q    Where did you meet her?

4    A    At Sammy's house.

5    Q    Let me show you what's marked as Photograph 3.  Do you

6    recognize that photograph?

7    A    Yes.

8    Q    Who is that?

9    A    That's Sammy.

10   Q    Let me show you Photograph Clifftop 1.  Do you recognize

11   that photograph?

12   A    Yes.

13   Q    What is that?

14   A    That's Sammy's house.

15   Q    And let me show you Photograph Clifftop Drive 1a.  Do you

16   recognize that?

17   A    Yes.

18   Q    What is it?

19   A    That's inside Sammy's house.

20   Q    How do you know that's the inside of Sammy's house?

21   A    Because I've been there before.

22   Q    Now, when you went over to Sammy's house, what would you do?

23   A    Drugs.

24   Q    What kind of drugs?

25   A    Cocaine.

1    Q    Who gave you this cocaine?

2    A    B did.

3    Q    Now, did there ever come a point in time when you were over

4    at Sammy's house that you became ill?

5    A    Yes.

6    Q    How did you become ill?

7    A    After we did cocaine, I was high.

8    Q    Well, where did the cocaine come from that night?

9    A    B provided it.

10   Q    And did you use some cocaine that night?

11   A    Yes.

12   Q    Do you know how much cocaine you used?

13   A    No, I don't, but I know it's the most that I have ever done.

14   Q    I didn't understand that.

15   A    I know that it was the most I have ever done, but I don't

16   know the exact amount.

17   Q    Well, what happened after you did that cocaine?

18   A    Everybody decided to go outside on the front porch for a

19   cigarette and I was just sitting on the front porch watching

20   police lights and I blacked out.

21   Q    Did there come a point in time when you regained

22   consciousness?

23   A    Yes.

24   Q    Do you recall who was around you when you regained

25   consciousness?

1  A   B, Sammy and Melissa.

2  Q   Now, was there ever a time when you were over at Sammy's

3  house that you went to Washington, D.C.?

4  A   Yes.

5  Q   Now, how old were you at that time?

6  A   Seventeen.

7  Q   How old were you for the entire month of April 2007?

8  A   Seventeen.

9  Q   Do you know how old Melissa was?

10  A   Seventeen.

11  Q   Now, up to that point in time had you ever had a

12  conversation with the defendant concerning your age, how old you

13  were?

14  A   Yes.

15  Q   What was that conversation?

16  A   I told him that I was 17 and he told me to tell everybody

17  that I was 19.

18  Q   Did he tell you how to tell people you were 19?

19  A   He told me to use the same month and the same day as my

20  birthday and to change the year.

21  Q   Now, you mentioned that you knew the defendant as B.  Did

22  you know him by any other names?

23  A   Blyss.

24  Q   Did Melissa have a nickname?

25  A   Yes, Reddz.

1    Q    Did you have a nickname?

2    A    Bonita.

3    Q    Bonita?

4    A    Yes.

5    Q    Who gave you the name Bonita?

6    A    B did.

7    Q    And what, if anything, did B say about the name Bonita?

8    A    He told me that it fit me because I was beautiful.

9    Q    Now, on that night that you went to Washington, D.C., do you

10   recall some of the clothing you wore or tried on that night?

11   A    Yes.

12   Q    Where did that clothing come from?

13   A    Sammy.

14   Q    Stephanie, let me show you Clifftop Exhibit No. 7.  Do you

15   recognize that?

16   A    Yes.

17   Q    What is it?

18   A    The top that I wore.

19   Q    Who gave you this clothing?

20   A    Sammy did.

21   Q    Let me show you Clifftop Exhibit No. 8.  Do you recognize

22   these?

23   A    Yes.

24   Q    What is this?

25   A    Those are the same looking shorts that I wore -- those are

1   the same shorts I wore.

2   Q    The same shorts?

3   A    Yes.

4   Q    Can you tell that or are they similar?

5   A    They're similar.  It doesn't have a button at the top and it

6   zipped up all the way, and there was strings hanging off like

7   the top, like up -- hanging off the bottom.

8   Q    Do you recall at some point wearing these at some point

9   during the night?

10  A    Yes.

11  Q    Are you sure if these are the ones that you actually wore to

12  D.C., though?

13  A    I'm not sure.

14  Q    Stephanie, I want you to take a look at Clifftop Exhibit No.

15  10 and Clifftop Exhibit 11.  Do you recall seeing these boots

16  before?

17  A    Yes.

18  Q    Are you able to recall if you ever wore any of these boots?

19  A    I tried on both.

20  Q    Are you able to recall which ones you wore?

21  A    No.

22  Q    And who gave you these boots?

23  A    Sammy.

24  Q    Was anyone helping you get dressed that night?

25  A    Yes.

1    Q    Who was that?

2    A    Sammy and Honey.

3    Q    How did they help you?

4    A    They would start putting up my hair and doing my makeup,

5    making sure my clothes were on me straight.

6    Q    And why were you going to go to Washington, D.C. that night?

7    A    To prostitute.

8    Q    Did you want to have vaginal sexual intercourse that night?

9    A    No.

10   Q    What, if anything, did you say or do so that you would not

11   have to have vaginal sexual intercourse that night?

12   A    I lied and said I had my period.

13   Q    Did you in fact go to Washington, D.C. that night?

14   A    Yes.

15   Q    How did you get there?

16   A    In Sammy's truck.

17   Q    What did that truck look like?

18   A    It was a white Suburban.

19   Q    Let me show you what's identified as Clifftop Drive 2.  Do

20   you recognize that?

21   A    Yes.

22   Q    And Clifftop Drive 2a, do you recognize that?

23   A    Yes.

24   Q    And Clifftop Drive 2b, do you recognize that?

25   A    Yes.

1    Q    What are these photographs of?

2    A    That's Sammy's car.

3    Q    Is that the car that you rode in to go to D.C. that night?

4    A    Yes.

5    Q    Now, before you went to D.C. that night, did you do any

6    drugs?

7    A    Yes.

8    Q    What kind of drugs?

9    A    Cocaine.

10   Q    Who gave you the cocaine at that time?

11   A    Sammy.

12   Q    Now, who went to D.C. in that Suburban?

13   A    B, Honey, me, Melissa, and Shy Mike.

14   Q    Who is Shy Mike?

15   A    Shy Mike is B's friend.

16   Q    Let me show you Photograph No. 4 and ask if you recognize

17   that person?

18   A    Yes.

19   Q    Who is that?

20   A    That's Shy Mike.

21   Q    And how do you know that?

22   A    I've met him before.

23   Q    Is that a fair and accurate representation of how Shy Mike

24   looked at the time you knew him?

25   A    Yes.

1  Q  Do you recall who drove to Washington, D.C.?

2  A  Yes.

3  Q  Who?

4  A  Shy Mike.

5  Q  Did there come a point in time that you got to Washington,

6  D.C.?

7  A  Yes.

8  Q  And how did you know you were in Washington, D.C.?

9  A  I saw a couple of road signs.

10 Q  Now, during this trip to Washington, D.C. in the Suburban,

11 did anyone have a cell phone that you saw?

12 A  Yes.

13 Q  Who, if anyone, did you see speaking on the cell phone?

14 A  B.

15 Q  Did there come a point in time when you stopped in

16 Washington, D.C. at a location?

17 A  Yes.

18 Q  What did that location look like?

19 A  It was an apartment building.  It was a brick one with a

20 gate out front.

21 Q  Stephanie, let me show you D.C. 1.  Do you recognize that?

22 A  Yes.

23 Q  What is it?

24 A  That's where we were in Washington, D.C.

25 Q  Now, when you got to Washington, D.C. at this location, what

1   happened?

2   A   Before we got -- before we got out of the car, B made us

3   kiss his pinky ring.

4   Q   How did he make you kiss his pinky ring?

5   A   He held his pinky out and Melissa and I kissed it one at a

6   time.

7   Q   Let me show you Exhibit Royal 1.  Do you recognize this?

8   A   Yes.

9   Q   What is it?

10  A   That's the pinky ring.

11  Q   That who wore?

12  A   B.

13  Q   Who got out of the car?

14  A   Honey, Melissa and I.

15  Q   Where did you go?

16  A   We met a man at one of the doors.

17  Q   What did this man look like?

18  A   He was a black male, white shirt, a little bit chubby.

19  Q   Let me show you Government's Exhibit D.C. 4.  Do you

20  recognize that?

21  A   Yes.

22  Q   Who is that?

23  A   That's the black male.

24  Q   And where did you see him?

25  A   At the apartment, the brick apartments.

1    Q    When you, Honey and Melissa saw this man, what happened?

2    A    He led us upstairs to his apartment.

3    Q    Then what happened?

4    A    When we got in, Honey and -- the male handed Honey cash.

5    Q    Do you know how much money?

6    A    No, I don't.

7    Q    And after this person handed Honey some cash, what happened?

8    A    Can you repeat that, please.

9    Q    After this man handed Honey some cash, what then happened?

10   A    He led us back to the back room.

11   Q    What was in the back room?

12   A    The black male's bed, TV, closet.  There was a chair by the

13   closet and a stack of magazines next to the chair.

14   Q    What happened then?

15   A    Honey sat down in the chair next to the closet and opened a

16   magazine and began reading it.

17   Q    What happened with you and Melissa?

18   A    Melissa and I sat on the bed.

19   Q    And what was the man doing?

20   A    He laid down on the bed.

21   Q    Then what happened?

22   A    Melissa began unbuttoning his pants.

23   Q    Did anything happen after that?

24   A    Melissa began giving him oral sex.

25   Q    At some point did Melissa have any other type of sex with

1   him?

2   A   Vaginal.

3   Q   Did you ever have any type of sexual contact with the man?

4   A   Oral sex.

5   Q   What was Honey doing at this time?

6   A   She was still in the chair by the closet reading a magazine.

7   Q   What happened after all of the sexual contact between you,

8   Melissa and this man?

9   A   We went back down to the Suburban.

10  Q   When you got back down out of the apartment, was the

11  Suburban there?

12  A   Yes.

13  Q   And who was in the Suburban?

14  A   Shy Mike and B.

15  Q   Then what happened?

16  A   We all got in the Suburban and Honey handed B the money.

17  Q   Do you recall where you went after that?

18  A   I went home.

19  Q   Did you get any of the money from that night?

20  A   No.

21  Q   Did you tell your mom what happened that night?

22  A   No.

23  Q   Why not?

24  A   Because I was too embarrassed and too scared.

25  Q   Now, after that night did you ever see Melissa again?

1   A    Yes.

2   Q    When?

3   A    The next day at my house.

4   Q    Did you make any plans for that evening?

5   A    Yes.

6   Q    What kind of plans?

7   A    To go to a party with Melissa's friend Dave.

8   Q    Did you, in fact, go to a party that night?

9   A    Yes.

10  Q    Where was this party?

11  A    In Cinnamon Woods.

12  Q    What is Cinnamon Woods?

13  A    Cinnamon Woods is a neighborhood pretty close to mine in

14  Germantown.

15  Q    How did you get to this party?

16  A    Dave came and picked us up.

17  Q    Do you recall what Dave was driving?

18  A    A black Toyota Corolla.

19  Q    And did you actually get to the party that night?

20  A    Yes.

21  Q    Do you recall about how many people were at the party?

22  A    I'm not sure.

23  Q    Was it more than just you three?

24  A    Yes.  There was a minimum of six people there.

25  Q    At minimum?

1    A    Minimum.

2    Q    Six other people other than you three?

3    A    Yes.

4    Q    Did you have anything to drink at the party?

5    A    I had one beer.

6    Q    Did David have anything to drink?

7    A    No.

8    Q    Do you know if Melissa had anything to drink?

9    A    I don't remember.

10   Q    Now, do you know where the defendant was at this time?

11   A    No, I don't.

12   Q    Did you ever hear from the defendant that night?

13   A    Yes.

14   Q    How did you hear from him?

15   A    On my phone, the Direct Connect.

16   Q    What is Direct Connect on the phone?

17   A    Direct Connect is a walkie-talkie capability on Sprint

18   Nextel phones.

19   Q    And how did you hear from the defendant on Direct Connect?

20   A    Can you repeat that, please.

21   Q    How did you come to hear from the defendant on your phone?

22   A    He bleeped me.

23   Q    When you say bleeped you, what does that mean?

24   A    It's the way that you call somebody on the walkie-talkie

25   capability.

1   Q   Do you recall how many times he bleeped you that night?

2   A   Can you repeat that.

3   Q   Do you recall how many times he bleeped you that night?  Was

4   it more than once?

5   A   Yes.

6   Q   When he bleeped you on your phone, did you or anyone else

7   speak with him?

8   A   Melissa did.

9   Q   Could you hear the defendant's voice on the phone?

10  A   At one point I did.

11  Q   When you heard the defendant's voice on the phone, what was

12  the tone of his voice?

13  A   Angry.

14  Q   Did there come a point in time when you, Melissa and David

15  left the party?

16  A   Yes.

17  Q   Why did you leave the party?

18  A   Because we were going to drop Melissa off at Grand Mart to

19  meet up with B.

20  Q   How far was Grand Mart from the party?

21  A   Not very far at all.  It's the same neighborhood.

22  Q   Did you want to meet up with B that night?

23  A   No.

24  Q   Did you, in fact, go to the Grand Mart?

25  A   Yes.

1   Q   How did you get there?

2   A   Dave drove us.

3   Q   And when you say "us," who was in the car?

4   A   Dave, me and Melissa.

5   Q   When you got to the Grand Mart parking lot, what happened?

6   A   Melissa jumped out of the car and before she shut the door

7   she told Dave, "Go, go, go."

8   Q   Did you see the defendant at that time?

9   A   No.  I saw his car.  I didn't see him.

10  Q   When you saw his car, what car are you talking about?

11  A   The white Toyota Camry.

12  Q   Now, after Melissa shouted, "Go, go, go," what happened?

13  A   Dave hit the gas and sped out of the parking lot fast.

14  Q   And what, if anything, did you see the defendant's car do?

15  A   Followed us at a fast pace.

16  Q   Where did you and David go?

17  A   He drove into the neighborhood that was opposite of the one

18  that the party was in.

19  Q   And when he drove into that neighborhood, what happened?

20  A   We realized that there was a dead end and Dave circled

21  around to get ready to try and leave the neighborhood and B

22  pulled in right in front of us.

23  Q   And when David circled around, what happened?

24  A   B pulled right in and then pulled into a parking spot.

25  Q   What, if anything, did you see the defendant do at that

1  time?

2  A   I saw him jumping out of the driver's side and his trunk was

3  already open -- was coming open and he was running towards his

4  trunk.

5  Q   What did David do at that point?

6  A   He hit the gas and went right past B into the neighborhood

7  with the party in it.

8  Q   When you got to the neighborhood with the party, where did

9  you go?

10  A   We went back into the house that the party was in.

11  Q   And what happened when you went back in the house?

12  A   Everybody pushed us out.

13  Q   Why was that?

14  A   Because they said that we were bringing drama there.

15  Q   When you got pushed out of the party, where did you go?

16  A   We went back outside to look around the corner of the house

17  to see where B was.

18  Q   Did you in fact see him?

19  A   Yes.  He was already parking in the same parking lot as the

20  party.

21  Q   What happened then?

22  A   Dave said something along the lines of "This is bullshit"

23  and came out and went to go talk to B.

24  Q   What happened when David went to go talk to B?

25  A   B started shouting at him.

1    Q    How close to each other were they, David and B, when B

2    started shouting at him?

3    A    They were well within arm's reach.

4    Q    What did David do when B was shouting at him?

5    A    He was pretty defensive.  He was almost backing up with his

6    hands up like this (indicating).

7    Q    Did the defendant ever say anything to you?

8    A    He told me to get in the car.

9    Q    Did you get in the car?

10   A    Yes.

11   Q    And what car was that?

12   A    That was B's Toyota Camry.

13   Q    Why did you get in the car?

14   A    Because I didn't want any more problems to happen.

15   Q    When you got in B's car, who, if anyone, was in the car?

16   A    Shy Mike and Melissa.

17   Q    Where was Shy Mike sitting?

18   A    Shy Mike was in the passenger seat.

19   Q    The front or the back?

20   A    In the front.

21   Q    Where was Melissa?

22   A    Melissa was behind Shy Mike.

23   Q    What happened when you got in the car?

24   A    I looked over at B and Dave, and B was still shouting at

25   Dave and he had one hand behind his back.

1   Q   Was it dark outside at this time?

2   A   Yes.

3   Q   From where you were in the car, could you actually see

4   anything in B's hand?

5   A   No.

6   Q   What happened then?

7   A   B got back in the car.

8   Q   Did you go anywhere else?

9   A   Yes.

10  Q   Where?

11  A   We went to the lake that's next to Roberto Clemente.

12  Q   When you got to the lake what happened?

13  A   B parked the car and I saw B and Mike, Shy Mike, kind of

14  lean in towards each other and I saw their arms move like they

15  were handing something off.

16  Q   Could you actually see what was being handed?

17  A   No.

18  Q   Then what happened?

19  A   B told me to get out of the car.

20  Q   Did you?

21  A   Yes.

22  Q   What did B do?

23  A   He got out of the car, too.

24  Q   What were you doing at that time?

25  A   We were getting ready to head down the hill and I started

1  hysterically crying and letting my knees give out and not

2  letting -- not walking anywhere, not going anywhere.

3  Q   What, if anything, did the defendant say to you at that

4  time?

5  A   He told me to hold his hand, that I'm safe as long as I hold

6  his hand.

7  Q   Did you hold his hand?

8  A   Yes.

9  Q   Then what happened?

10  A   We walked around to the back right corner of the lake.

11  Q   What kind of light was there out in this part of the lake

12  that night?

13  A   It was very dark.  It wasn't well lit at all.

14  Q   When you got to the lake, could you look back and see the

15  car?

16  A   No.

17  Q   When you got to the lake what happened?

18  A   B let go of my hand.

19  Q   When he let go of your hand, what effect, if any, did that

20  have on you?

21  A   When he let go, I got really, really, really scared.

22  Q   Why?

23  A   Because I thought I was going to die.

24  Q   Why did you think you were going to die?

25  A   Because I was sure that he had a gun on him.

1    Q    What happened then?

2    A    B said "Don't" -- he slapped me across my face and he said,

3    "Don't you ever do that again," and on the word "ever" he made

4    contact with my face.

5    Q    Where on your face?

6    A    On my cheek (indicating).

7    Q    And what did you do when the defendant slapped you in the

8    face?

9    A    I stumbled backwards and held my face and tried to recover.

10   Q    Then what happened?

11   A    And then B took a gun out of his pocket.

12   Q    What did he do with the gun?

13   A    He had it pointed towards me and was talking with it like

14   somebody would talk with their hands.

15   Q    Where was the barrel of the gun pointing as he's talking

16   with the gun.

17   A    It was at me.

18   Q    What happened then?

19   A    He was talking with the gun and he said, "I'm like God.  I

20   choose who lives and who dies."

21   Q    Then what happened?

22   A    And then he took my hand and led me down to the water's

23   edge.

24   Q    When you got down to the water's edge, what did B do?

25   A    He handed me the gun and told me to shoot at the water.

1  Q   When he handed you the gun, did you think about shooting B?

2  A   Yes.

3  Q   Why didn't you?

4  A   I was scared.

5  Q   Did you try to shoot the gun at the water?

6  A   Yes.

7  Q   What happened when you tried to shoot the gun at the water?

8  A   I tried to pull the trigger and nothing happened.

9  Q   What did B do then?

10 A   He took the gun back from me and checked the safety and then

11 hold -- held the gun in his hand and put his finger where the

12 clip should be and he put his head down and let his hands drop

13 and kind of laughed and said, "Mike forgot to put the clip in."

14 Q   What happened then?

15 A   We walked back to the car -- I'm sorry.  He said, "Oh, I

16 guess Mike decides who lives and who dies."

17 Q   Then where did you go?

18 A   Back to the car.

19 Q   When you got back to the car, what did you do?

20 A   I got back in behind the driver's seat.

21 Q   What did B do?

22 A   He got back in the car also.

23 Q   Did he go anywhere after that?

24 A   Yes.

25 Q   What happened after you started to go somewhere?

1   A    On the way to 7-Eleven, B handed the gun back to me while he

2   was in the driver's seat and he told me to shoot it out the

3   window.

4   Q    Which window?

5   A    My window that's behind the driver's.

6   Q    Did you shoot it out the window?

7   A    Yes.

8   Q    How did you shoot it ou the window?

9   A    With two hands.

10  Q    What happened when you pulled the trigger?

11  A    A loud bang went off and I saw a flash of light and my hands

12  jerked back real hard.

13  Q    What did you do with the gun then?

14  A    I handed it up in the middle of the seats.

15  Q    Did you go anywhere after you handed the gun back through

16  the middle of the seat?

17  A    Went to 7-Eleven.

18  Q    What happened at 7-Eleven?

19  A    B bought me phone minutes to keep in contact.

20  Q    Where did you go after the 7-Eleven?

21  A    Home.

22  Q    And did you tell your mother what had happened at that time?

23  A    No.

24  Q    Why not?

25  A    I was too scared.

1  Q   After that point in time, did you ever hang out with the

2  defendant again?

3  A   No.

4  Q   Why not?

5  A   Because I was done with him after that.  He scared me way

6  too much.

7  Q   Did you ever see him again?

8  A   Yes.

9  Q   Where did you see him?

10 A   At my house.

11 Q   What did you do when you saw him at your house?

12 A   Hide.

13 Q   Did you ever let him inside your house after that?

14 A   No.

15 Q   What happened to the clothes that you wore to D.C.?

16 A   I had them in my house, and later Sammy came to pick them

17 up.

18 Q   Did you give them to Sammy?

19 A   Yes.

20 Q   Now, did you ever see how B treated Melissa?

21 A   Yes.

22 Q   Other than the night at the lake with the gun, how would you

23 say B treated Melissa as opposed to you?

24 A   He treated her worse than he treated me.

25 Q   How did he treat her worse?

1   A    He didn't talk to her as nice and treated her like she was

2   stupid.

3   Q    Did you ever see the defendant hit Melissa?

4   A    Yes.

5   Q    Do you recall where that was?

6   A    In the parking lot of Sammy's house.

7   Q    Are you able to recall exactly when that was?

8   A    No.

9            MR. FELTE:  Thank you.  Please answer any questions

10  counsel has.

11           THE COURT:  All right.  Any questions, Mr. Trainor?

12           MR. TRAINOR:  May I have a one- or two-minute break?

13           THE COURT:  Yes, sir.  All right.

14           All right.  Let's take about a five-minute recess,

15  madam clerk.

16           MR. TRAINOR:  Thank you.

17           (Recess from 3:25 to 3:35 p.m.)

18           THE COURT:  All right.  Let's be seated.  Bring the

19  jury back for cross.

20           (Jury present.)

21           THE COURT:  Okay.  You can be seated.  All right.

22  Thank you.

23           All right, Mr. Trainor, you have questions?

24           MR. TRAINOR:  Thank you.  I have a few.

25           THE COURT:  Yes, sir.

1      STEPHANIE T., GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

2                        CROSS-EXAMINATION

3   BY MR. TRAINOR:

4   Q    I'm Harry Trainor.  I don't believe we've talked at all

5   before, have we?

6   A    No.

7   Q    Stephanie?

8   A    Yes.

9   Q    Right now you're 20 years old; is that correct?

10  A    Yes.

11  Q    And your birthday is the 1st of May; am I right?

12  A    Yes.

13  Q    In fact --

14             MR. FELT:  Objection.  Your Honor, may we approach?

15             THE COURT:  All right.  You need to approach.

16             (At the bench:)

17             THE COURT:  All right.  What is the objection?

18             MR. FELTE:  I thought we were not mentioning specific

19  dates of birth.

20             THE COURT:  You weren't asking that, were you?

21             MR. TRAINOR:  I asked her if her birthday is the 1st

22  because she turned 18 on the 1st of May in 2007, which is

23  perhaps --

24             THE COURT:  1st of May?

25             MR. TRAINOR:  Yes.

1          THE COURT:  Well, I think we certainly can --

2          MR. TRAINOR:  That's all I'm developing.  That's all.

3          THE COURT:  If she turned 18 on May -- I think that's

4    appropriate, because the indictment says from April and May,

5    doesn't it?

6          MR. FELTE:  Yes.  I just didn't want -- for privacy

7    issues --

8          THE COURT:  Okay.  All right.

9          (In open court:)

10         THE COURT:  All right.  Overrule the objection.

11         MR. TRAINOR:  Thank you, Your Honor.

12   BY MR. TRAINOR:

13   Q   Stephanie, you turned 18 on the 1st of May of 2007; is that

14   correct?

15   A   Yes.

16   Q   All right.  We're going to focus on that period in April and

17   moving into May of 2007.  During that time did you tell people

18   associated with this case that you were, in fact, over 18?

19   A   Yes.

20   Q   Melissa was your pretty good friend; am I right?

21   A   Yes.

22   Q   And you go back to high school, ninth grade with her; is

23   that right?

24   A   Yes.

25   Q   And there came a time that you two, you and Melissa, didn't

1   see each other for a while, but you reunited, connected up some

2   time in April or May of 2007?

3   A   It was in April.

4   Q   Okay.  In April of 2007 Melissa contacted you; is that

5   right?

6   A   Yes.

7   Q   Did she call you or did she e-mail you on MySpace?

8   A   She called me.

9   Q   But you and Melissa would also be in touch on MySpace at

10  times, correct?

11  A   Yes.

12  Q   When Melissa called you, she invited you to go to a hotel

13  party; is that right?

14  A   Yes.

15  Q   And during that period of your life, that April -- let's

16  just talk about April of 2007.  Is that a time when you were

17  having some problems with alcohol and drugs?

18  A   Yes.

19  Q   All right.  You accepted the invitation from Melissa; is

20  that correct?

21  A   Yes, I did.

22  Q   And you went to the hotel party which you described for us

23  during your testimony?

24  A   Yes.

25  Q   You don't know the precise date of that, but you know it was

1   in April of 2007, correct?

2   A   Correct.

3   Q   All right.  And that was the night you first met this

4   gentleman, Mr. Royal; is that right?

5   A   Yes.

6   Q   How long after that meeting was it that you went to

7   Samantha's or Sammy's house and then went on to D.C.?  How much

8   time passed?

9   A   I don't remember.

10  Q   Was it just a few days or a week?

11  A   Can you repeat the question for me, please.

12  Q   Well, let me try another question.  Did all of this,

13  including meeting Mr. Royal and your trip to D.C., did all of

14  that happen within a short period of time in the second half of

15  April 2007?

16  A   I don't exactly remember what time in April it was.

17  Q   All right.  But you only knew Mr. Royal for a couple of

18  weeks; is that right?

19  A   Yes.

20  Q   All right.  Now, up until the time that you told us about

21  where you went to the party with your friend Dave and Melissa,

22  up to that point, Mr. Royal had treated you pretty well,

23  correct?

24  A   Can you please repeat that.

25  Q   Up until the time of the party you described where you were

1   with Dave and Melissa, Mr. Royal had been pretty polite to you?

2   A   At times.

3   Q   At times.  And this party that you went to with Melissa and

4   Dave, you say there was some drinking going on?

5   A   Yes.

6   Q   Wasn't it an e-party, as you say?

7   A   There was ecstasy there, yes.

8   Q   All right.  And this was a time when you were having trouble

9   with drugs, right?

10  A   Yes, it was.

11  Q   So, you were on ecstasy that night?

12  A   No.

13  Q   Didn't take any?

14  A   None.

15  Q   How much alcohol had you had?

16  A   I just had the one beer.

17  Q   So that's all that you had night?

18  A   Yes.

19  Q   Now, this trip to D.C. was before that, correct?

20  A   Yes.

21  Q   When you went to D.C., you and Melissa knew what you were

22  going to do before you went down there, correct?

23  A   Yes.

24  Q   You had been over to Sammy's house and she dressed you up in

25  all these clothes with Honey's help, correct?

1    A    Yes.

2    Q    Did Sammy tell you that she'd done this before?

3    A    Yes.

4    Q    Were there any nights -- from the time you first met

5    Mr. Royal, were there any nights that you didn't go home to your

6    mother?

7    A    Yes.

8    Q    And you stayed at -- I know you stayed one night at the

9    Motel 6, correct?

10   A    Correct.

11   Q    And were there other nights that you stayed out during that

12   period?

13   A    Yes.  One other night that I remember.

14   Q    Where did you stay that night?

15   A    Sammy's house.

16   Q    At Sammy's house.  You slept over there?

17   A    Yes.

18   Q    All right.  This whole time that you knew Mr. Royal, you had

19   a cell phone, right?

20   A    Yes.

21   Q    And you had that with you wherever you went; am I correct?

22   A    Most of the time, yes.

23   Q    Now, when you were at the party with Melissa and Dave, it

24   was your phone that was used by Melissa, correct?

25   A    Correct.

1    Q    And isn't it true that Melissa was the one who contacted

2    Mr. Royal or B using your phone?

3    A    I don't remember who contacted who.

4    Q    All right.  But your phone was used and you overheard some

5    of the conversations or at least the tone of the conversations,

6    correct?

7    A    Yes.

8    Q    Now, you told us about the time out by the lake and you were

9    scared.  When you took that walk with Mr. Royal and he had this

10   gun, that was a gun that Shy Mike had given him, apparently?

11   A    That's what it looked like in the car.

12   Q    As it turned out, it was one of these guns that has a clip

13   in the handle and the clip wasn't even in it?  It was scary

14   nonetheless --

15   A    Yes.

16   Q    -- but it wasn't loaded at that time?

17   A    Not at that time.

18   Q    But you say that at some point on the way home that night,

19   Mr. Royal was driving and handed you that gun and you were

20   sitting in the back seat, correct?

21   A    Yes.

22   Q    And he told you to shoot it out the window and you did?

23   A    Yes.

24   Q    And after that night, that was the last night you ever hung

25   out with Mr. Royal?

1   A    Yes.

2   Q    You continued to see Melissa, though, correct, at least at

3   that time in 2007?

4   A    Yes.  Very few times after that.

5   Q    All right.  But that was sort of the beginning of the end of

6   your relationship with Melissa?

7   A    Yes.

8              MR. TRAINOR:  That's all I have, Your Honor.

9              THE COURT:  All right.  Anything further?

10             MR. FELTE:  Just a couple of questions.

11                          REDIRECT EXAMINATION

12  BY MR. FELTE:

13  Q    Stephanie, when you told people you were over 18, why did

14  you do so?

15  A    Because B told me to.

16             MR. FELTE:  Thank you.

17             THE COURT:  Anything further?

18             MR. TRAINOR:  No.

19             THE COURT:  All right.  You may stand down.  You're

20  excused.

21             Do you have another witness?

22             MS. MAGNELLI:  No, Your Honor, we don't.

23             THE COURT:  All right.  No more witnesses today, ladies

24  and gentlemen.  So we're leaving 10 minutes early.  All right.

25  Okay.

1          Madam clerk, are we okay for 9:30 tomorrow?

2          THE DEPUTY CLERK:  Yes.

3          THE COURT:  All right, ladies and gentlemen, 9:30, same

4     time, continue the trial.  We'll see you tomorrow.

5          (Proceedings adjourned at 3:50 p.m.)

6                      CERTIFICATE OF REPORTER

7          I hereby certify that the foregoing is a true and

8     accurate transcript of proceedings in the above-entitled matter,

9     to the best of my knowledge and ability.

10

11

12                    _____/s/_____
                      Gloria I. Williams
13                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25