UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION


UNITED STATES OF AMERICA     .   Criminal Case No. AW-09-0048
                          .
   v.                 .
                          .   Greenbelt, Maryland
LLOYD MACK ROYAL, III,      .
                          .
         Defendant.   .   Thursday, March 18, 2010
. . . . . . . . . . . . . . . . .  9:45 a.m.



TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE, AND A JURY



APPEARANCES:

FOR THE GOVERNMENT:       SOLETTE A. MAGNELLI, ESQ.
                        Office of the United States Attorney
                        36 S Charles Street
                        Baltimore, Maryland 21201

                        JAMES F. FELTE, JR., ESQ.
                        United States Department of Justice
                        950 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20530

FOR THE DEFENDANT:        HARRY J. TRAINOR, ESQ.
                        Trainor, Billman, Bennett, Milko
                         and McCabe, LLP
                        116 Cathedral Street, Suite E
                        Annapolis, Maryland 21401


OFFICIAL COURT REPORTER:  GLORIA I. WILLIAMS  301-344-3228

COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

I N D E X

| GOVERNMENT'S WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
| --- | --- | --- | --- | --- |
| David Garrett | 3 | 21 | | |
| Melissa P. | 26 | 99 | 114 | |
| Mark Witherspoon | 115 | 123 | | |
| Shantia Tibbs | 129 | 162 | 176 | 177 |
| Crystal Brown | 178 | | | |

1                    P R O C E E D I N G S

2              THE COURT:  All right.  Be seated.  Any preliminary

3    matters?

4              MS. MAGNELLI:  No, Your Honor.

5              THE COURT:  All right.  Bring the jury out, then.

6              Who is our next witness?

7              MS. MAGNELLI:  I'm sorry?

8              THE COURT:  Who is our next witness?

9              MS. MAGNELLI:  David Garrett, Your Honor.

10             (Jury present.)

11             THE COURT:  All right.  Let's be seated.  Thank you.

12             All right.  Good morning.  Let's call the next witness.

13             MS. MAGNELLI:  Yes, Your Honor.  The government calls

14   David Garrett.

15             THE DEPUTY CLERK:  Please raise your right hand.

16              DAVID GARRETT, GOVERNMENT'S WITNESS, SWORN

17             THE DEPUTY CLERK:  State your name loudly and clearly

18   into the microphone and spell your last name for the record.

19             THE WITNESS:  David Garrett, G-a-r-r-e-t-t.

20             THE DEPUTY CLERK:  Thank you.

21                         DIRECT EXAMINATION

22   BY MS. MAGNELLI:

23   Q    Sir, if you would, please, in what year were you born?

24   A    1987.

25   Q    And how old does that make you today?

1   A   Twenty-three.

2   Q   How old did that make you in April 2007?

3   A   Twenty.

4   Q   At that time in approximately April of '07, where were you

5   living?

6   A   Can you repeat that.

7   Q   Where were you living?  What area were you living in in

8   April 2007?

9   A   Germantown.

10  Q   Sir, do you remember going to a party some time that month?

11  A   Yes, I do.

12  Q   And do you remember with whom you went to that party?

13  A   Yes, I do.

14  Q   Can you tell me their first names?

15  A   Stephanie and Melissa.

16  Q   Sir, I'm going to show you what's been marked as

17  Government's Photo 10.  Do you know who that is?

18  A   Yes.  That's Melissa.

19  Q   And how did you know her?

20  A   We went to high school together.

21  Q   Is this a fair and accurate depiction of the way she looked?

22  A   Yes.

23  Q   I'm going show you what's been marked as Government Photo

24  11.  Do you know who that is?

25  A   Yes.

1   Q   Who is that?

2   A   That's Stephanie.

3   Q   And how did you know her?

4   A   I met her through Melissa.

5   Q   Is this fair and accurate as to how she looked at the time?

6   A   Yes.

7   Q   Do you remember approximately the date on which you went to

8   this party?

9   A   Yes.

10  Q   Approximately when was that date?

11  A   April 22nd.

12  Q   2007?

13  A   Correct.

14  Q   Why is it, sir, that that date sticks out in your mind?

15  A   That's when all the drama went down.

16  Q   Okay.  Do you recall how that day started?

17  A   Yes, I do.

18  Q   How did that evening, I should say, start?

19  A   Melissa contacted me on MySpace, talked a little bit and I

20  met up with her at Stephanie's house.

21  Q   Okay.  Did you go somewhere else after Stephanie's house?

22  A   We went to my friend Gavin's house.

23  Q   What is Gavin's last name?

24  A   Strade, S-t-r-a-d-e.

25  Q   After going to Gavin's house, did you go anywhere else?

1   A   Yes.  We went to his friend's house party in Cinnamon Woods.

2   Q   Okay.  When you say "his friend," who are we talking about?

3   A   Gavin.

4   Q   Gavin's friend.

5   A   Yes.

6   Q   Who went to the party?

7   A   Melissa, me, Stephanie and Gavin.

8   Q   All right.  And you said it was in Cinnamon Woods?

9   A   Yes.

10  Q   Are you familiar with that area?

11  A   Yes.

12  Q   How are you familiar with that area?

13  A   I drive by it every morning.

14  Q   How far do you live approximately from Cinnamon Woods?

15  A   About a mile.

16  Q   While you were at the party, what, if anything, did you

17  notice that Melissa was doing?

18  A   She was on the phone a lot.

19  Q   Do you recall anything particular about her being on the

20  phone?

21  A   Yes.

22  Q   What do you recall?

23  A   That there was a male she was talking to on the other side

24  of the phone.

25  Q   On the side of the phone?

1   A    On the other side of the phone.

2   Q    Can you explain what you mean by that?

3   A    Speaker phone.

4   Q    Speaker phone?

5   A    Yes.

6   Q    So let me make sure I understand.  Was she on a cell phone

7   or a hard line?

8   A    Cell phone.

9   Q    And she was speaking into the phone but it was not at her

10  ear?

11  A    Correct.

12  Q    That's what you mean by speaker phone?

13  A    Yes.

14  Q    Did you hear the voice of someone coming out of that speaker

15  phone?

16  A    Yes.

17  Q    Did you recognize whether it was a male or a female?

18  A    It was male.

19  Q    What, if anything, did you hear that male voice say?

20          MR. TRAINOR:  Objection.

21          THE COURT:  Well, do you want to make a proffer as

22  to --

23          MS. MAGNELLI:  Your Honor, may we approach?

24          THE COURT:  Yes, sure.

25          (At the bench:)

1          THE COURT:  How are you going to identify it as the

2    defendant?

3          MS. MAGNELLI:  It's going to come in through Melissa

4    who was on the phone.  At this point he's going to say what he

5    heard.

6          THE COURT:  What do you proffer he's going to say?

7          MS. MAGNELLI:  That the person on the phone is -- he's

8    not going to remember the exact words but essentially that he

9    wanted to see her and that he was getting angry and that he

10   wanted to meet with her, which is already in the record.

11         THE COURT:  Well, that is true.  I think that he can

12   probably --

13         MS. MAGNELLI:  He's not going to say he knows who was

14   on the phone.  That will come in through Melissa.

15         MR. TRAINOR:  Your Honor, I would object.  The

16   appropriate witness for this would be Melissa P.  At this point

17   with this witness it is strictly hearsay and we would object to

18   any testimony regarding the substance of the conversation.

19         MS. MAGNELLI:  Your Honor, I would note it's not

20   strictly hearsay.  Stephanie has already testified that she --

21         THE COURT:  Well, I'm questioning whether it is

22   hearsay.  I'm not sure it's offered necessarily for its truth.

23   And in light of the fact that we're going to hear it -- have

24   heard something about it and we will hear, based on the

25   representation by the government, that Melissa is going to

1  exactly testify that she knew it was him, she recognized his

2  voice and whatever he said, and based on that, I'm going to

3  overrule the objection.

4           MS. MAGNELLI:  Thank you.

5           THE COURT:  All right.

6           (In open court:)

7           THE COURT:  All right.  Overrule the objection.  All

8  right.

9  BY MS. MAGNELLI:

10 Q   Mr. Garrett, again, we're back on the cell phone.  You're

11 hearing a male voice.  What do you hear that male voice saying?

12 A   He kept saying to Melissa that she should have met up with

13 him that night.

14 Q   Do you recall the tone of his voice?

15 A   Angry.

16 Q   Do you recall the words, the types of words he was using?

17 A   It was curse words but I can't remember.

18 Q   Do you recall whether or not you heard that male voice again

19 over the speaker phone?

20 A   Yes.

21 Q   Do you have any idea how many times approximately you heard

22 that?

23 A   Quite a few.

24 Q   Without telling me what she said, can you tell me how

25 Melissa reacted?

1   A    Frightened.

2   Q    What did you do that night after hearing those calls?  What

3   did you engage in?

4   A    Melissa wanted me to take her to meet up with --

5            MR. TRAINOR:  Objection.

6            THE COURT:  Yes, to what she said.

7   BY MS. MAGNELLI:

8   Q    Without telling what Melissa said, what did you do?

9   A    I took them to the shopping center in Cinnamon Woods.

10  Q    Okay.  When you said you took them, who did you take?

11  A    Stephanie and Melissa.

12  Q    All right.  What was your understanding of what you would be

13  doing at this grocery store?

14  A    Dropping off Melissa.

15  Q    And what about Stephanie?

16  A    She was staying with me.

17  Q    And did you, in fact, go to this grocery store?

18  A    Yes.

19  Q    What happened when you got to this grocery store?

20  A    Melissa got out of the car and a white car came up into the

21  parking lot in front of me.

22  Q    And what happened next?

23  A    Melissa told me to leave in a hurry.

24  Q    At that point did you see who was in that vehicle?

25  A    No.

1  Q   What did you do in response?

2  A   I drove off normally, thinking nothing of it at first, and

3  then at the stoplight I realized I was being followed by that

4  white car.

5  Q   How did you come to believe that?

6  A   I looked in my rearview mirror.

7  Q   What did you do in response?

8  A   I stepped on the gas and tried to get away because I was

9  scared.

10 Q   At that point did you see anyone or anyone in particular in

11 that vehicle behind you?

12 A   Yes.

13 Q   Describe the occupants of that car.

14 A   There was two males.

15 Q   Did you have any idea who those people were?

16 A   No.

17 Q   What happened next?

18 A   I drove off.  I tried to get back to the house party and I

19 took a wrong turn into a neighborhood and kind of like got stuck

20 a little bit.

21 Q   You got stuck?  Did something happen to your car?

22 A   No.

23 Q   Okay.  Can you tell me what you mean by stuck?

24 A   When I took the wrong turn, I realized he was still behind

25 me.  So we kept going back and forth into the court.

1  Q   Without telling me what she said, okay, did you have a

2  conversation with Stephanie in the car during that time?

3  A   Yes.

4  Q   Based on what she said, what was your reaction to the car

5  behind you?

6  A   I was scared.

7  Q   Did you get out of this wrong turn you made?

8  A   Yes.

9  Q   What happened?

10 A   I came in and he was on the other side of the court.

11 Q   When you say "he," do you mean this car?

12 A   Right.

13 Q   And, again, what color car was this?

14 A   White.

15 Q   And it was the same car from the parking lot?

16 A   Correct.

17 Q   All right.

18 A   And we kind of like --

19 Q   We can't see your hand.  Can you just describe it?

20 A   Yes.  I went forward.  He went forward and I stopped.  I

21 went backwards.  He went backwards.  I went forward again.  He

22 went forward, and then he went back, kind of pulled back and

23 went forward into that cul-de-sac.

24 Q   Okay.  And then what happened?

25 A   That's when I went around and went -- I slowed down a little

1   bit because I didn't know what was going on at the time.  So

2   when I saw -- when I moved up a little bit, I saw him get out of

3   the car with the trunk open.

4   Q   Okay.  And then what did you do?

5   A   I stepped on the gas, went up to the stop sign, and at that

6   time I realized the house party was across the street.

7   Q   And what did you do?

8   A   I went to the other neighborhood, parked my car there, and

9   went inside the house.

10  Q   All right.

11          Now, sir, if I could have co-counsel move the easel for

12  me.

13          Sir, I'm going to ask you to take this microphone and

14  follow me, with the court's permission, down to the easel.

15          MR. TRAINOR:  May I move so I can see?

16          THE COURT:  Yes, sir.  Sure.

17  BY MS. MAGNELLI:

18  Q   All right.  I'm going to show you what's been marked as

19  Cinnamon Woods 1.  Are you familiar with this area?

20  A   Yes.

21  Q   How are you familiar with this area?

22  A   I drive by it every morning.

23  Q   Okay.  And approximately how far do you live from this area?

24  A   About a mile.

25  Q   Okay.  Is this a fair and accurate representation of what

1  this area looks like?

2  A    Yes.

3  Q    Okay.  Sir, do you recall you were just testifying about

4  going to a grocery store and driving back to Cinnamon Woods and

5  all that?  Do you remember that?

6  A    Yes.

7  Q    Do you see specifically the roads that you took during that

8  route?

9  A    Yes.

10  Q    I need you to hold the mike up, please.  And are they fairly

11  represented on here?

12  A    Yes.

13  Q    All right.  Now, sir, if I could get you to take this blue

14  marker and if you would, please, show me approximately where the

15  grocery store is.

16  A    You just want me to circle it?

17  Q    Sure.  Go ahead and circle it.  It might be under something,

18  but just circle it.

19  A    It's about right here.

20  Q    If you would, please, with your pen walk me through what you

21  just testified about.

22  A    Okay.  So --

23  Q    I need you to speak up, please.

24  A    Okay.  The grocery store is right here.  I came out right

25  here.  The stoplight is right here.  That's when I realized that

1   I was being followed when I looked in my rearview mirror.  So I

2   went over this way, took a right, and I took a wrong turn into

3   Mustard Seed, and I stopped right there and that's when I

4   realized I was still being followed.

5   Q   Okay.  Take me through the rest of the route back to the

6   party.

7   A   Okay.  I went around the court and stopped at the stop sign.

8   I didn't realize the house party was across the street.  So I

9   went over here and parked and got out and walked into the house.

10  Q   Okay.  Can you put an X where basically the party was,

11  approximately.

12          Okay.  So, for the record, the witness has just

13  identified a grocery store.  He took a right on Clopper Road, a

14  right on Mateny Road, a right on Cinnamon Woods Drive, and then

15  took a wrong turn into Mustard Seed Court, proceeded then back

16  across Cinnamon Woods Drive onto Poppy Seed and then a left onto

17  Thyme Court.

18          Sir, I'm going to show you what's been marked as

19  Cinnamon Woods 2.  Is this an enlargement of that particular

20  area of Cinnamon Woods?

21  A   Yes.

22  Q   Is this a fair and accurate depiction of that area?

23  A   Yes.

24  Q   And does this map include the roads that you were just

25  describing on the less magnified map?

1   A    Yes.

2   Q    Okay.  If you would, please, using the red pen show me the

3   same route you took and talk me through the jockeying for

4   positions you testified about on Mustard Seed.

5   A    Okay.

6   Q    I need you to talk me through it, please.

7   A    Okay.  As I came through, took a right, and right there I

8   took a wrong turn.  Then I came this way and stopped.

9   Q    Okay.  If you would, which way is your car pointing?

10  A    This way.

11  Q    If you would put a little arrow so people know.  And is that

12  the first place you stopped?

13  A    Yes.

14  Q    Could you put a little "1" there.  All right.  And if you

15  would take this black marker and tell me where the white car was

16  when you did that.

17          And can you put a "1" there.  And if you would please

18  take the red pen back and show me what you did next.

19  A    That's when I backed up.

20  Q    Okay.  And what did the white car do in response to you

21  backing up?

22  A    It backed up as well.

23  Q    All right.  And then what happened?

24  A    And then I went forward.

25  Q    If you could put the little "3" there.  That's the third

1  thing you did; is that correct?

2  A    Correct.

3  Q    And if you would mark the same for the white car.  What did

4  the white car do next?

5  A    It went forward as well.

6  Q    Okay.  If you could mark "3."  And did you do something

7  after that?

8  A    I stopped right there.

9  Q    And then what did you do?

10 A    I went around to about right here.

11 Q    All right.  And then what happened?

12 A    The white car backed up into the cul-de-sac right here.

13 Q    And can you please put an arrow as to where the front of the

14 car was pointing when he backed up into that area of the

15 cul-de-sac.  Go ahead.

16        All right.  So, is it fair to say, then, for the

17 record, that the front of his car was facing away from Mateny

18 Road and that the back of the car, the trunk, was facing towards

19 Mateny Road?

20 A    Correct.

21 Q    And what did you do next?

22 A    I went around and I slowed down about right here.  I came

23 across and realized -- that's when I realized he came out with

24 the trunk open.  So, I went straight, stopped right here and

25 realized the house party was across the street.  I turned into

1  Thyme Court, parked my car and got out.

2  Q   Okay.  Just for the record, then, you circled back around

3  Mustard Seed Court.  You went to Cinnamon Drive, crossed it,

4  continued on Poppy Seed Lane, took a left on Thyme Court and

5  parked; is that correct?

6  A   Correct.

7  Q   Thank you.  If you would please take the stand.

8          Your Honor, for the record, I would also note that

9  there is a smaller version of 1a of the enlarged map as well as

10 a smaller version of the enlarged map at 2a.

11         THE COURT:  All right.

12 BY MS. MAGNELLI:

13 Q   Sir, when you got back to the house party, was the white car

14 still behind you right at that moment?

15 A   No.

16 Q   And what did you believe?

17 A   That I lost them.

18 Q   Where did you go next?

19 A   I went inside the house party.

20 Q   And did you eventually leave the party again?

21 A   Yes.

22 Q   Why?

23 A   To take Stephanie home.

24 Q   What happened, if anything, when you left the party?

25 A   As I came out, I saw the white car, the same exact white car

1  that was following me.

2  Q    And can you describe a little better what the white car

3  looked like, just anything about it?

4  A    It was a four-door.

5  Q    Four-door?

6  A    Yes.

7  Q    Was it a truck?  Was it a car?  Was it a --

8  A    It was a regular size car.

9  Q    Regular size car.  Okay.  Did you see anyone get in or out

10 of the vehicle at that time?

11 A    Yes, I did.

12 Q    From what seat?

13 A    Of the driver's side.

14 Q    Driver's side or -- front or back?

15 A    Front.

16 Q    Can you describe in general terms what that individual

17 looked like?

18 A    He was tall, male, black.

19 Q    What, if anything, did that individual do?

20 A    He came up to me, asked me if I was Dave.

21 Q    And did you say yes?

22 A    Yes, I did.

23 Q    And did he say anything else to you?

24 A    He said that he could have shot me or killed me.

25 Q    Did he say anything else to you?

1   A    He told Stephanie to get in the car.

2   Q    Did he say anything about your driving?

3   A    Yes.  He said that I was a skilled driver but I couldn't

4   hide.

5   Q    Now, you just mentioned that he told Stephanie -- what did

6   he tell Stephanie?

7   A    He told Stephanie to get in the car.

8   Q    Did he say that once, more than once, how often?

9   A    More than once.

10  Q    What, if anything, did Stephanie do in response to that?

11  A    She got in the car.

12  Q    What did that car do after she got into it?

13  A    It drove off.

14  Q    Drove off.  Before Stephanie got into car, however, did you

15  notice anything or what, if anything, did you notice about the

16  individual you were speaking to, this male?

17  A    Repeat that.

18  Q    The male that was talking to you asked you if you were Dave?

19  A    Yes.

20  Q    How close did he get to you?

21  A    About two or three feet.

22  Q    So, were you able to hear him clearly?

23  A    Yes.

24  Q    And what was the tone of his voice?

25  A    Kind of angry.

1   Q   Do you remember any of the words he was using in particular?

2   A   No.

3   Q   How did this encounter make you feel?

4   A   Terrified.

5           MS. MAGNELLI:  If you would please answer any questions

6   from the defense.

7                        CROSS-EXAMINATION

8   BY MR. TRAINOR:

9   Q   Good morning, Mr. Garrett.  I'm Harry Trainor.  Now, you had

10  known Melissa from high school?

11  A   Correct.

12  Q   And you actually dated her a little bit in about the

13  eleventh grade, didn't you?

14  A   Yes.

15  Q   And there came a time -- was April 22nd of 2007 the first

16  time you met Stephanie?

17  A   Yes, correct.

18  Q   And as I understand your testimony, Melissa had contacted

19  you on MySpace and there's an e-mail sort of function on that?

20  A   Yes.

21  Q   And that's how you connected that night or that day; is that

22  right?

23  A   Yes.

24  Q   And at some point you invited the two girls to go with you

25  for the evening?

1   A    Yes.

2   Q    You were driving and you went to Stephanie's house; am I

3   right?

4   A    Yes.  I met them there.

5   Q    At --

6   A    I met up with Melissa at Stephanie's house.

7   Q    At Stephanie's house.  And then picked up both girls, went

8   over to your friend Gavin's house?

9   A    Yes.

10  Q    And from there you went to a house party that was at a house

11  associated with Gavin, Gavin's friend, right?

12  A    Right.

13  Q    And that was an e-party, wasn't it?

14  A    No.

15  Q    It wasn't?  What kind of a party was it?

16  A    It was a drinking party.

17  Q    You know what I mean by an e-party, though?

18  A    No.

19  Q    It was an ecstasy party, wasn't it?

20  A    No.

21  Q    You don't know?  Do you know if drugs were being used at the

22  party?

23  A    I don't know.

24  Q    How long were you at the party before these telephone

25  conversations you testified to?

1  A   Can you repeat the question.

2  Q   How long were you at the party before you became aware that

3  Melissa was talking on Stephanie's phone?

4  A   Maybe like a half hour, 40 minutes.

5  Q   All right.  And you weren't in a position to hear everything

6  that Stephanie said or everything that the person on the other

7  end said, were you?

8  A   Yes.

9  Q   Could you hear everything that was said?  Were you listening

10 to every word?

11 A   Not every word, no, but I was in the area that heard.

12 Q   I mean, you were able to hear what you testified to,

13 correct?

14 A   Yes.

15 Q   But did you know that Melissa initiated that conversation?

16 A   I don't know.

17 Q   You don't?  All right.  But based on whatever happened in

18 that conversation, you left the party with Melissa and

19 Stephanie?

20 A   Correct.

21 Q   And drove a short distance to the grocery store?

22 A   Correct.

23 Q   That's when Melissa got out of your vehicle and got in, I

24 think, what you described as a white vehicle, correct?

25 A   That I did not see.

1   Q   You didn't see her actually get in?

2   A   No.

3   Q   All right.  So, all this whatever happened afterwards -- did

4   you see Melissa ever in that car?

5   A   Yes.

6   Q   You did?  But you didn't see her get in.  So, when the car

7   was following you, you weren't actually aware that Melissa was

8   in that vehicle, were you?

9   A   No.

10  Q   All right.  And then you went back to the party but made a

11  wrong turn on the way?

12  A   Correct.

13  Q   You saw that the car was still in your vicinity and alluded

14  that car, you thought at least, and went to the house party?

15  A   Correct.

16  Q   All right.  And then left the house party.  That's when you

17  talked with the tall black male and eventually took Stephanie

18  home, right?

19  A   I was going to take Stephanie home, yes.

20  Q   I'm sorry.  You were headed out to take her home?

21  A   Yes.

22  Q   But she got in the car with the tall black male?

23  A   Yes.

24  Q   And there was another male in the car, wasn't there?

25  A   Yes.

1    Q    All right.  And that's when you saw that Melissa was in the

2    car?

3    A    Correct.

4    Q    So the four of them drove off in the white car?

5    A    Yes.

6             MR. TRAINOR:  No further questions.

7             THE COURT:  All right.  Does the government have any

8    more questions on direct?

9             MS. MAGNELLI:  No, Your Honor.

10            THE COURT:  All right.  Thank you, sir.  You may stand

11   down.  You're excused.

12            All right.  Do you have another witness?

13            MS. MAGNELLI:  We do, Your Honor.

14            THE COURT:  All right.  Call the next witness.

15            MS. MAGNELLI:  Yes, Your Honor.  The government would

16   call Melissa P.

17            If I may retrieve these exhibits.  We're going to need

18   just a moment, though, to set up.

19            THE COURT:  Sure.

20            THE DEPUTY CLERK:  Please raise your right hand.

21            MELISSA P., GOVERNMENT'S WITNESS, SWORN

22            THE DEPUTY CLERK:  Please state your first name for the

23   record.

24            THE WITNESS:  Melissa.

25            THE DEPUTY CLERK:  Thank you.

DIRECT EXAMINATION

1

2    BY MS. MAGNELLI:

3    Q    Melissa, how old are you today?

4    A    Twenty.

5              THE COURT:  I need you to get a little closer to the

6    mike so we all can hear.  All right.

7    BY MS. MAGNELLI:

8    Q    Are you all right?

9    A    Yes.

10   Q    In what month and year were you born?

11   A    November 1989.

12   Q    How old were you in May -- April and May of 2007?

13   A    Seventeen.

14   Q    In what area of Maryland were you living at the time?

15   A    Germantown.

16   Q    Do you have any brothers or sisters?

17   A    Yes.

18   Q    How many brothers and sisters do you have?

19   A    Three.

20   Q    Can you describe them?  Younger?  Older?

21   A    I've got one older sister and a younger brother and younger

22   sister.

23   Q    Did you grow up with them?

24   A    Yes.

25   Q    What kinds of things did you guys do growing up?

1    A    We used to hang out, skateboard, going skiing, swimming,

2    hang out with friends.

3    Q    Did you always live with your siblings?

4    A    No.

5    Q    Did there come a time in 2006 when your mother and

6    stepfather got divorced?

7    A    Yes.

8    Q    How old were you at that time?

9    A    About 16.

10   Q    Eventually what happened to your mom as a result?

11   A    She ended up becoming homeless and went into a shelter.

12   Q    Were you able to move in with her in the shelter?

13   A    No.

14   Q    Melissa, where did you go?

15   A    I lived out on the streets and with my friends.

16   Q    When you say you lived out on the streets, can you tell us

17   what kinds of places you were staying?

18   A    I was staying on benches in parks.  I was staying in storage

19   closets.

20   Q    A storage closet.  What does that mean?

21   A    As in an apartment building, in the bottom of the apartment

22   building there would be a room that I would break into and sleep

23   in that room.

24   Q    When you say break into, were they always locked?

25   A    One was never locked.  One was jimmied, very easy to get

1  into.

2  Q   Was there a bed with furnishings for you?

3  A   No.  I would be sleeping on the concrete floor.

4  Q   During this time frame did you come to know somebody by the

5  nickname of B?

6  A   Yes.

7  Q   What other names do you know him by?

8  A   Blyss and Lloyd.

9  Q   Do you see him in the courtroom?

10 A   Yes.

11 Q   Can you describe an article of clothing that he's wearing?

12 A   A striped shirt.

13 Q   Can you point him out, please.

14 A   (Indicating.)

15       MS. MAGNELLI:  Let the record reflect the witness has

16 identified the defendant.

17       THE COURT:  All right.  So indicated.

18 BY MS. MAGNELLI:

19 Q   I'm going to have you look at your monitor.  Do you

20 recognize the person in Government Photo 1?

21 A   Yes.

22 Q   How do you recognize that person?

23 A   That's how he looked when I knew him.

24 Q   That's how who looked?

25 A   I'm sorry?

1    Q    That's how who looked.

2    A    That's how B looked when I knew him.

3    Q    Melissa, I want to go forward a little bit before we go

4    backwards.  Do you remember the first time that you actually

5    talked to law enforcement about the defendant?

6    A    Yes.

7    Q    Do you remember if that was approximately May of 2007?

8    A    Yes.

9    Q    What do you remember about the first time you talked to

10   officers about the defendant?

11   A    I remember being at my mom's house.  I remember opening a

12   door to about four officers and them coming in and asking me

13   questions.

14   Q    What, if anything, did you tell them at that time?

15   A    I at first told them I had no idea what they were talking

16   about.

17   Q    Why would you do that?

18   A    I was terrified of him.

19   Q    Of who?

20   A    I was terrified of B and that he was going to hurt my

21   family.

22   Q    That he was going to?  I'm sorry?

23   A    I was terrified that he was going to hurt my little sister

24   and my family.

25   Q    Why were you worried about your little sister?

1   A    B had told me in the past if I were to ever leave him, he

2   would go to her day care and get her.

3   Q    Did you put any stock in that?

4   A    I'm sorry?

5   Q    Did he know anything about your family?

6   A    He knew where they lived.  He came with me a couple of times

7   to her day care and to my family's house.

8   Q    Now, had you called the police that showed up at your house

9   on that date?

10  A    No.

11  Q    Who did, if you know?

12  A    My grandmother and my mother.

13  Q    Do you remember talking to the police after that?

14  A    Yes.

15  Q    Do you remember giving a statement at a police station

16  around May 24, 2007?

17  A    Yes.

18  Q    Between the day that the officers came to your house and the

19  first time you talked to officers at the police station, did you

20  have any contact with the defendant?

21  A    Yes.

22  Q    Did you have a conversation with the defendant?

23  A    Yes.

24  Q    What, if anything, did he say to you during that

25  conversation?

1  A    He had told me to tell the police that he had nothing to do

2  with anything they were asking me.  He told me to lie about my

3  age, that he had nothing -- that he had no idea what my age was.

4  He told me to tell them that the day that I had went to D.C.

5  that he was at strip club and had nothing to do with it and it

6  was all Honey's fault.

7         THE COURT:  I'm not sure -- I didn't get all that.  I

8  didn't hear that.

9         MS. MAGNELLI:  Okay.

10  BY MS. MAGNELLI:

11  Q    Can you restate that.

12  A    From the beginning?

13         THE COURT:  The incident in D.C., I didn't hear her

14  response.

15  BY MS. MAGNELLI:

16  Q    What did he tell you with regard to the incident in D.C.?

17  A    He had told me to let the officers know that he had nothing

18  to do with it, that he was at a strip club when we had went into

19  the building and that Honey had -- that Honey was the one who

20  did everything.

21  Q    Were you under oath when you gave that statement to law

22  enforcement?

23  A    No.

24  Q    I'm sorry.  I should back up.  Did you then regurgitate that

25  to law enforcement?

1    A    Yes.

2    Q    Okay.  Was that during sort of your next few meetings with

3    law enforcement?

4    A    Yes.

5    Q    And were you under oath at those times?

6    A    No.

7    Q    Why is it that you told law enforcement these things that

8    the defendant had asked you to do?

9    A    I was under his control at the time.

10   Q    What do you mean by that?

11   A    Everything he said to me, everything that he wanted me to

12   say, I said it because I was terrified of him.  He would --

13   every time I would even consider not doing what he said, just a

14   picture pop up in my head of what he could do to me or my

15   family.

16   Q    In fact, you gave more than one statement to Montgomery

17   County Police; is that right?

18   A    Yes.

19   Q    Were you able to eventually tell authorities what had

20   actually happened?

21   A    Eventually, yes.

22   Q    How long did it take you before you told authorities

23   everything?

24   A    Years.

25   Q    In that time did you sometimes not always tell the truth?

1   A   Yes.

2   Q   Why?

3   A   Embarrassment, scared, didn't remember things.

4   Q   Today as you testify, are you going to tell this jury the

5   truth?

6   A   Yes.

7           MR. TRAINOR:  Objection.

8           THE COURT:  Sustained.  She's under oath and I would

9   sustain that.  Disregard that.  She's under oath.  The jury will

10  make the assessment as to whether she's telling the truth or

11  not.  Strike that question and the response.  All right.

12  BY MS. MAGNELLI:

13  Q   Are you going to testify about what you remember today?

14          MR. TRAINOR:  Objection.

15          THE COURT:  I'm going to overrule that.

16          THE WITNESS:  Yes.

17  BY MS. MAGNELLI:

18  Q   Thank you.  Now, I want to talk just a moment about your

19  memory.  Do you remember everything that happened three years

20  ago?

21  A   No.

22  Q   Do you remember the exact order in which things happened?

23  A   No.

24  Q   Do you remember approximately what time frame this all

25  happened in?

1    A    Yes.

2    Q    What was that time frame?

3    A    April and May 2007.

4    Q    Melissa, you had started to tell us about where you were in

5    life in 2007.  I'm going to show you what's been marked as

6    Government's Miscellaneous Locations 1, 1a and 1b.  I'm going to

7    ask you to take a look at those.  Just flip through those.  Do

8    you recognize what's in those photos?

9    A    Yes.

10   Q    How do you recognize them?

11   A    This is one of the storage closets that I had stayed in.

12   Q    Do you remember the last time you stayed in that storage

13   closet?

14   A    Yes.

15   Q    When?

16   A    The night I met B.

17   Q    Are these fair and accurate depictions of what that storage

18   closet looked like?

19   A    Yes.

20   Q    Can you describe what that is on the screen, Miscellaneous

21   Location 1?

22   A    That's the door of the storage closet.

23   Q    And do you see anything in particular there?

24   A    There's no doorknob.

25   Q    Is this the unlocked unit you were testifying about?

1   A    Yes.

2   Q    Show you what is 1a on the screen.  Can you describe more

3   specifically what that is?

4   A    That would be the place I would be sleeping on.

5   Q    And 1b, is this another view of that same room?

6   A    Yes.

7   Q    Melissa, if you were spending your nights in places like

8   this and on benches, where were you spending your days?

9   A    In restaurants, sitting there for hours until something came

10  along for me to do.

11  Q    How were you feeding yourself?

12  A    Stealing food from stores.

13  Q    Did you seek out help?

14  A    No.

15  Q    Why not?

16  A    Didn't know how.

17  Q    What, if any, contact were you having with your family?

18  A    Barely any.

19  Q    Besides sitting at restaurants, what kind of things did you

20  find yourself filling your day with?

21  A    Hanging out with my friends, smoking and drinking and just

22  partying.

23  Q    Okay.  When you say smoking, what do you mean?

24  A    Smoking marijuana and drinking alcohol.

25  Q    What about school?

1   A   Didn't go.

2   Q   Why not?

3   A   I had dropped out when I was 16.

4   Q   Where did you first meet the defendant?

5   A   At a grocery store in Germantown.

6   Q   I'm sorry.  In Germantown?

7   A   Yes.

8   Q   Before that day had you ever seen him?

9   A   No.

10  Q   Had you ever heard of him.

11  A   Never.

12  Q   Had you ever talked to him?

13  A   No.

14  Q   Through whom did you meet the defendant?

15  A   One of my friends, Linda.

16  Q   What were your first impressions of him, the defendant?

17  A   He looked like one of those regular guys, just a normal guy

18  that I met on the street.

19  Q   Did you have a conversation with him this first night?

20  A   Yes.

21  Q   Did you tell him your name?

22  A   Yes.

23  Q   What other kinds of things did you tell him that first

24  night?

25  A   I had told him almost everything about me, told him that I

1    was living on the streets, told him how I didn't have any

2    family, I was homeless.

3    Q    Now, that night that you met the defendant, were you having

4    a good night or a bad night?

5    A    Up in the air.

6          THE COURT:  What did you say, up in the air?

7          THE WITNESS:  It was a good/bad day, okay night.

8    BY MS. MAGNELLI:

9    Q    Why was it a good/bad day, okay night?  What do you mean by

10   that?

11   A    Bad day because I tried to set my boyfriend up, and during

12   the nighttime I was drinking and having a good time with B and

13   then it turned into a bad night again.

14   Q    Okay.  Let's talk about that for a second.  What do you mean

15   set your boyfriend up?  What does that mean?

16   A    I mean I tried to get my boyfriend robbed.  My friends -- I

17   wanted to set him up to get him robbed and jumped.

18   Q    Why would you do that?

19   A    Because my boyfriend didn't treat me good.  He was angry

20   towards me and I just didn't like him at the time.

21   Q    And did this actually ever happen?

22   A    No.

23   Q    But you were irritated that night?

24   A    Yes.

25   Q    Did you go anywhere with the defendant that night?

1   A    Yes.

2   Q    Where did you go?

3   A    I went back to what I thought to be his house.

4   Q    Can you describe that house at all?

5   A    Walk in, there was a kitchen on the left, family room

6   straight in front of you, stairs to the right.

7   Q    Do you remember the front of that house at all?

8   A    Yes.  It was a townhouse.  I believe it was -- it was a

9   townhouse, I believe.  It had a porch and a door.

10  Q    All right.  I'm going to show you what's been marked and

11  previously admitted as Misty Meadows 1.  Do you recognize that

12  house?

13  A    Yes.

14  Q    What is that house?

15  A    That was the house I went to that first night.

16  Q    Who did you believe, based on what the defendant told you,

17  this house belonged to?

18  A    His.

19  Q    Did you ultimately find out who else lived at that house?

20  A    Yes.

21  Q    Who do you believe -- or who did you meet there?  Who else

22  did you meet there?

23  A    Who else did I meet there?

24  Q    Who else did you eventually meet who lived there?

25  A    Crystal.

1   Q   And who was Crystal, if you know?

2   A   His girlfriend.

3   Q   Whose girlfriend?

4   A   B's girlfriend.

5   Q   I'm going to show you what's been marked as Photo 13.  Do

6   you recognize that person?

7   A   Yes.

8   Q   Who is that?

9   A   That's Crystal.

10  Q   Do you know her by any nicknames?

11  A   I can't remember right now.

12  Q   That's okay.  But you didn't meet her this first night?

13  A   No.

14  Q   Who else was at this house that first night?

15  A   Me, B, Wendell, and his cousin.

16  Q   When you say his cousin, do you actually know whether or not

17  this person was his cousin?

18  A   No.

19  Q   How did you come to call him the cousin?

20  A   I came to call him Cuzzy because B told me it was his cousin

21  and that was what we called him.

22  Q   Okay.  Can you describe what he looked like?

23  A   African-American, short hair.

24  Q   I'm going to show you what is marked, if you look at your

25  monitor, as Photo 7.

1   A    That's him.

2   Q    Is this a fair and accurate depiction of what he looked

3   like?

4   A    Yes.

5   Q    Melissa, you said you were smoking and drinking that night;

6   is that right?

7   A    Yes.

8   Q    Do you recall who provided you the marijuana?

9   A    B did.

10  Q    Do you remember who provided you the alcohol?

11  A    B did.

12  Q    Did you do anything else that night at this house?

13  A    Yes.

14  Q    What did you do?

15  A    B had took me upstairs and I had given him oral and vaginal

16  sex along with his cousin.

17  Q    Why did you do that?

18  A    Because I wanted a place to stay.

19  Q    Had the defendant also had a conversation with you that

20  night?

21  A    Yes.

22  Q    What did the defendant say?

23  A    He had told me that he wanted to see if I was good enough

24  and he could make me serious money.

25  Q    Did you understand exactly what he meant at that time?

1   A    No.

2   Q    Melissa, where did you sleep that night?

3   A    In a storage closet.

4   Q    Did you see the defendant again?

5   A    Yes.

6   Q    When?

7   A    The next day.

8   Q    Did you get in touch with him?

9   A    Yes.

10  Q    How did you know how to get in touch with him?

11  A    The night that I met him, he had given me his number and

12  told me to call him if I ever needed anything.

13  Q    Did you in fact call him?

14  A    Yes.

15  Q    Why?

16  A    I was sitting at Roy Rogers for about five hours and I had

17  gotten bored.  So I called him.

18  Q    What did you use to call him?

19  A    A pay phone.

20  Q    Why did you use a pay phone?

21  A    I didn't have access to another phone at the time.

22  Q    During this time frame that we're talking about, April, May,

23  did you at some point have access to a cell phone?

24  A    Yes.

25  Q    Do you remember whose phone that was?

1   A    My mother's and my prepaid cell phone.

2   Q    Do you remember those phone numbers?

3   A    Yes.

4   Q    What is your mother's phone number?  What was it at the

5   time?

6   A    717-357-4168.

7   Q    Do you remember any -- when you say you had a prepaid, what

8   kind of phone?

9   A    TracFone.

10  Q    And is that the kind of phone that only works when you buy

11  minutes?

12  A    Yes.

13  Q    In other words, if it doesn't have minutes, it won't work?

14  A    Yes.

15  Q    Do you remember any of the digits from that phone?

16  A    Yes.

17  Q    What do you remember that phone number?

18  A    If I'm correct, 542-4707.

19  Q    But on this day that you called the defendant, you called

20  him from a pay phone?

21  A    Yes.

22  Q    What happened as a result of you calling him?

23  A    He came and picked me up.

24  Q    What happened next?

25  A    Got into his car and went to one of his friend's houses.

1   Q   What kind of car was he driving?

2   A   A white Camry.

3   Q   When you say you went to a friend, do you know who this

4   friend was?

5   A   Honey.

6   Q   Can you describe Honey?

7   A   African-American, long hair, pretty face.

8   Q   I'm going to show you what's been previously admitted as

9   Government Photo 2.  Who is this?

10  A   Honey.

11  Q   Do you know her by any other name?

12  A   No.

13  Q   Do you know where she lived?

14  A   Yes.

15  Q   Where did she live?

16  A   In Gaithersburg off of Strawberry Knoll Road.

17  Q   Have you been to her house?

18  A   Yes.

19  Q   Do you remember what it looked like?

20  A   Yes.

21  Q   Have you been inside?

22  A   Yes.

23  Q   Have you been in the back yard?

24  A   Yes.

25  Q   I'm going to show you what's been marked as Cross Country

1  Place 1, 1a and 1b.  If you would just look through those,

2  please, and tell me if you recognize what's in those photos.

3  A    Her house, her bedroom and her back yard.

4  Q    When you say "her," who are you talking about?

5  A    Honey.

6         MR. TRAINOR:  Can we know we numbers?

7         MS. MAGNELLI:  Yes.  I'll do it in one second.

8  BY MS. MAGNELLI:

9  Q    Are these fair and accurate depictions?

10 A    Yes.

11 Q    I'm going to show you these again.  I'm going to show you

12 again Cross Country Place 1.  What view is that?

13 A    Front of her house.

14 Q    Show you again 1a.  What is that?

15 A    Her bedroom.

16 Q    And 1b, what is that?

17 A    Her back yard.

18 Q    Had you also ever been to her job?

19 A    Yes.

20 Q    Do you remember what kind of store she worked at?

21 A    Clothing department.

22 Q    And you'd also been to her house?

23 A    Yes.

24 Q    Did you go anywhere else that night?

25 A    Yes.

1   Q   Where?

2   A   Went to a Burger King.  We went to an alcohol store and

3   couple different motels and then wound up at Motel 6.

4   Q   Do you remember where that Motel 6 was located?

5   A   Yes.

6   Q   Where?

7   A   Gaithersburg off of Quince Orchard Road.

8   Q   I'm going to show you what's been previously admitted as

9   Motel 6 1.  Do you remember what's in that photo?

10  A   Yes.  That's the front of Motel 6.

11  Q   I'm going to show you Motel 6 1a.  Do you recognize that?

12  A   Yes.  That's the bedroom.

13  Q   Is this a similar setup to the room you were in that night?

14  A   Yes.

15  Q   Show you what's been previously marked as 1b.  Is this a

16  different view of the same setup?

17  A   Yes.

18  Q   Is there anything different?

19  A   There would be a table right next to the door.

20  Q   And I see you just put your finger on it.  So that's where

21  there would be a table that's missing in this photo?

22  A   Yes.

23  Q   And do you recognize 1c?

24  A   That's the bathroom.

25  Q   Motel 6 1c for the record.  Who went to this hotel?

1    A    Me, Honey, and Stephanie, and B.

2    Q    How did Stephanie get to be part of this group?

3    A    B had asked me to call some of my girlfriends and invite

4    them to a hotel party.  So, the first person I called was my

5    best friend Stephanie.

6    Q    And what were you expecting when he said a hotel party?

7    A    I was expecting to have a great time, drink and party.

8    Q    Were you expecting lots of people?

9    A    Yes.

10   Q    At some point did the defendant change your expectations?

11   A    Yes.

12   Q    What did he say?

13   A    He had told me that it was just going to be us and we were

14   going to talk business.

15   Q    Did you understand what he meant at that point?

16   A    No.

17   Q    How did you get to the Motel 6?

18   A    B had drove us.

19   Q    Who rented the room, if you know?

20   A    B did.

21   Q    How did you gain access to the room?

22   A    B opened the door with a card.

23   Q    When you first got to the motel, what were people doing?

24   A    Smoking weed and drinking and just talking amongst

25   ourselves.

1   Q   When you say smoking weed, was anything being done with the

2   weed?

3   A   B and Honey were rolling blunts.

4   Q   Can you explain to me with what rolling a blunt is?

5   A   A cigar that you buy from a store and you would take all the

6   tobacco out of it, put weed inside of it and roll it up.

7   Q   Do you know who brought the weed to the Motel 6?

8   A   B did.

9   Q   Do you know who brought the alcohol to the Motel 6?

10  A   B did.

11  Q   I just want to ask you a couple of questions about the

12  marijuana before we move on.  Before that night, had you ever

13  used marijuana?

14  A   Yes.

15  Q   Would you say you were familiar with the way that marijuana

16  looks in general?

17  A   Yes.

18  Q   And how does it look?

19  A   A green bunched up leafy material.

20  Q   Are you familiar with the way marijuana smells?

21  A   Yes.

22  Q   How does marijuana smell?

23  A   I really can't describe it.  It's just a distinctive smell

24  that I know.

25  Q   You know it?  You recognize it?

1    A    Yes.

2    Q    Okay.  Are you familiar with the way someone would ingest

3    marijuana?

4    A    You would smoke it.

5    Q    Are you familiar with the types of effects marijuana has?

6    A    Yes.

7    Q    What types of effects does it have?

8    A    You would get hungry a lot, sometimes tired, sometimes you

9    would just feel good in general.

10   Q    The substance that the defendant provided the night of Motel

11   6, did you, in fact, ingest it?

12   A    Yes.

13   Q    Did you ingest it in the same way you had previously

14   ingested marijuana?

15   A    Yes.

16   Q    Did it smell the same way as previous marijuana you had --

17        MR. TRAINOR:  Objection to the continued leading of the

18   witness.

19        THE COURT:  All right.  Yes, I agree.  Just rephrase

20   some of these questions.  Ask more how.

21   BY MS. MAGNELLI:

22   Q    All right.  Melissa, with regard to what the defendant

23   provided you that night, how did it compare with the marijuana

24   you'd had before?

25   A    The same.

1    Q    In all the ways we talked about?

2    A    Yes.

3    Q    What about alcohol, are you familiar with alcohol?

4    A    Yes.

5    Q    What types of alcohol are you familiar with?

6    A    Liquor and wine coolers, beer.

7    Q    What does it look like?

8    A    It could look a whole bunch of different ways, different

9    colors, clear, brown.

10   Q    Do you know what alcohol smells like?

11   A    Yes.

12   Q    Do you know what effects it has on you?

13   A    Yes.

14   Q    Based on your experience, how did what the defendant

15   provided that night compare with alcohol you had had in the

16   past?

17   A    The same.

18   Q    At some point did you leave Motel 6?

19   A    Yes.

20   Q    Tell me about that.

21   A    I had made a phone call to one of my friends and ended up

22   going to meet him.

23   Q    Why did you go meet him?

24   A    I liked him a lot.  I was considering making him one of my

25   boyfriends and I wanted to see him and he was in the area.

1    Q    Do you recall what you used to get in touch with him?

2    A    The Motel 6 pay phone -- I mean -- well, phone.

3    Q    In the room?  Outside the room?

4    A    In the room.

5    Q    Did you, in fact, leave the room?

6    A    Yes.

7    Q    Did you come back?

8    A    Yes.

9    Q    Come back by yourself?

10   A    Yes.

11   Q    When you got back to the room, what, if anything, did the

12   defendant say to you?

13   A    I had knocked on the door and he came out and he started

14   yelling at me for being gone too long.

15   Q    How did that make you feel?

16   A    Awkward.  I didn't know him.

17   Q    Had he ever done that before?

18   A    No.

19   Q    Did you leave the motel room again?

20   A    Yes.

21   Q    Tell me about that.

22   A    B had asked me to come on a ride with him to go pick up one

23   of his friends.

24   Q    And who was this person?

25   A    It was Cuzzy.

1   Q   The same person you testified about?

2   A   Yes.

3   Q   Tell me about what happened when you picked up Cuzzy.

4   A   We had picked him up and before he had gotten in the car, B

5   had told me to give him oral sex, to jump in the back seat.

6   Q   What did you do in response to the defendant's statements?

7   A   I did it.

8   Q   Why did you do that?

9   A   I was homeless.  I wanted to get on his good side to get a

10  place to stay and food in my stomach.

11  Q   Was there something that made you believe the defendant

12  could do that?

13          MR. TRAINOR:  Objection.  Leading.

14          THE COURT:  Yes.  Sustained.

15  BY MS. MAGNELLI:

16  Q   Why did you believe that?

17  A   Because he told me he can help me out.  He bought me food a

18  little bit ago before I had even done it.  He had told me he

19  could help me if I wanted it and he did.

20  Q   Once you were back in the room after picking up Cuzzy, to

21  the best of your recollection, what did you see?

22  A   I walked in the room and I saw my best friend terrified and

23  naked, laying under the covers.

24  Q   In what bed was she?

25  A   The one closest to the bathroom.

1   Q   And when you say your friend, who exactly are we talking

2   about?

3   A   Stephanie.

4   Q   Where was everybody else, if you remember?

5   A   Honey was rolling marijuana and B was standing next to me.

6   Q   What, if anything, did you do?

7   A   I went to her side and asked her what was wrong.

8   Q   Okay.  Without telling me what she said, what happened next?

9   A   B had told me to take my clothes off.

10  Q   What did you do in response to that?

11  A   I told him no.

12  Q   What happened next?

13  A   He started helping me undress by taking off my pants and my

14  shirt.

15  Q   What happened next?

16  A   After I was fully undressed, he told me and Stephanie to

17  stand up on the bed and dance for him.

18  Q   Did you do something in response to that?

19  A   We kept on saying we were embarrassed.  We didn't want to do

20  it.

21  Q   So, what did you end up doing?

22  A   I remember getting under the covers and hiding.

23  Q   Do you recall whether or not the defendant called you by any

24  other name but your name that night?

25  A   Yes.

1   Q   What do you remember?

2   A   Reddz.

3   Q   Anything else?

4   A   Snow bunnies.

5   Q   How did that make you feel?

6   A   I don't even remember what I felt that night, but now it

7   just makes me feel wrong.  It's embarrassing.

8   Q   Melissa, why didn't you just pick up your clothes and leave?

9   A   To where?  I had no place to go.  It was raining that night.

10  I would be walking on foot to nowhere.  So I stayed there.

11  Q   After you and Stephanie were in the bed, what happened next?

12  A   B ended up taking off his clothes and coming between us.

13  Q   What do you recall happening next?

14  A   B forcing us to give him oral sex.

15  Q   Can you explain what that means?

16  A   Meaning he asked us to give him oral sex.  Me and Stephanie

17  both said no.  He had taken his hand and forced our heads onto

18  his penis.

19  Q   How did that make you feel?

20  A   Scared.

21  Q   What happened next, Melissa?

22  A   He ended up having sex with us all night.

23  Q   What's the next thing you remember?

24  A   B waking us up with McDonald's and pills.

25  Q   Do you know what kind of pills?

1  A    No.

2  Q    From where, if you know, had they come?

3  A    I don't know.

4  Q    What, if anything, did you do with the pills?

5  A    I took them.

6  Q    How did they make you feel?

7  A    Itchy and tired.

8  Q    Where did you go after the motel, if you remember?

9  A    Back to Honey's house.

10 Q    Why?

11 A    We just went there, had nothing else to do.

12 Q    Did you meet anyone else while you were there?

13 A    I met her aunt and I met Honey's brother.

14 Q    What, if anything, do you recall doing at Honey's house?

15 A    I remember talking to her aunt.  I remember falling asleep.

16 Q    What, if anything, do you remember -- and without telling me

17 your response, what, if anything, do you remember happening in

18 the kitchen area?

19 A    Had a conversation with Honey's aunt.

20 Q    Who else was present?

21 A    Me, Honey, Stephanie and B.

22 Q    What were the subject matters being discussed around that

23 table?

24 A    B was trying to set up me living there.  So, we were talking

25 about who I was, where I came from, how old I was, about why I

1    needed a place to stay.

2    Q    Were you honest about your age at that time?

3    A    Yes.

4    Q    Did there come a time when you were invited to live there?

5    A    Yes.

6    Q    At some point did you move out of Honey's house?

7    A    Yes.

8    Q    And where did you move into?

9    A    Another one of B's friends, Sammy's house.

10   Q    Who made those arrangements?

11   A    B and Sammy did.

12   Q    Now, let's talk about Sammy for a moment.  Who is she again?

13   A    Just one of his friends.

14   Q    When you say "his," who do you mean?

15   A    One of B's friends.

16   Q    Do you know where Sammy lived?

17   A    Yes.

18          MS. MAGNELLI:  Court's indulgence.

19   BY MS. MAGNELLI:

20   Q    I'm going to show you what's been previously admitted -- if

21   you would look at your monitor please -- as Clifftop 1.  Do you

22   recognize what's in that photo?

23   A    Yes.

24   Q    What's in that photo?

25   A    Sammy's house.

1  Q   I'm going to show you Clifftop 1a.  Do you recognize that?

2  A   Yes.  That's Sammy's kitchen and Sammy's stairwell.

3  Q   Okay.  And I'll show you Clifftop 1b previously admitted.

4  Do you recognize this?

5  A   That's Sammy's back yard.

6  Q   Do you recall meeting anyone else at that townhouse?

7  A   Yes.

8  Q   Who do you recall meeting?

9  A   Jimmy, Sammy, Pic.

10 Q   Who is Jimmy?

11 A   Jimmy was a roommate.

12 Q   Who was Pic?

13 A   Sammy's boyfriend.

14 Q   I'll show you what's been previously admitted as Photo 5.

15 Do you recognize that person?

16 A   That's Pic.

17 Q   I'm going to show you what's been marked as Photo 8.  Do you

18 recognize who is in this photo?

19 A   That's Jimmy.

20 Q   And how do you recognize him?

21 A   I just know him.

22 Q   So you met him?

23 A   Yes.

24 Q   Is this a fair and accurate depiction of how he looked at

25 the time?

1    A    Yes.

2    Q    Do you remember the first time you went to Sammy's house?

3    A    Yes.

4    Q    Was this before or after Motel 6?

5    A    It was after.

6    Q    Who did you go to Sammy's house with?

7    A    Me, Stephanie, and Honey, and B.

8    Q    How did you get there, if you remember?

9    A    B drove us.

10   Q    What, if anything, do you remember happening in the house?

11   A    I remember people sniffing cocaine and drinking.  That's

12   about it.

13   Q    Do you remember who was sniffing cocaine?

14   A    I really didn't see anybody sniff cocaine that night, but I

15   remember them breaking it up.

16   Q    When you say breaking it up, what does that mean?

17   A    Breaking -- chopping it into lines with a razor blade.

18   Q    Why did you believe it was cocaine?

19   A    Because they said it was.

20   Q    Who said it was?

21   A    B and Pic did.

22   Q    Did you have a conversation at all with the defendant about

23   cocaine?

24   A    Yes.

25   Q    What was that conversation?

1    A    There was a couple.  I remember I told him that I didn't

2    like being around it and he had told me he had done too much of

3    it.

4    Q    Did you eventually do the cocaine?

5    A    Yes.

6    Q    Why?

7    A    B forced me to.

8    Q    What do you mean by that?

9    A    As in he verbally forced me to.

10   Q    Can you explain that?

11   A    He basically asked me to and I told him I did not want to do

12   it because I just didn't want to do it.  He told me, "Bitch,

13   fucking do it," and I did.

14   Q    Do you remember the end of that first night at Sammy's?

15   A    Yes.

16   Q    How did that night end?  What do you recall?

17   A    I remember I ended up leaving Sammy's house to go wait in

18   B's car because I didn't want to be around all of that.  I

19   remember I wanted to go home and when it was time to go home, B

20   had came out and told me he couldn't drive me home, he had

21   sniffed too much cocaine.

22   Q    Do you remember how you got home?

23   A    Jimmy drove me.

24   Q    Do you remember any other interaction with the defendant

25   after he came out to tell you he couldn't take you home?

1    A    I remember I ended up walking away and he started screaming

2    for me, calling me names, and I ended up getting scared and I

3    sat down on the curb.

4    Q    When you say he was calling you names, as you sit here do

5    you remember any of those names?

6    A    No.

7    Q    What happened next?

8    A    B ended up running over to me and started yelling at me and

9    told me if I ever walked away from him like that again, he would

10   yank me back by my hair to where I started walking away from him

11   at.

12   Q    How did that make you feel?

13   A    I couldn't believe it.  I was -- I started getting scared

14   and at the same time I started talking back to him.  So he hit

15   me.

16   Q    Do you recall any specifics of where he hit you or how?

17   A    He hit me with the back of his hand on my chest pretty hard.

18   Q    How did that feel?

19   A    I was shocked.  I couldn't believe it had happened and I

20   started crying.

21   Q    Physically how did that feel?

22   A    It hurt like hell.

23   Q    What do you remember happening next?

24   A    I remember getting into Jimmy's car and him driving me to

25   Honey's house.

1   Q    Did you see the defendant again after that night?

2   A    Yes.

3   Q    Why?

4   A    He had picked me up and told me we were going back to

5   Sammy's.

6   Q    Why did you see the defendant again after the first night

7   you just described?  For what reason?

8   A    I can't remember.

9            THE COURT:  What was that?

10           MS. MAGNELLI:  Let me rephrase.

11           THE COURT:  All right.  Rephrase it.

12  BY MS. MAGNELLI:

13  Q    Melissa, did you see the defendant again after that first

14  night at Sammy's?

15  A    Yes.

16  Q    At this point you've already described the incident in Motel

17  6.

18  A    Yes.

19  Q    And you described this incident at Sammy's.

20  A    Yes.

21  Q    Given those two incidents, why would you see this man again?

22  A    I was attracted to him and I thought that it could get

23  better.  And so, I just wanted to see him again.

24  Q    And at that point were you living at his friend's house?

25  A    Yes.

1   Q   Did the defendant ever visit you at Honey's house?

2   A   Yes.

3   Q   What kind of things would you do at Honey's?

4   A   He would end up sleeping with me over there a bunch of times

5   and that's just about it.

6   Q   When you say "sleeping," what do you mean?

7   A   He would have sex with me at Honey's house.

8   Q   And at this point you were still attracted to him?

9   A   Yes.

10  Q   Do you recall any specific conversations you had with him at

11  Honey's house?

12  A   At Honey's house he had told me to change my age and to make

13  sure nobody knew how old I was.

14  Q   Did he say anything specific with regard to how to effect

15  this change?

16  A   Yes.

17  Q   What did he tell you to do?

18  A   To keep the month and the day the same of my birthday but

19  change the year.

20  Q   Did you do that?

21  A   Yes.

22  Q   Why?

23  A   I don't know.  I just did.

24  Q   And at some point you already testified you went back to

25  Sammy's house; is that right?

1   A    Yes.

2   Q    Do you remember a particular evening that ended in the

3   District of Columbia?

4   A    Yes.

5   Q    That night how did you get to Sammy's house?

6   A    B had drove me.

7   Q    Do you recall whether or not there was any conversation in

8   the car?

9   A    I remember hearing something about D.C.  I can't recall

10  anything else.

11  Q    When you got to Sammy's house, who was there?

12  A    Sammy, Pic and Jimmy.

13  Q    Who came with you to Sammy's house?

14  A    Me, B, Stephanie, and Honey.

15  Q    Did another male end up showing up?

16  A    Yes.

17  Q    Who?

18  A    Shy Mike.

19  Q    Now, toward the beginning of the evening when you got to

20  Sammy's, what were people doing?

21  A    The beginning of the evening?

22  Q    When you first got to Sammy's house, what were people doing?

23  A    Scattering around trying to get us dressed and ready.

24  Q    When you say get you dressed and ready, what happened?

25  A    We were in and out of Sammy's closet, her picking out little

1  skimpy outfits for us to wear.

2  Q   Now, you said "we" and "us."  Who are you talking about?

3  A   Talking about me and Stephanie were trying on clothes while

4  Honey and Sammy were picking them out for us.

5  Q   I'm going to show you photographs of some items.  They're

6  marked Clifftop 4a, 5a, 6a, 7a, 8a, 9a, 10a and 11a.  Can you

7  flip through those, please.

8  A   Do you want me to say what they are while I'm flipping

9  through them?

10 Q   I want you to flip through them first, please.  Thank you.

11 A   I recognize all of them.

12 Q   How do you recognize these things?

13 A   These are the clothes we wore to D.C.

14 Q   Are these fair and accurate depictions of the clothes?

15 A   Yes.

16 Q   Do you recall what you wore specifically to D.C.?

17 A   Yes.

18 Q   Do you recall what Stephanie wore to D.C.?

19 A   Yes.

20      MS. MAGNELLI:  With the court's permission, I'd have

21 the witness join me.

22      THE COURT:  All right.  You can step down.

23 BY MS. MAGNELLI:

24 Q   Melissa, if you would use this microphone as we talk.  Do

25 you recognize the items here on this table?

1    A    Yes.

2    Q    For the record, they are going to be Clifftop 4, 5, 6, 7, 8,

3    9, 10 and 11.  Do you recognize them?

4    A    Yes.

5    Q    What are these?

6    A    Those are the clothes we wore to D.C.

7    Q    Melissa, show me who wore what.

8    A    I wore this and --

9    Q    Sorry.  For the record, please --

10   A    I wore this.  Stephanie wore that.

11   Q    For the record, you have placed in one pile a pink shirt

12   which is marked item 4, a black skirt marked item 5, a body

13   stocking marked item 9, and a pair of boots marked item 10.

14   And, for the record, you have placed in a pile and indicating

15   that Stephanie wore these --

16   A    Yes.

17   Q    You have placed in a pile item 6, a red and black skirt;

18   item 7, a denim top; item 8, a denim bottom; and item 11, these

19   tall boots.  Thank you.  You can take the stand.

20         Melissa, do you recall whether or not you were provided

21   with anything else besides these clothes that night?

22   A    Yes.

23   Q    What do you remember?

24   A    I remember that was the first night I was forced to do

25   cocaine.  Sammy made us drink a big glass of water and energy

1    shots.

2    Q    When you say cocaine, tell me what happened with this

3    cocaine.

4    A    While we were getting ready, Sammy was getting the cocaine

5    ready and B had told me to walk over to him and verbally forced

6    me to do it.

7    Q    When you say verbally forced, can you explain to this jury

8    what you mean?

9    A    I mean, he told me, "Bitch, to do it," and I did it because

10   I didn't want another incident happening to him hitting me

11   again.

12   Q    I'm going to show you what's been previously admitted as

13   Royal 5.  Do you recognize what's in this photo?

14   A    Yes.

15   Q    What's in the photo?

16   A    That was one of the bags Sammy packed for us to go to D.C.

17   Q    After you were dressed, you, in fact, wore these clothes?

18   You changed; is that right?

19   A    Yes.

20   Q    After that, what else happened before you left Sammy's

21   house?

22   A    Can you rephrase the question.

23   Q    Okay.  Let me take you to the point where you're actually

24   dressed.  This is before you've left the house.  Is there

25   anything else done to prepare you for the night?

1  A    I remember Sammy and Honey taking a picture of us.

2  Q    And do you remember what they used to take a photo of you?

3  A    A Nextel phone.

4  Q    Do you recall how you got to the District of Columbia?

5  A    In Sammy's SUV.

6  Q    You've seen this car?

7  A    Yes.

8  Q    I'm going to show you what's been previously admitted as

9  Clifftop 2.  Do you recognize what's in that photo?

10 A    Yes.

11 Q    How do you recognize that?

12 A    That's the SUV, Sammy's SUV.

13 Q    I'm going to show you 2a, Clifftop 2a.  Do you recognize

14 what's in that photo?

15 A    Same.

16 Q    Same car?

17 A    Yes.

18 Q    And, again, for the record, Clifftop 2b, do you recognize

19 the back of that car?

20 A    Yes.

21 Q    Same car?

22 A    Yes.

23 Q    Do you recall who drove?

24 A    Shy Mike did.

25 Q    Who was in that car on the way to the District of Columbia?

1   A    Shy Mike, B, Honey, Stephanie, and me.

2   Q    Who occupied the front seats?

3   A    Shy Mike drove and B sat in the passenger seat.

4   Q    Do you remember any conversations in the car?

5   A    I remember a phone being passed back and forth between Honey

6   and B the entire time.

7   Q    Did the car eventually come to a stop?

8   A    Yes.

9   Q    Do you recall anything about where it stopped?

10  A    I remember it being on the side of the street.

11  Q    Where did you go -- well, let me ask you this.  Before you

12  left the area of the car, what, if anything, do you remember

13  happening?

14  A    I remember B telling us good luck and making us kiss his

15  pinky ring.

16  Q    I'm going to show you what's been previously marked as Royal

17  1.  Do you recognize this?

18  A    That's his pinky ring he made us kiss.

19  Q    Was that the only time you kissed this ring?

20  A    No.

21  Q    What do you remember?

22  A    Almost every time I saw him, he made us kiss the ring.

23  Q    When you say "us" --

24  A    Me, Stephanie and Ilana.

25  Q    Do you remember any other type of jewelry the defendant

1   would wear?

2   A   On the same hand his pinky ring was worn he would wear a

3   watch.

4   Q   Do you recall what it looked like?

5   A   Silver, blue inside.

6   Q   I'm going to show you what's been marked as Royal 2.  Do you

7   recognize this?

8   A   That's the watch he wore.

9   Q   Do you recall anything about the residence that you visited

10  in D.C.?

11  A   I remember what it looked like.

12  Q   What did it look like?

13  A   I remember walking across the street, going up to the

14  apartment building and there was two doors on each side, the

15  left and the right, and two sides of stairs on your left and

16  your right.

17  Q   Did you say it was -- what kind of a building?

18  A   An apartment building.

19  Q   I'm going to show you what's been previously admitted as

20  D.C. 1.  Do you recognize what's in this photo?

21  A   Yes, that's the -- that's what it looked like, the building

22  we went to.

23  Q   This is the building you bent to in D.C. that night?

24  A   Yes.

25  Q   Tell me about who went actually to the apartment building.

1   A    Me and Stephanie and Honey.

2   Q    What happened once you got to the apartment building?

3   A    A guy came down and buzzed us in and we went up.

4   Q    Can you describe this guy?

5   A    African-American, kind of short.

6   Q    Did you learn his name?

7   A    Yes.

8   Q    What was his name?

9   A    Mark.

10  Q    Before that moment, had you ever met Mark?

11  A    No.

12  Q    Before that moment had you spoken to him?

13  A    No.

14  Q    What do you remember happening after Mark let you into the

15  apartment building?

16  A    I remember going up a flight of stairs into his apartment.

17  I remember him and Honey talking for a little bit while me and

18  Stephanie went to the bathroom.  I remember walking back over to

19  Honey and going back into the bathroom and then we went into his

20  room.

21  Q    Melissa, did you understand at this point what was

22  happening?

23  A    Yes.

24  Q    At what point did you understand what was happening?

25  A    Once I was dressed and knew I was at D.C. and him telling me

1   good luck, you put two and two together.

2   Q   And how old were you on this night?

3   A   I was 17 years old.

4   Q   What happened after you came out of the bathroom?

5   A   We went into Mark's room and Honey told us to start giving

6   him oral sex.  He asked if we had a condom.  We put a condom on

7   him and we started giving him oral sex.

8   Q   What, if any, other sexual acts happened?

9   A   Vaginal sex.

10  Q   With whom?

11  A   Between me and Mark.

12  Q   What about Stephanie?

13  A   No.

14  Q   Do you know why?

15  A   She was on her period.

16  Q   What do you remember happening next?

17  A   I remember me starting to cry and get really red, telling

18  Honey I wanted to stop because of how it was taking a toll on

19  me.  We were going for hours.

20  Q   Do you actually know how long you were there?

21  A   No.

22  Q   Do you recall leaving that apartment at some point?

23  A   Yes.

24  Q   Did you see at any point that night any exchange of money?

25  A   Yes.

1    Q    What did you see?

2    A    I saw Honey passing B money, cash, between the seats.

3    Q    Can you say that again?

4    A    I saw Honey pass a wad of money to B through the seats of

5    the car.

6    Q    After leaving Mark's apartment, where did you head back to?

7    A    We were heading back to Sammy's house.

8    Q    Did something happen?

9    A    There was a car beside us and I remember honking of horns.

10    I remember pulling over and B and Stephanie got out the car.

11    Then I remember B opening my door and basically showed me off to

12    the guys across the street.

13    Q    What, if anything, came of that?

14    A    Nothing.

15    Q    So what happened next?

16    A    We went back to Sammy's house.

17           THE COURT:  We'll take a break, a 15-minute break.

18           (Jury excused for a recess.)

19           THE COURT:  All right, 15 minutes.

20           (Recess from 11:25 to 11:40 a.m.)

21           THE COURT:  All right.  Let's get the witness back.

22           (Jury present.)

23           THE COURT:  All right.  Let's be seated.  All right.

24    Thank you.

25           All right.  Continue.

1      MELISSA P., GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

2                  DIRECT EXAMINATION - RESUMED

3    BY MS. MAGNELLI:

4    Q   Melissa, you were just testifying about going to D.C. and

5    coming back from D.C.  Do you remember?

6    A   Yes.

7    Q   All right.  Did there come a point in time when you stopped

8    hanging out so much with Stephanie?

9    A   Yes.

10   Q   Do you remember how that night came about?

11   A   Yes.

12   Q   How did that night start?

13   A   B had dropped me off, me and Stephanie off at her house and

14   he had something to do.  So we were going to hang out.

15   Q   Do you recall whether or not you saw anybody else that

16   night?

17   A   I'm sorry.  I didn't hear you.

18   Q   Do you recall whether you saw anybody else?

19   A   Yes.  We had seen my friend David.

20   Q   Okay.  And who is David?

21   A   David is my ex-boyfriend.

22   Q   And where do you know him from?

23   A   School.

24   Q   How is it that you came to see David?

25   A   I was on my MySpace and Stephanie thought, you know, let's

1  go hang out.  So we had called him and he came to pick us up.

2  Q   Where did you go after leaving Stephanie's?

3  A   Went to one of his friend's, Gavin's house.

4  Q   And did you go anywhere else after Gavin's house?

5  A   We went back -- we went to a housewarming party.

6  Q   Where?

7  A   In Cinnamon Woods in Germantown.

8  Q   What, if anything, do you recall happening at the party?

9  A   Just drinking and hanging out, and all of a sudden we got a

10 phone call from B asking where we were.

11 Q   Did you speak to B?

12 A   Yes.

13 Q   What, if anything, do you remember him saying to you on the

14 phone?

15 A   I remember him getting angry at us, demanding to know where

16 we were.  I remember we didn't want to tell him.  So we started

17 to lie to him.

18 Q   Did you talk to him once, more than once, how many times on

19 the phone?

20 A   Multiple times.

21 Q   As a result of this conversation or these conversations, did

22 you agree to see him?

23 A   Yes.

24 Q   What happened?

25 A   I remember him on the phone yelling at me to tell me

1  where -- to tell him where we were, and I had no idea.  So, I

2  had David drive me to the closest store, which was Weis.

3  Q   And who went with you, if anyone?

4  A   Me, David and Stephanie.

5  Q   What was your plan once you got to Weis?

6  A   I really didn't have a plan.  I just knew I didn't want to

7  get in trouble.  So, I had to go see him.  And he had pulled up.

8  Q   All right.  So, you, David and Stephanie drive to Weis.  How

9  close is this to the house party you were at?

10 A   Two minutes, not even.

11 Q   And who was going to go with B?

12 A   I was.

13 Q   When you got to the Weis, did you get out of the car?

14 A   Yes.

15 Q   What happened next?

16 A   Once I had gotten out of the car, I had seen B pulling up

17 from the other side of the parking lot and I remember Stephanie

18 didn't want to have anything to do with it.  So I told her to

19 run.

20 Q   What happened next?

21 A   She ran and B ran after her.

22 Q   Let's talk about that for a minute.  Who stayed in the car

23 that you got out of?

24 A   David and Stephanie.

25 Q   Who was driving?

1   A    David was.

2   Q    And you are actually physically out of the car at this

3   point?

4   A    Yes.

5   Q    You see a vehicle come into the parking lot.  Yes or no?

6   A    Yes.

7   Q    Can you describe that vehicle?

8   A    It was the white Camry.

9   Q    Did you recognize that white Camry?

10  A    Yes.

11  Q    Had you seen it before?

12  A    Yes.

13  Q    Who did you recognize it to belong to?

14  A    B.

15  Q    And based on what you told Stephanie, what did David and

16  Stephanie do?

17  A    They ran.

18  Q    When you say "they ran" --

19  A    They drove -- they sped off as quick as possible and tried

20  to flee from him.

21  Q    From whom?

22  A    From B following them.

23  Q    What did you see?

24  A    I saw David --

25  Q    What did you see the defendant do?

1    A    Oh, I saw him following them very fastly in the car.

2    Q    Was there anyone else, if you saw, in the defendant's car?

3    A    Shy Mike.

4    Q    Did you recognize him?

5    A    Yes.

6    Q    And where were you?

7    A    Standing outside of the Weis.

8    Q    The Weis grocery store?

9    A    Yes, the grocery store.

10   Q    How long were you standing there?

11   A    Not even five minutes probably.

12   Q    What happened next?

13   A    B had came up with the car, told me to get in and I did, and

14   he was angry out of his mind and told me to tell where Stephanie

15   was.

16   Q    Did you do that?

17   A    Yes.

18   Q    Why?

19   A    He was pissed out of his mind.  It was one of the scariest

20   times when I was with him and all I could think about was just

21   tell him what he wants to know and I won't get hurt.

22   Q    What happened next, Melissa?

23   A    We drove to where Stephanie was and he had gotten out of the

24   car.

25   Q    Where was Stephanie?

1   A   I don't know where she was at the time but I had seen her

2   running down from where the house was.

3   Q   What location was she at?

4   A   She was back to where the house party was.

5   Q   In Cinnamon Woods?

6   A   Yes.

7   Q   Did you get out of the car at Cinnamon Woods?

8   A   No.

9   Q   Did you see the defendant get out of the car?

10  A   Yes.

11  Q   Where did he go?

12  A   He walked straight to Stephanie and David.

13  Q   Could you hear everything that was going on?

14  A   No.

15  Q   Could you see everything that was going on?

16  A   No.

17  Q   Did Stephanie eventually get in the car?

18  A   Yes.

19  Q   What happened next?  Where did you go?

20  A   We had drove to the lake behind Outback.

21  Q   Who was driving?

22  A   Shy Mike was, I believe.

23  Q   What, if anything, did you see in the car when you got to

24  this area?

25  A   I saw a gun being passed.  B was driving.  Shy Mike was in

1  the passenger seat, and I remember a gun being passed from Shy

2  Mike to B.

3  Q   What did this gun look like?

4  A   A silver looked like automatic gun with a brown handle.

5  Q   Had you ever seen this gun before?

6  A   Yes.

7  Q   When, if you remember?

8  A   Multiple times.  B had it on him at all times -- most of the

9  times.  He had it in his glove compartment a lot of times.  He

10 would take it out of his glove compartment when he would leave

11 to do things.

12 Q   And you saw this?

13 A   Yes.

14 Q   Melissa, I'm going to show you what's been marked as Firearm

15 1.  Do you recognize this?

16 A   That's the gun that I believe belongs to B.

17 Q   How do you recognize this gun?

18 A   That's the gun he used to carry all the time.  That's the

19 gun that I saw Stephanie shoot out the window.  That is the gun

20 that I saw being passed back and forth between Shy Mike and B.

21 Q   After you saw this firearm being passed, what do you

22 remember happening next?

23 A   I remember him telling Stephanie to get out the car.

24 Q   Who is "him"?

25 A   B telling Stephanie to get out the car.

1  Q    And in what direction did they walk, if you saw?

2  A    They walked down the hill toward the lake.

3  Q    Did they eventually come back?

4  A    Yes.

5  Q    Do you have any idea how long they were gone?

6  A    Thirty, 45 minutes.

7  Q    Where were you?

8  A    I was in the back seat of B's car.

9  Q    Did you stay there?

10 A    Yes.

11 Q    Without telling me what she said, how did Stephanie look

12 when she got back to the car?

13 A    Terrified.  Looked like she had seen a ghost.  Her face

14 looked like she had just gotten hit multiple times, red, tears

15 coming down her eyes.

16 Q    Now, again, without telling me exactly what she said, did

17 you have a discussion with her?

18 A    Yes.

19 Q    How did that discussion, what she told you, make you feel?

20 A    Scared the hell out of me, couldn't believe it.

21 Q    Did it make you fear for your own safety?

22 A    Yes.

23       MR. TRAINOR:  Objection.  Move to strike.  Continued

24 leading.

25       THE COURT:  Yes, it was leading.  Sustain the

1    objection.  Jury disregard the last question and statement.

2    BY MS. MAGNELLI:

3    Q    Did you hear the defendant say anything to Stephanie when he

4    got back in the car?

5    A    Yes.

6    Q    What did he say?

7    A    He said, "Bitch, you're one of the luckiest girls out there

8    because there's no bullets in the gun."

9    Q    Did you hear the defendant say anything else while he was in

10   the car?

11   A    I can't recall.

12   Q    What do you remember happening next?

13   A    I remember B yelling at Mike because he didn't put bullets

14   in the gun and I remember the gun being passed back to Shy Mike

15   and Shy Mike wiping it off with a handkerchief.

16   Q    And then what did you see?

17   A    B had passed the gun to Stephanie and told her to shoot it

18   out the window.

19   Q    What happened next?

20   A    We dropped her off.

21   Q    I'm sorry?

22   A    We had dropped her off.

23   Q    You said that you saw or you heard the defendant instruct

24   Stephanie; is that right?

25   A    Yes.

1   Q   What did she do in response?

2   A   She shot the gun off.

3   Q   Whose house did you return to after that night, if you

4   remember?

5   A   I can't remember.

6   Q   At that time were you living with either Honey or Sammy as

7   you previously testified?

8   A   Yes.

9   Q   Tell me more about this arrangement that was made for you to

10  live with Sammy.

11  A   B had arranged it to where I had to be Sammy's nanny, her

12  little slave in order for me to work there -- in order for me to

13  live there.  Sorry.

14  Q   Did the defendant live there?

15  A   No.

16  Q   How often would you see him?

17  A   Almost every day.

18  Q   What was it like living at Sammy's?

19  A   It was like living in hell.  Sammy would lie on multiple

20  occasions just to get me in trouble with B.  She would hit me.

21  She would threaten me.  She would throw things on the floor and

22  then lie to B so B would hit me.

23  Q   Why did you stay at Sammy's?

24  A   At that time it started getting so scary to the point if I

25  even thought I had -- if I even thought about telling B that I

1    wanted to leave, he probably would have killed me.  I was having

2    emotions going through my head about he would threaten me and my

3    family, telling me he would pick my little sister up from day

4    care if I were to ever leave him.  He would hold knives to my

5    neck, threaten me with his gun, threaten to put me in a ditch.

6    There's so many reasons why I didn't leave.

7    Q    Did the defendant have any rules for you?

8    A    Multiple rules.

9    Q    What kind of rules did he have?

10   A    I wasn't allowed to have any contact with my family.  I

11   wasn't allowed to have a boyfriend, and I wasn't allowed to

12   leave without telling him.

13   Q    If you wanted to contact your family, what would you have to

14   do?

15   A    I would have to ask him first and he would have to be on the

16   other line while I talked to my family, him or Honey or Sammy.

17   Someone would have to be listening.

18   Q    Thank you.  What was your relationship with Pic while you

19   were living at Sammy's?

20   A    Mutual.  I didn't talk to him much.

21   Q    While you were living there did the defendant visit you at

22   Sammy's house?

23   A    Yes.

24   Q    What, if anything, did you and the defendant do while you

25   were at Sammy's house?

1    A    There's one incident where he had literally raped me.

2              THE COURT:  I'm not hearing.  What are you saying?

3              THE WITNESS:  There was one incident where B had

4    visited me in my room and had raped me.

5    BY MS. MAGNELLI:

6    Q    Do you remember how that night started?

7    A    Yes.

8    Q    How did it start?

9    A    We were smoking PCP, me, B, Honey and Breedo.

10   Q    Who is Breedo?

11   A    Another one of B's friends.

12   Q    Do you remember what he looked like?

13   A    Yes.

14   Q    What did he look like?

15   A    He had, I think, dreads, long hair, African-American,

16   average looking guy.

17   Q    Had you met him before this night?

18   A    No.

19   Q    I'm going to show you what's been marked as Photo 6.  Do you

20   recognize who is in that photo?

21   A    That's Breedo.

22   Q    Is this a fair and accurate depiction of the way he looked?

23   A    Yes.

24   Q    Do you know him by any other name?

25   A    I can't remember.  That's the way I used to know him.

1    Q    When you say you were smoking PCP, can you describe to the

2    jury what that is?

3    A    Embalming fluid, a clear liquid that you would suck up on a

4    cigarette and smoke it.

5    Q    What do you remember happening next during that night?

6    A    I remember going to my room with B thinking that we were

7    just going to have regular sex.

8    Q    Melissa, what happened?

9    A    B raped me in a way.

10   Q    Tell me how this occurred.  Walk me through this.

11   A    We were about to have regular sex in the doggie position and

12   he had told me -- he had went to go have anal sex with me.

13   Q    What do you mean he went to have anal sex with you?

14   A    He went to put his penis to have anal sex with me, to try

15   to, and I told him no.  I mean, I was terrified of it.  And he

16   went to leave the room and I thought he had gotten angry at me

17   and he came back with Vaseline and he had held my hands down and

18   raped me.

19   Q    Where did he put the Vaseline?

20   A    On his penis and then stuck it into my anal area.

21   Q    Were you lying down or face up?

22   A    On my stomach in doggie position.

23   Q    Where were your hands, if you remember?

24   A    He was holding my hands down either with one of his hands

25   and then shoving my head into the pillow while I was screaming

1   or he would hold both my hands down and push all his body weight

2   on top of me.

3   Q   Do you remember what happened next?

4   A   I remember him finishing and me going to the bathroom seeing

5   how much blood was coming out and that was the end of it.

6   Q   Was that during the day or at night?

7   A   At night.

8   Q   Do you know if anyone else was home?

9   A   I can't remember.

10  Q   Melissa, do you remember meeting anyone else through the

11  defendant at Sammy's house?

12  A   I remember meeting Anthony.

13  Q   Do you know Anthony by any other name?

14  A   The Pharmacist.

15  Q   I'm going to show you what's been previously admitted as

16  Photo 9.  Do you recognize this individual?

17  A   That would be Anthony.

18  Q   Did you have contact with him?

19  A   Yes.

20  Q   Tell the jury about that.

21  A   It was at a barbecue and B told me he wanted me to do him a

22  favor.

23  Q   I'm sorry.  What did that favor -- what did he specifically

24  ask you to do?

25  A   He specifically asked me to go upstairs and give Anthony

1   oral sex.

2   Q   And did you do that?

3   A   Yes.

4   Q   Why did you do that?

5   A   At that time I was used to doing everything he told me just

6   because how terrified I was of him.

7   Q   How old were you then?

8   A   Seventeen.

9   Q   Did you ever see The Pharmacist again?

10  A   I've seen him occasionally, yes.

11  Q   What did you see?

12  A   Before I would see him, I would see B and Sammy writing out

13  certain type of medication they would want him to get and then I

14  would see him bring it to Sammy's house.

15  Q   Okay.  During the time frame that you were with the

16  defendant, did you require medication of any kind?

17  A   Yes.

18  Q   And what kind of medication did you require?

19  A   Abilify.

20  Q   Did you need a prescription to get that?

21  A   Yes.

22  Q   Who provided that to you during this time frame?

23  A   B did.

24  Q   Do you know where he got it?

25  A   No.

1  Q   Did the defendant provide you with anything else like that

2  during this time frame?

3  A   There was multiple occasions to where he would provide me

4  with different type of pills, some pills to get me awake, some

5  pills to knock me out.

6  Q   Do you have any idea where they came from?

7  A   No.

8  Q   Did you ever meet anyone related to the people who lived at

9  Clifftop?

10  A   I have met Pic's brother, I believe.

11  Q   And do you remember his name at all?

12  A   I can't remember.

13  Q   Do you remember a particular night when you were hanging out

14  with Pic's brother and the defendant?

15  A   Yes.

16  Q   Tell us about that.

17  A   Just chilling, not really doing anything.  When we went to

18  go leave, we stopped by a gas station and B had given me some

19  money and told me to go up to the cashier and buy a pack of

20  cigarettes.  I had told him I couldn't, they're not going to let

21  me, and he said it was a test to see if I looked old enough.

22  Q   Do you remember introducing anyone else to the defendant?

23  A   Another one of my friends, Ilana.

24  Q   Why did you do that?

25  A   I was on my MySpace page and Stephanie was out of the

1    picture.  So, he needed another girl.  He had seen Ilana, a

2    beautiful picture of her, and told me he wanted her.  So, I at

3    first told him she's only 15 years old, and he didn't care.  So,

4    he was standing behind me while I typed her.

5    Q    I'm going to show you what's been previously admitted as

6    Photo 12.  Who is that?

7    A    That's Ilana.

8    Q    Do you recognize this photo?

9    A    Yes.

10   Q    What do you recognize about it?

11   A    That's the photo he saw.  That's the photo that he thought

12   she was gorgeous and he wanted her.

13   Q    What happened as a result of that?

14   A    I had called Ilana and I introduced them at the barbecue.

15   Q    Did you see Ilana again after the barbecue?

16   A    Yes.

17   Q    Tell me about that night.

18   A    That night we -- there was a date set up for me and Ilana

19   and we had went to the Holiday Inn.

20   Q    You said the Holiday Inn.  Do you know where this Holiday

21   Inn is located?

22   A    In Gaithersburg.

23   Q    I'm going to show you what's been previously admitted as

24   Holiday Inn 1.  Do you recognize that?

25   A    Yes.

1  Q   What is that?

2  A   That's the Holiday Inn.

3  Q   How did that night begin?  What do you remember?

4  A   I remember walking toward the side door and B and Breedo

5  passing around PCP again.

6  Q   Did you smoke any?

7  A   Yes.

8  Q   From whom did you get the PCP?

9  A   B had passed it to me.

10 Q   What happened then?

11 A   We had walked in.  Me and Ilana used the bathroom and B told

12 us to sit out in the hallway while he went in and talked to the

13 guy, and me and Ilana sat there, and then five, 10 minutes later

14 he called us into the room.

15 Q   Did the defendant tell you anything in particular about this

16 date?

17 A   He had told us that he was kind of old, that he liked to

18 smoke his crack pipe while getting oral sex, and that he liked

19 porn.

20 Q   Can you describe what the date looked like?

21 A   Curly reddish hair, a little bit older, white.

22 Q   I'm going to show you what's been previously admitted as

23 Holiday Inn 3.  Do you recognize the individual in that

24 photograph?

25 A   That's Adam.

1   Q    You said that's Adam.  Did you learn his name that night?

2   A    Yes.

3   Q    Is this the individual, the date at Holiday Inn?

4   A    Yes.

5   Q    Who drove you to the Holiday Inn?

6   A    B did.

7   Q    Do you remember what car he was using?

8   A    The white Camry.

9   Q    And who else went with you to the Holiday Inn?

10  A    Me, B, Breedo and Ilana.

11  Q    Did you hear the defendant ever call Ilana by any other

12  name?

13  A    Yes.

14  Q    What did you hear?

15  A    Star.

16  Q    Walk us through this.  What happened once you got to the

17  hotel room?

18  A    We had went into the hotel room.  B had pulled me aside and

19  told me he might want extras, he's the type of guy that might

20  want a woman to do extra things and if he does want it, to get

21  extra money and I were to keep it for myself.  And then we

22  eventually ended up having oral and vaginal sex with Adam and

23  then he had wanted some extras.  So, he had given me $60 and I

24  had called B because Adam had wanted to -- he didn't have enough

25  money for what B wanted.  So, I had called B and told him he

1   didn't have enough money but he would give us a chain for

2   collateral.  B said that's fine, and I took the chain and put it

3   around my neck, and when we did finish up, B had came up to the

4   room.

5   Q   Now, let me ask you a couple of questions about what you've

6   just said.  You said that Adam didn't have enough money for what

7   B wanted.  Who was setting the prices?

8   A   B did.

9   Q   What do you remember about the prices that B set?

10  A   I remember no more than -- no less -- I'm sorry.  No less

11  than a hundred bucks for vaginal sex and no less, I believe,

12  than 60 for oral -- or it was 30.  I can't really remember that

13  one.

14  Q   Is that to the best of your recollection?

15  A   Yes.

16  Q   What sex acts, if any, do you recall seeing Ilana engage in?

17  A   Oral and vaginal sex.

18  Q   With whom?

19  A   Adam.

20  Q   Just to be clear, what sex acts, if any, did you engage in

21  with Adam?

22  A   Oral and vaginal sex.

23  Q   And why did you engage in these acts, Melissa?

24  A   Just like I said, it's going to be the same thing, terrified

25  of this guy, scared, and visual pictures of him picking my

1   sister up, visual pictures of the gun that I had known of,

2   putting it -- just visual pictures of him hurting my family,

3   visual pictures of him hurting me.  He had hit me multiple

4   times.  I had bled multiple times.  It's a very scary thing when

5   you're in it.

6   Q    Did you see Adam again?

7   A    Yes.

8   Q    Do you remember where?

9   A    Another hotel.  I can't recall which one.

10  Q    But at a hotel?

11  A    Yes.

12  Q    Do you remember where that hotel was located?

13  A    In Montgomery County somewhere.

14  Q    How did this night compare to the other night with Adam?

15  A    It was different.  This night Ilana wasn't there.  It was

16  Honey being the second person.  Adam wasn't pleased.  He was

17  angry.  So, other than that, just regular oral and vaginal sex

18  again.

19  Q    What about drugs?

20  A    That night, PCP again.

21  Q    Where did you get the PCP?

22  A    B had given it to us.

23  Q    Who else -- well, how did you get to this particular hotel?

24  A    B had drove me again.

25  Q    Who else had gone with you?

1   A    Breedo.

2   Q    Who else?

3   A    And Honey.

4   Q    Do you know how the dates with Adam were arranged?

5   A    Breedo set them.

6   Q    Through whom?

7   A    I remember from what I can recall B and Breedo being on the

8   phone with Adam and setting them up through the phone.

9   Q    So, you recall the defendant had a conversation about it?

10  A    Yes.

11  Q    What else did the defendant tell you about how things were

12  going to go with Adam?

13  A    Can you rephrase the question.

14  Q    Did the defendant talk about any of the specifics of the

15  date with Adam?

16  A    From what I can remember, he told me that he likes to have

17  oral sex while he's smoking his crack pipe and he likes to watch

18  porn.

19  Q    Did he tell you what the price was going to be for that

20  night?

21          MR. TRAINOR:  Objection to the continued leading.

22          THE COURT:  Well, I'm going to overrule that.  You can

23  answer that.

24          THE WITNESS:  I remember it was a lot of money that

25  night with Ilana.  He had told me that it was going to be an

1  entire night thing and that we were going to be exhausted and

2  that he is paying a lot of money to have us that night and to

3  make it worth his while.

4  BY MS. MAGNELLI:

5  Q   Now, the other night with Adam, the one where you don't

6  remember the hotel, do you recall seeing any exchange of money?

7  A   I can't recall right -- afterwards I remember him exchanging

8  money to me.

9  Q   Okay.  Who is "him"?

10  A   B had given me a hundred dollars and Honey a hundred

11  dollars.

12  Q   Where did B take that money from, if you saw?

13  A   I did not see it that -- I don't remember seeing it that

14  night.

15  Q   Do you recall whether or not the defendant set up any other

16  dates?

17  A   There was a couple of dates with Shy Mike.

18  Q   Tell me about those.

19  A   One of the dates was in Sammy's house, and he had told me to

20  go give him oral sex and I went to go give him oral sex.  Shy

21  Mike didn't like it.  So, eventually he made it into vaginal

22  sex.  I had told Shy Mike please do not tell B or I would get in

23  trouble.

24  Q   Did you see any exchange of money at that time?

25  A   I'm the one who took the money that time.

1    Q    From whom?

2    A    From Shy Mike and gave it to B.

3    Q    Do you recall how much?

4    A    Not at this time, no.

5    Q    You testified earlier that you met Crystal?

6    A    Yes.

7    Q    Did you ever meet anyone else through the defendant outside

8    of Sammy's house or these hotels?

9    A    I remember meeting CeeCee.

10   Q    Did do you recall CeeCee's real name?

11   A    Cierra.

12   Q    Where did you meet Cierra?

13   A    The first time I met her was at Sammy's house and all the

14   other times I'd seen her was at her own house.

15   Q    Do you recall what her house looked like at all?

16   A    It was another townhouse.  It was a pretty tall townhouse.

17   Other than that, I remember walking into the door, family room

18   being on the right, stairs to the left, and kitchen to the

19   front.

20   Q    I'm going to show you what's been previously marked as

21   Carousel Court 1.  Do you recognize what's in this photo?

22   A    Yes.  That's Crystal's -- sorry -- CeeCee's house.

23   Q    This is CeeCee's house, Cierra?

24   A    Yes, Cierra.

25   Q    And is this a fair and accurate depiction of the way it

1  looked?

2  A    Yes.

3  Q    Do you recall the last time you were there?

4  A    Yes.

5  Q    What do you recall?

6  A    I remember a medicine situation and B --

7  Q    I'm sorry.  What do you mean by a medicine situation?  Can

8  you be more specific?

9  A    I remember throughout that day, B had hit me multiple times,

10  and I felt like I had something wrong with my head because of

11  how bad it was hurting.  I had asked B for some medicine for a

12  headache and he had asked me what I could take.  I had told him

13  I could not take ibuprofen at the time and he thought that was

14  catching an attitude with him.  So he had called me -- told me

15  to walk with him down a hill and basically told me if I ever

16  caught attitude with him again, I would regret it, and he hit me

17  and my head flew into the fence.

18  Q    Do you recall what happened next?

19  A    I remember he had told me to walk -- to get myself together

20  and to walk back to his car.  The next thing I remember, he told

21  me to look into his eyes and if I were to move my eyes for one

22  second, he would break my nose into a million pieces.

23  Q    Okay.  What happened next?

24  A    Honey had came up beside me.  So, my eyes glanced and he

25  wasn't kidding.  He started hitting me with what felt like all

1   of his force, all of his force nonstop in my face.

2   Q    What, if anything, did Honey do?

3   A    Honey tried to stop him.

4   Q    Melissa, how old were you at that time?

5   A    I was 17.

6   Q    What time period have we been talking about?  How many days,

7   weeks, months, years have we been talking about?

8   A    A couple of weeks.

9   Q    What, if anything, changed over that time frame?

10  A    My feelings for him.

11  Q    How did they change?

12  A    At first I barely knew him, but I was very attracted to him.

13  Further down the line, getting attracted but more scared of him.

14  I started feeling jealous at times.  Then after a while of him

15  hitting me and beating me and holding knives to my throat and

16  threatening my family in all sorts of ways, I started to become

17  terrified of him, so terrified to where I would do everything he

18  asked me to do.

19  Q    Now, you've mentioned the knife to your throat a couple of

20  times this morning.  What did you mean by that?

21  A    B would hold knives to my throat, particularly one knife

22  that looked like a razor blade.  He would hold it to my throat

23  and ask me if I trusted him, and if I were to say no, he would

24  slit my throat.  Other times he would hold it to my throat if I

25  was disobeying him or being cocky with him.  He would hold it to

1  my throat multiple times.

2  Q   And how did these things make you feel?

3  A   Truthfully, I almost pissed myself the time that he said he

4  was going to slit my throat if I were to say I didn't trust him,

5  because I didn't.  Who would trust a person with a knife at

6  their throat?  If I wouldn't have said it, he would have hurt

7  me, and it terrified me out of my mind.

8  Q   Melissa, do you recall whether or not you ever tried to

9  leave?

10  A   Yes.  I had told him I had spoken with my sister and I

11  wanted to leave and he had told me if I were to leave, he would

12  burn all my clothes and he would get my sister, and at that time

13  he started to become more forceful and he had took me down

14  another hill and had told me if I were to ever leave him that he

15  would shoot me right here and throw me into the ditch and that I

16  was his forever.

17  Q   Melissa, who, if anyone, helped you leave?

18  A   My mother and my grandmother.

19  Q   Is this the first time you've seen the defendant since you

20  left?

21  A   Yes.

22          MS. MAGNELLI:  Nothing further.

23          THE COURT:  All right.  Let's see if there's any cross.

24          MR. TRAINOR:  Thank you.

25          THE COURT:  All right.

1                      CROSS-EXAMINATION

2    BY MR. TRAINOR:

3    Q   Melissa, I'm Harry Trainor and I have to ask you a few

4    questions.

5              When you first met Mr. Royal, it was some time in April

6    of 2007?

7    A   Yes.

8    Q   And that was a very difficult time in your life?

9    A   Yes.

10   Q   And it had been difficult for a while before you met him,

11   correct?

12   A   Yes.

13   Q   At that point your family was apart?  You were separated

14   from your mother?

15   A   Um-hm.

16   Q   You really didn't have much other than the clothes on your

17   back, correct?

18   A   Yes.

19   Q   You didn't have even a suitcase with you, did you?

20   A   No.

21   Q   And you were living from place to place, perhaps with a

22   friend, but often in that storage bin that you identified?

23   A   Yes.

24   Q   Mr. Royal didn't have anything do with that storage bin, did

25   he?  He never went there with you or anything?

1   A    He dropped me off there.

2   Q    And he dropped you and your friend Wendell off there,

3   correct?

4   A    Yes.

5   Q    And you and Wendell spent the night in the storage bin,

6   correct?

7   A    Yes.

8   Q    All right.  In that time frame just before you met

9   Mr. Royal, you were involved fairly heavily with some drugs and

10  alcohol, correct?

11  A    Yes.

12  Q    And you actually told the police about that, that you had

13  used phencyclidine and shrooms, I think you said?

14  A    What was the first one?

15  Q    PCP.

16  A    I don't recall using PCP before B.

17  Q    Cocaine?

18  A    Never.

19  Q    Never?  You never told the police that?

20  A    I don't recall telling the police that.

21  Q    Well, you told the police a lot of things in 2007 and you

22  say now that they weren't true, correct?

23  A    I'm not saying that.  I'm saying I don't recall saying that.

24  I'm saying I never used cocaine, though, yes.

25  Q    I didn't mean to confuse things.  Apart from the cocaine,

1  when you first -- you first started talking to the police in May

2  of 2007, correct, when they came to your house?

3  A    Yes.

4  Q    And then you were taken to a police station and you were

5  videotaped and so forth?

6  A    Yes.

7  Q    And over time you talked to the police more than five times,

8  correct?

9  A    Yes.

10 Q    And in the early days, at least in 2007, you were telling a

11 different story than you are telling today, correct?

12 A    Yes.

13 Q    And you told us that that was because you were scared and

14 embarrassed?

15 A    Yes.

16 Q    Now, you are 20 years old, correct --

17 A    Yes, I am.

18 Q    -- and you've got this in a different perspective?  Your

19 feelings towards Mr. Royal, any positive feelings you had are

20 completely gone now, right?

21 A    Yes.

22 Q    And as you look back now and have it in perspective, you

23 feel that you were terrified then?

24 A    No.  When it was happening I was terrified.

25 Q    You were.  All right.  But that's -- that's not -- but you

1  weren't able to say that when you gave the earlier reports to

2  the police, correct?

3  A    It's not that I wasn't able to say it.  I didn't say it.

4  Q    You made a decision not to say it?

5  A    Yes.

6  Q    All right.  As far as your age goes, you were born in what,

7  1989?

8  A    Yes.

9  Q    All right.  You used this MySpace to communicate with a lot

10  of your friends, correct?

11  A    Yes.

12  Q    And you had opened that account as early as 2005?

13  A    I can't remember.

14  Q    You can't?  Well, you opened it well before you met this

15  gentleman, Mr. Royal, right?

16  A    Yes.

17  Q    And when you set up that account, you lied about your age,

18  didn't you?

19  A    No.

20  Q    Didn't you show on your MySpace account that you were born

21  in 1988?

22  A    I didn't do that.

23  Q    Who did that?

24  A    My friend Imari.

25  Q    So your friend Imari changed your age or set up the account

1  for you?

2  A   He set up the account for me.

3  Q   All right.  Your friend Imari set up that account and it was

4  he who put your incorrect age on that?

5  A   He had put everything on that, all of the information on

6  there.

7  Q   Well, he set up your full name?

8  A   Yes.

9  Q   And your birth date.  I won't say the day, but it was

10  November of 1988, correct --

11  A   1989.

12  Q   -- is your correct birth date?

13  A   Yes.

14  Q   But Imari put 1988?

15  A   I don't know what he put.

16  Q   You never looked at it?

17  A   I've seen it and I know it says 21, yes.

18  Q   It says you're 21, right?

19  A   Yes.

20  Q   All right.  But whatever inaccurate information was put on

21  your MySpace setup, you're saying it was done by this person

22  Imari, right?

23  A   Yes.  I didn't know how to do it.  So he did it for me.

24  Q   All right.  You gave him your name and your correct birth

25  date, didn't you?

1   A    He was like my brother.  He knew everything about me.

2   Q    All right.  But he put that you were 21 years old?

3   A    Yes.

4   Q    All right.  And you told other people that you were over 18,

5   didn't you?

6   A    Not all the time, no.

7   Q    Not all the time but sometimes?

8   A    When I was with my friends, maybe once or twice just because

9   I didn't want to look too young.

10  Q    And that's because at one point you were a runaway?

11  A    Yes.

12  Q    And it would be better to say you were older if you were a

13  runaway, correct?

14  A    No.  It wouldn't really matter.

15  Q    So why did you say you were older back then?

16  A    I don't remember.

17  Q    But you remember that you said you were older?

18  A    I remember saying to a couple of my friends, yes, the

19  friends that knew me.

20  Q    All right.  When you met Mr. Royal, you had been hanging out

21  with this Wendell for a while, correct?

22  A    I wouldn't say a while but, yes.

23  Q    I mean, how many days or weeks?

24  A    I wouldn't know.  A couple of months.

25  Q    Couple of months.  But you had this boyfriend that you were

1  at that time trying to get some revenge on?

2  A    Yes.

3  Q    And that had to do with pills that he was selling?

4  A    No.

5  Q    No?  Am I wrong?

6  A    Yes, you are wrong.

7  Q    Well, what was that revenge about that you wanted to have

8  him robbed?

9  A    Because my boyfriend used to treat me like crap.  He used to

10 yell in my face and kick me out of his house when I had nowhere

11 to go.

12 Q    So you decided in April of 2007 that you were going to get

13 some revenge, correct?

14 A    Yes.

15 Q    You said that one of the rules was that Mr. Royal said that

16 you couldn't have contact with your family?

17 A    Yes.

18 Q    But he's met your mother, hasn't he?

19 A    That was at first, before all of that had happened.

20 Q    Didn't he help her move?

21 A    No.

22 Q    He didn't?

23 A    He came to my mother's house wanting to see where she lived.

24 That's why he went there.

25 Q    Well, wasn't she homeless at that point or in a shelter?

1    A    At which point?

2    Q    Pardon me?

3    A    At which point?

4    Q    When you met Mr. Royal you said --

5    A    Yes.

6    Q    And this whole relationship only lasted a few weeks, didn't

7    it?

8    A    Yes.

9    Q    So, at some time during those few weeks, she left the

10   shelter and had a home?

11   A    Yes.

12   Q    And you're saying Mr. Royal went to your mother's home

13   during that few weeks and met her?

14   A    Yes.

15   Q    And you're saying he didn't help her move into that home?

16   A    That was his reason, him saying to be there, him telling me

17   he wanted to be there to meet my mother and find out where she

18   lived, and if I didn't bring him there, he would slice my

19   throat.

20   Q    So he said that he wanted to help her move and he did?

21   A    No.  That's why I told my mother why he was there.  I can't

22   just tell my mother this guy, you know, did all this crap to me

23   and he wants to know where you live.  I told my mother he wants

24   to help you move in.

25   Q    And didn't he help?

1   A   I can't remember.

2   Q   Didn't he stay for dinner?

3   A   Yes.

4   Q   Now, you've told us about a night at the Motel 6 which

5   occurred early in the time that you had met Mr. Royal?

6   A   Yes.

7   Q   And after you physically got into the room, I think you said

8   you left twice; am I correct?

9   A   Yes.

10  Q   Once you called your friend and he drove over and you met

11  him outside and went someplace with him, correct?

12  A   Yes.

13  Q   You were gone for what, about 30, 45 minutes?

14  A   Can't remember.

15  Q   You don't know how long it was?

16  A   No.

17  Q   All right.  And then you came back and you left again and

18  this time you went with Mr. Royal to get his cousin?

19  A   Yes.

20  Q   And how long were you gone that time?

21  A   I can't remember.  Enough time to drive and come back.  I

22  really can't remember.

23  Q   You don't know?  You can't even estimate?

24  A   Probably about 45 minutes.

25  Q   About 45 minutes or so.  And it's when you came back this

1    second time that you walked into the hotel room and you saw your

2    friend Stephanie was, as you said --

3    A    No.  It was the first time that I left -- no.  The second

4    time that I left with my friend, not with B.

5    Q    Oh.  Am I wrong about that?  You first left with your

6    friend -- strike that.  You first left with B?

7    A    Yes.

8    Q    And you went with him to get his cousin?

9    A    Yes.

10   Q    And the three of you came back to the hotel room?

11   A    Yes.

12   Q    And then you left --

13   A    My friend.

14   Q    -- by yourself and you met your friend downstairs and came

15   back?

16   A    Yes.

17   Q    And what you're saying now is that it's when you came back

18   from seeing your friend that you noticed that Stephanie was in

19   bed and unclothed?

20   A    Yes.

21   Q    All right.  I understand.  Now, you went to Sammy's house

22   and actually stayed there as her nanny, I think you said?

23   A    Yes.

24   Q    And she treated you very poorly?

25   A    Very poorly.

1   Q   You say she lied frequently?

2   A   Yes.

3   Q   And she would be abusive towards you?

4   A   Yes.

5   Q   And it was Sammy who provided this clothing on the table

6   here for you, correct?

7   A   Yes.

8   Q   And you and your friend Stephanie went up to her closet and

9   this was the kind of stuff that was in there?

10  A   Well, that along with all of her other clothes, yes.

11  Q   But this clothing that you wore to D.C. was, in fact, in her

12  bedroom closet, correct?

13  A   Yes.

14  Q   And you and Honey and Sammy and your friend Stephanie got

15  dressed together?  You and Stephanie got dressed and Sammy and

16  Honey helped, correct?

17  A   Yes.

18  Q   They helped you with your hair and makeup and that sort of

19  thing?

20  A   Yes.

21  Q   And which one of them took the picture of you?

22  A   Honey did.

23  Q   Honey did.  You don't remember that Sammy took a picture of

24  you as well?

25  A   I remember Sammy being there.  I can't recall --

1   Q   But your recollection is that it was Honey who took a

2   picture or several pictures of you?

3   A   Yes.  I remember a cell phone and I remember Honey holding

4   it.  I remember Sammy being behind her.

5   Q   All right.  Your mother actually visited you at Sammy's

6   house when you were staying there, didn't she?

7   A   No.

8   Q   Never?

9   A   No.

10  Q   Are you sure of that?

11  A   I'm not one hundred percent, but I know she never came into

12  Sammy's house, no.

13  Q   All right.

14  A   She might have picked me up from there once on her birthday,

15  but she never stepped foot into her house.

16  Q   All right.  So, what your mother may have done is come by

17  Sammy's house and picked you up from there on her birthday?

18  A   Yes.

19  Q   And her birthday was during this time frame, April to May?

20  A   Yes.

21  Q   And you were shown a picture of a firearm and you said that

22  that's the pistol or firearm that you saw B carrying at all

23  times?

24  A   I said most of the times.

25  Q   And isn't it true that that was actually Shy Mike's

1   property?

2   A   I don't know whose gun it was.  I've seen him with it most

3   of the time.

4   Q   You've seen who?

5   A   B with it.  I've seen B with it most of the time.  It was in

6   his car, in his glove compartment.

7   Q   You say it was kept in B's glove compartment?

8   A   Yes.

9   Q   And you're talking about the white Toyota Camry?

10  A   Yes.

11  Q   During these times that you saw -- did you actually open the

12  glove compartment and look in there?

13  A   Yes.  I've seen it in there a couple of times.

14  Q   And was this person you call Shy Mike in the vehicle with

15  you at those times?

16  A   I can't remember.  I was in the passenger seat one of the

17  times.  No, he was not there.  And the other times I've seen the

18  gun he was there.

19  Q   You went to a hotel two times to meet with this guy Adam,

20  correct?

21  A   Yes.

22  Q   And the person that was with B was not his cousin, right?

23  It was Breedo?

24  A   Yes.

25  Q   And was Breedo also known as P.J.?

1    A    Yes.

2    Q    All right.  And that's the person whose picture you

3    identified during your direct examination, correct?

4    A    Yes.

5         MR. TRAINOR:  Court's indulgence one moment.

6    BY MR. TRAINOR:

7    Q    On this trip to the District of Columbia, D.C., you told us

8    who was in the vehicle, correct?  Shy Mike drove?

9    A    Yes.

10   Q    And you say that Mr. Royal or B, as you knew him, was seated

11   in the right front passenger seat?

12   A    Yes.

13   Q    Where were you seated in the vehicle?

14   A    I was sitting behind Shy Mike.

15   Q    On the driver's side?

16   A    Driver's side.

17   Q    And where was Honey seated?

18   A    Honey was seated behind B.

19   Q    Behind you?  So --

20   A    Behind B.

21   Q    Behind B.  And Stephanie, then, would have been in

22   between --

23   A    In the middle.

24   Q    -- you and Honey; is that correct?

25   A    Yes.

1   Q   And you said you saw one cell phone in the vehicle?

2   A   I can't tell you how many cell phones were in the vehicle.

3   I saw a cell phone being passed between Honey and B.

4   Q   Now, you told us that you were terrified at the end -- well,

5   you were terrified period, correct?

6   A   In the beginning he was a great guy.

7   Q   In the beginning you were actually pretty warm towards him,

8   correct?

9   A   Yes.

10  Q   And towards the end you became terrified?

11  A   Yes.

12  Q   You said when you wanted to leave, he told you that one of

13  the things he would do would be to burn your clothes?

14  A   Yes.

15  Q   Were those the clothes that Sammy had given you?  I don't

16  mean these clothes.  I mean --

17  A   No.  These were the clothes I had gotten from my mother.

18  Q   All right.  Just so we understand, during the time that you

19  were interacting with B, you were also seeing your mother on a

20  frequent basis, right?

21  A   No.  I saw my mother about three times, with B right next to

22  me.

23  Q   One of the times was when he ate dinner at your mother's

24  house?

25  A   Yes.

1  Q   And other times you met with your mother and you say B was

2  there.  Your mother gave you clothing and things like that that

3  belonged to you, correct?

4  A   Yes.

5  Q   All right.  Now, this name Reddz -- R-e-d-d-z, is that how

6  you spell it?

7  A   Yes.

8  Q   That's a nickname that you had before you met Mr. Royal,

9  isn't it?

10 A   Yes.

11          MR. TRAINOR:  No further questions.

12          THE COURT:  All right.  Government, do you have any

13 questions?

14          MS. MAGNELLI:  Briefly, Your Honor.

15                    REDIRECT EXAMINATION

16 BY MS. MAGNELLI:

17 Q   You were just asked about your nickname.  Did you go by any

18 others?

19 A   No.

20 Q   Did anyone ever give you a nickname?

21 A   B did.

22 Q   What nickname did he give you?

23 A   Ivyella.

24 Q   When did you use that nickname?

25 A   When I was prostituting.

1   Q   For whom?

2   A   For B.

3   Q   Why?

4   A   Why did he give me that nickname?

5   Q   Why did he tell you he gave you that name?

6   A   Because he thought Reddz was too dull.

7          MS. MAGNELLI:  Nothing further.

8          THE COURT:  All right, Mr. Trainor, anything further?

9          MR. TRAINOR:  Not based on that.

10         THE COURT:  All right.  Thank you.  You may stand down.

11  You're excused.

12         Do you have another witness?

13         MS. MAGNELLI:  We do, Your Honor.  Calling to the stand

14  Mark Witherspoon.

15         THE DEPUTY CLERK:  Please raise your right hand.

16         <u>MARK WITHERSPOON, GOVERNMENT'S WITNESS, SWORN</u>

17         THE DEPUTY CLERK:  State your name loudly and clearly

18  into the microphone and spell your last name for the record.

19         THE WITNESS:  Mark Witherspoon, W-i-t-h-e-r-s-p-o-o-n.

20         THE DEPUTY CLERK:  Thank you.

21                     DIRECT EXAMINATION

22  BY MS. MAGNELLI:

23  Q   Sir, in what year were you born?

24  A   1970.

25  Q   Are you familiar with an individual by the nickname of

1  Honey?

2  A    Yes.

3  Q    Do you know her by any other nicknames?

4  A    Tea.

5  Q    Can you describe what she looks like?

6  A    Heavyset, brown skin.

7  Q    I'm going to show you what's been previously admitted as

8  Photo 2.  Do you know who that person is?

9  A    Yes.

10 Q    Who is that?

11 A    Tea.

12 Q    How do you spell "Tea"?

13 A    T-e-a.

14 Q    Has she ever been to your residence?

15 A    Yes.

16 Q    When was the last time you recall her being to your

17 residence?

18 A    2007.

19 Q    Was that before or after the summer?

20 A    Before.

21 Q    Do you recall what day of the week that would have been?

22 A    On the weekend.

23 Q    Why do you believe that?

24 A    She called me during the week and I only was able to hook up

25 during the weekend.

1    Q    You said she called you during the week.  What did she

2    contact you about?

3    A    She has two snow bunnies for me.  And so, a request for sex

4    with two snow bunnies.

5    Q    What does "snow bunnies" mean to you, sir?

6    A    Two white girls.

7    Q    Tell me about the rest of that conversation.

8    A    We talked about price and I asked about the age.

9    Q    Tell me about price and the age.

10   A    She said they was legal of age and the price was 250.

11   Q    Based on those parameters, what did you do?

12   A    I said okay.  Then I said, well, I have -- I had to put it

13   off because I had to work.  So I put it off for the weekend.

14   Q    What's the next thing you remember happening?

15   A    They called me that weekend and I kept putting it off

16   because I was trying to get my place ready.  So, I kept putting

17   it off, and then when I was ready, then I let them over.

18   Q    Okay.  So, now we're on the weekend and you talked to Honey

19   again?

20   A    Yes.

21   Q    How many times, approximately, did you talk to her before

22   you saw her on that night in the weekend?

23   A    It was a number of times.  I can't say how many times.

24   Q    Do you remember on what phone you received those calls?

25   A    Well, she called me on her phone first and then --

1  Q   She called you from her phone?

2  A   Yes.

3  Q   Did you recognize that number?

4  A   Yes.

5  Q   Is that programmed into your phone?

6  A   Yes.

7  Q   What is it programmed under?

8  A   Tea.

9  Q   And how do you spell it?

10 A   T-e-a.

11 Q   And from what other phone did she call you, if you know?

12 A   She called me from another number, but I didn't recognize

13 it.

14 Q   After setting this up, what do you remember discussing with

15 Honey on the phone?

16 A   She asked me for directions.  She gave the phone to another

17 person and I gave that person the directions.

18 Q   That person that she gave the phone to, was that voice male

19 or female?

20 A   Male.

21 Q   Do you recall any of those directions?

22 A   Some of it, yes.

23 Q   Okay.  What do you recall?

24 A   I told them coming from Maryland, coming down Georgia Avenue

25 north, make a left on Jefferson Street where the Macombo's at,

1   four blocks down, my place is in the middle of the block.

2   Q    Do you remember your address?

3   A    Yes.

4   Q    What was your address?

5   A    723 Jefferson Street, Northwest.

6   Q    You said Macombo.  What is that?

7   A    A strip club.

8   Q    And where is that located in relation to where you used to

9   live?

10  A    It's at the corner of Georgia Avenue and 7th Street.

11  Q    Sir, what kind of building did you live in back then?

12  A    It's an apartment building.

13  Q    I'm going to show you what's been previously admitted as

14  D.C. 1.  Do you recognize this?

15  A    Yes.

16  Q    How do you recognize that?

17  A    That's my building.

18  Q    All right.  And, if you recall, which door was yours?

19  A    On the right-hand side.

20  Q    This one?

21  A    Yes.

22  Q    So, for the record, it would be the door closest to the top

23  of the page?

24  A    Yes.

25  Q    Do you recall whether Honey actually came to your house?

1   A   Yes.

2   Q   What do you remember?

3   A   They called me.  They tell me they was here.  I went down to

4   the security door to let them in.

5   Q   Why did you go down to the security door?

6   A   Because it's locked and I have to go down to let them in.

7   Q   When you got downstairs who did you see?

8   A   Honey and two white girls.

9   Q   Can you describe the white girls?

10  A   One was short with blue jean shorts on and the other one was

11  tall with black skirt and long black boots.

12  Q   What happened next?

13  A   I brung them up to my apartment.  The two white girls went

14  to the restroom.  I talked to Honey, exchanged money.

15  Q   How much did you exchange?

16  A   250.

17  Q   You said you brought them up to your apartment.  On what

18  floor was your apartment?

19  A   Second.

20  Q   What do you recall happening next?

21  A   We went to my room and we proceeded to have sex.

22  Q   Who did you have sex with?

23  A   The two white girls.

24  Q   What specifically do you recall doing?

25  A   We started off with oral sex with both of them and then

1   vaginal sex with the tall one.

2   Q   Do you recall why you didn't have sex with the other girl?

3   A   She didn't want to.

4   Q   If you know, where was Honey during this time?

5   A   In and out my room.

6   Q   Sir, do you remember speaking to law enforcement back in

7   August 2007?

8   A   Yes.

9   Q   At that time did you show them anything in particular?

10  A   Yes.  My phone.

11  Q   What did you show them on your phone?

12  A   The numbers that was called to my place on that date.

13  Q   What else had you received on that phone, if anything?

14  A   Photos.

15  Q   Of?

16  A   Of the two white girls.

17  Q   In that photo were they wearing anything you recognized?

18  A   I just noticed the face.  I didn't pay attention to the

19  clothes.

20  Q   At the time that you showed this phone to law enforcement in

21  August '07, were those numbers fresh in your mind?

22  A   At that time, yes.

23          MS. MAGNELLI:  Court's indulgence.

24  BY MS. MAGNELLI:

25  Q   Sir, I'm going to show you what's been marked as D.C. 3.  Do

1  you recognize this?

2  A   Yes.

3  Q   What is this?

4  A   My phone.

5  Q   Okay.  Is this the same phone you had that night?

6  A   Yes.

7  Q   All right.  And do you recognize at the bottom of this

8  screen -- what does that say?

9  A   "Tea."

10 Q   And who does that refer to?

11 A   Honey.

12 Q   What number was associated with this phone?

13 A   Rephrase that.

14 Q   What was the number that you had on this phone?

15 A   Tea's number and -- my number?

16 Q   What was your number on this phone?

17 A   The number then was 202-607-7076.

18 Q   And this is the phone that you received calls on from Honey

19 that night?

20 A   Yes.

21 Q   Did you receive calls from another number you didn't

22 recognize?

23 A   Yes.

24 Q   Is the photo still on here?

25 A   No.

1  Q   Why?

2  A   I deleted it that night.

3          THE COURT:  Ms. Magnelli, it's about five of.

4          MS. MAGNELLI:  Yes, Your Honor.  I'm just making sure.

5  I believe that's all I have.

6          THE COURT:  Okay.  We'll save any cross for --

7          MR. TRAINOR:  Well, I can tell the court I have about

8  two minutes of cross, but I can wait.

9          THE COURT:  All right.  Well, if you have that, then

10  we'll go ahead.  All right.

11          MR. TRAINOR:  All right.

12                          CROSS-EXAMINATION

13  BY MR. TRAINOR:

14  Q   Mr. Witherspoon, my name is Harry Trainor.  You knew Honey

15  for some time, didn't you?

16  A   Yes.

17  Q   And she was a provider of sex to you, correct?

18  A   No.  That was the first time.

19  Q   How did you meet Honey?

20  A   At a club.

21  Q   She was a dancer?

22  A   Yes.

23  Q   And you had her phone number?

24  A   No.  I had it, but it was given to me later down the road.

25  Q   And she just calls you one day and says I have a couple of

1  snow bunnies for you?

2  A   Yes.

3  Q   And you knew exactly what she meant, correct?

4  A   Yes.

5  Q   And at some point she sent you pictures of these young

6  ladies?

7  A   Yes.

8  Q   They came up to your apartment with you?

9  A   Yes.

10 Q   You had sex with them?

11 A   Yes.

12 Q   It was clear to you that they didn't appear to be under the

13 influence of anything?

14 A   Didn't look like it to me.

15 Q   All right.  And they appeared to be of age to you?

16 A   Yes.

17 Q   And you were told by Honey that they were of age?

18 A   Yes.

19          MR. TRAINOR:  I have no further questions.

20          THE COURT:  All right.  Government?

21          MS. MAGNELLI:  No, Your Honor.

22          THE COURT:  All right.  Mr. Witherspoon, you're free to

23 go, sir.  That's it.  All right.  Thank you.  You're excused.

24          All right.  Let's take an hour recess for lunch.

25          (Luncheon recess at 12:55 p.m.)

1      <u>AFTERNOON SESSION</u>          (2:10 p.m.)

2           MR. TRAINOR:  Your Honor, I have an issue that I expect

3      to come up with the next witness.

4           THE COURT:  All right.

5           MR. TRAINOR:  I have been advised that the next witness

6      is Shantia Tibbs, who is an alleged co-conspirator in this case.

7      This was not raised as one of the categories of 404(b) evidence

8      that we were notified of.  However, reading her grand jury

9      transcript, her basic answer to the question "How did you meet

10     Mr. Royal" would be very close to this.  "When I was 13, in 2001

11     or 2002, I had consensual sex with Mr. Royal."

12           Now, I think that is a serious 404(b), 403 issue.  It's

13     certainly not intrinsic to the offense.  It has nothing to do

14     with the indictment.  It's not necessary to prove anything

15     except a propensity.  It's certainly not necessary to anything

16     the government has got to prove.  And any probative value, if

17     there is any, is outweighed by the potential prejudice in the

18     case.

19           I would certainly be willing to stipulate that he has

20     known her since 2002, but to interject the fact that they had

21     consensual sex at that age in this case, on the facts of this

22     case I think would be a clear 404(b) and 403 problem.

23           THE COURT:  Well, let's see.  Government, is it your

24     intent to go into that?

25           MS. MAGNELLI:  Your Honor, that's how she met the

1  defendant.  So, I would respond in two ways.  One, she's going

2  to say that that's how she met him.  And so, in that way we

3  didn't note it because it is intrinsic.  Her relationship and

4  how she got to know the defendant explains why it is that he

5  trusted her and actually it explains why he came back to her

6  when he was seeking to venture into prostitution, because he

7  knew that she had been a prostitute at 13.  Quite frankly, Your

8  Honor, I can avoid asking her, but that's how she knew him.

9       THE COURT:  Well, I'm not sure that there's any link

10  between those activities and what we have here.  She certainly

11  can mention she's known him since she was 13 but then just leave

12  it at that and just move on.  I don't know how having sex with

13  him would give any more credence to whatever confidentiality or

14  trustworthiness they had between themselves.  So, I don't know.

15       MR. TRAINOR:  And, incidentally, for the record, her

16  grand jury testimony did not suggest, to me at least, that she

17  met him in a prostitute/John sort of situation.

18       MS. MAGNELLI:  Your Honor, if explored, the testimony

19  would show that he, in fact, did know her as a prostitute and

20  that, in fact, he met her former pimp or he interacted with or

21  he helped her with her former pimp.

22       MR. TRAINOR:  Your Honor, it's really unfair to

23  associate the two.  They met and had this consensual

24  relationship when they were younger.  She then became a

25  prostitute and had a pimp down in D.C., not related to the

1  sexual --

2         THE COURT:  Well, that's a different issue now about

3  whether -- was she a prostitute?

4         MS. MAGNELLI:  Yes, and she has --

5         THE COURT:  I mean, if she was a prostitute, she was a

6  prostitute.  But, again, she doesn't have to --

7         MR. TRAINOR:  I'm not even objecting to that.

8         THE COURT:  Yes.  Again, we don't have to get into the

9  fact that he had sex with her at 13.  Whether she's a prostitute

10  and he knew it or whatever, they discussed it, then move on from

11  there.

12         MS. MAGNELLI:  Your Honor, then, so I'm clear, I can

13  ask Ms. Tibbs if she had been a prostitute, when she was a

14  prostitute, and if she had conveyed that knowledge to the

15  defendant?

16         THE COURT:  Well, that's not a problem.  That's not

17  what he's complaining about.

18         MR. TRAINOR:  I'm not objecting to that.

19         MS. MAGNELLI:  I just want to make sure I'm clear.

20         THE COURT:  He's complaining about a 404(b) sexual act

21  between him -- I guess he was over age at the time.

22         MS. MAGNELLI:  Yes, he was.

23         THE COURT:  -- and her, and it's not necessary.

24         MS. MAGNELLI:  I understand.  I just want to make sure.

25         THE COURT:  All right.  If you want to tell her not to

1   go into that, you can.

2           MS. MAGNELLI:  Yes.  If I could just have a moment.

3           THE COURT:  Yes.

4           MR. TRAINOR:  I would have no objection to her leading

5   her around that point.

6           THE COURT:  All right.  Mr. Felte, if you want to

7   mention that to her.  We don't need to get into that.

8           MR. FELTE:  I will, Your Honor.

9           THE COURT:  All right.  Are we okay?

10          MS. MAGNELLI:  Yes.  If I could just have one moment

11  with Mr. Trainor.

12          (Pause.)

13          MS. MAGNELLI:  All right.  Your Honor, I think we are

14  ready.

15          THE COURT:  All right.  Bring in the jury.

16          MS. MAGNELLI:  Your Honor, if we may approach.

17          THE COURT:  Yes.

18          (At the bench:)

19          MS. MAGNELLI:  Your Honor, I was talking to Mr. Trainor

20  today and if the government could give you a copy of the items

21  we believe are 404(b).  The witnesses are two police officers.

22  I can make a copy during court today and give it to the court

23  and if we could address that in the morning, I think that will

24  help us reduce the schedule for next week.

25          THE COURT:  All right.  You'll give that to me today?

1          MS. MAGNELLI:  Yes, before the end of court.

2          MR. TRAINOR:  There's a chance we'll finish the case

3     next week.

4          THE COURT:  Okay.  Great.  All right.  No problem.

5          (In open court:)

6          (Jury present.)

7          THE COURT:  Let's be seated.  Thank you.

8          Do you have another witness?

9          MS. MAGNELLI:  Yes, Your Honor.  The government would

10    call Shantia Tibbs.

11         THE DEPUTY CLERK:  Please raise your right hand.

12           SHANTIA TIBBS, GOVERNMENT'S WITNESS, SWORN

13         THE DEPUTY CLERK:  State your name loudly and clearly

14    into the microphone and spell your last name for the record.

15         THE WITNESS:  Tibbs, T-i-b-b-s, Shantia.  S-

16         THE COURT:  I need you to move closer to the mike so I

17    can hear.  Thank you.

18         THE WITNESS:  Shantia, S-h-a-n-t-i-a.

19                         DIRECT EXAMINATION

20    BY MS. MAGNELLI:

21    Q    Ms. Tibbs, how old are you today?

22    A    I'm 21 years old.

23    Q    How old were you in March, April and May of 2007, that time

24    frame?

25    A    I was 18.

1   Q    Where were you living at that time, what area of Maryland?

2   A    Gaithersburg.

3   Q    What is the name of that neighborhood you lived in?

4   A    Strawberry Knoll.

5   Q    With whom did you live?

6   A    My mother, my aunt Joan, and my brother Malik.

7   Q    At that time were you known by any other nickname?

8   A    My nicknames were Honey, Tea and Tia.

9   Q    Do you recall the address at which you lived in Strawberry

10  Knoll?

11  A    It's 8835 Cross Country Place.

12  Q    Ma'am, I'm going to show you some photos that have been

13  admitted into evidence.  This is Cross Country Place 1.  Do you

14  recognize this?

15  A    Yes.  It's the front of my house.

16  Q    And Cross Country Place 1a, do you recognize this?

17  A    Yes.  This is my bedroom.

18  Q    Ma'am, do you recognize what has been marked and admitted as

19  Cross Country 1b?

20  A    Yes.  My back yard.

21  Q    Do you recall the phone number that you used to have at that

22  house?

23  A    Yes.

24  Q    What was that phone number?

25  A    It's 301-208-9544.

1  Q    Was that a land line or cell phone or what was that?

2  A    It was a house phone.

3  Q    House phone, land line?

4  A    Yes.

5  Q    Ma'am, before I get into the March, April, May time frame,

6  have you ever made statements about this case to police?

7  A    Yes.

8  Q    Do you recall when those statements were?

9  A    May of '07.

10 Q    What do you remember about the statements you first made to

11 police about these events?

12        MR. TRAINOR:  Objection.

13        THE COURT:  What's the objection?

14        MR. TRAINOR:  Relevance.

15        THE COURT:  Overruled.

16 BY MS. MAGNELLI:

17 Q    What do you recall?

18 A    I know when I first talked to the police I lied because I

19 was scared.

20 Q    Can you explain that?

21 A    I was scared because I was -- I was scared of what might

22 happen to me if I told about what happened.  And the second time

23 my family was present and I didn't want them to look at me any

24 different.

25 Q    All right.  Can you explain -- you said your family was

1   present the second time.  Where did these statements happen the

2   first time?

3   A   The first time it was at the police station.

4   Q   And what do you remember about being at the police station?

5   A   I was terrified.

6   Q   Why?

7   A   I know that Lloyd was in the next room right next to me.

8   Q   Why do you believe that?

9   A   Because I heard his voice.

10  Q   You mentioned a second time.  Where did this second time

11  occur?

12  A   At my house.

13  Q   And who was there?

14  A   It was my mother, my aunt and my brother present.

15  Q   Now, you mentioned during the first set of statements that

16  Lloyd was in the room next door?

17  A   Yes.

18  Q   Do you know Lloyd by any other name?

19  A   Blyss and B.

20  Q   Do you see whether or not he is in the courtroom today?

21  A   Yes.

22  Q   Can you describe an article of clothing that he is wearing?

23  A   A white shirt.

24  Q   Can you point him out, please?

25  A   (Indicating.)

1   Q   Thank you.

2          Let the record reflect the witness has indicated the

3   defendant.

4          THE COURT:  All right.  So indicate.

5   BY MS. MAGNELLI:

6   Q   Ma'am, do you recall the way the defendant used to look?

7   A   Yes.

8   Q   I'm going to show you what's been marked as Government Photo

9   1.  Do you recognize the person in this photo?

10  A   Yes.

11  Q   Who is this?

12  A   Lloyd.

13  Q   And do you recall him looking this way?

14  A   Yes.

15  Q   When?

16  A   Back in '07.

17  Q   Back in March of '07 had you become reacquainted with the

18  defendant?

19  A   Yes.

20  Q   Have you, in fact, known him since 2001?

21  A   Yes.

22  Q   Ma'am --

23  A   I'm sorry.  I'm ready.

24  Q   Ms. Tibbs, were you a prostitute at the age of 13?

25  A   Yes.

1   Q   Before you became reacquainted with the defendant in March

2   of 2007, had you told him that you had been a prostitute at the

3   age of 13?

4   A   Yes.

5   Q   At the time that you became reacquainted with him, you were

6   working?

7   A   Yes, ma'am.

8   Q   Where were you working?

9   A   I was working at The Avenue clothing store.

10  Q   What else was going on in your life?

11  A   I was about to finish school in June.

12  Q   Do you recall the circumstances under which you became

13  reacquainted with the defendant?

14  A   Yes.  Lloyd had came to my job at The Avenue and was asking

15  me how I was doing, was telling me that he had just had a

16  daughter and that he wanted to come by and come see me.

17  Q   Do you recall whether or not he ever brought anyone else to

18  your job at The Avenue?

19  A   Yes.  When he came to my job he had Melissa with him.

20  Q   Can you describe Melissa?

21  A   Melissa is Caucasian with red hair.

22  Q   I'm going to show you what's been previously admitted as

23  Photo 10.  Do you recognize this person?

24  A   Yes.  That's Melissa.

25  Q   Do you know her by any other nickname?

1   A    Her nicknames was Reddz.

2   Q    And through whom did you meet her?

3   A    Lloyd.

4   Q    Do you recall whether you met any friend of Melissa's?

5   A    A girl named Stephanie and a girl named Ilana.

6   Q    I'm going to show you what's been marked as Photo 11.  Do

7   you recognize this person?

8   A    Yes.  That's Stephanie.

9   Q    Do you know her by any other nickname?

10  A    Bonita.

11  Q    And I am going to show you what is admitted as Photo 12.  Do

12  you recognize who is in that photo?

13  A    Yes.  That's Ilana.

14  Q    Do you know her other nicknames?

15  A    No.

16  Q    Do you remember anything about the day you met Melissa?

17  A    The day that I met Melissa, Lloyd had came to my job with

18  her and I told him I didn't get off until that evening and he

19  was going to come back and come get me.

20  Q    What do you recall happening next?

21  A    Later on that evening when I got off of work, he had came

22  and picked me up with Melissa in the car and we had went to my

23  house.

24  Q    And do you recall what, if anything, happened at your house?

25  A    When we got to my house, he had Melissa and Stephanie with

1  him and we were going to smoke.  My mother, my aunt and my

2  brother were there and my aunt started asking them questions.

3  Q    Asking who questions?

4  A    Stephanie and Melissa.

5  Q    Who was present during this conversation?

6  A    My aunt, Lloyd, Stephanie and Melissa.

7  Q    Where did this conversation happen?

8  A    In my kitchen.

9  Q    What were the subject matters discussed?

10         MR. TRAINOR:  Objection.

11         THE COURT:  Well, just generally what it was about

12  without anything specific.

13         MS. MAGNELLI:  Correct.

14         THE COURT:  Generally what were they talking about?

15         THE WITNESS:  My aunt was asking the girls how old they

16  were and where they came from.

17  BY MS. MAGNELLI:

18  Q    During this conversation was the defendant still present?

19  A    Yes.

20  Q    Do you recall whether the defendant had any conversations

21  with you that day about Melissa?

22  A    Lloyd had asked me if I would ask my mom if Melissa could

23  move in or stay there for a couple of days.

24  Q    Did the defendant tell you why?

25  A    Because she was homeless.

1  Q   What else, if anything, do you recall the defendant saying

2  about Melissa?

3  A   Lloyd asked me if I would talk to Melissa about

4  prostituting.

5  Q   What, if anything else, did he ask you to do with regard to

6  Melissa?

7  A   He asked me to call some people that I would know that would

8  want to see Melissa and Stephanie.

9  Q   For what purpose?  Did he tell you?

10 A   For sexual acts.

11 Q   Did you go anywhere else after your house?

12 A   Yes.  Later on that evening we went to the Hotel 6 or Motel

13 6.

14 Q   Do you know where that Motel 6 is located?

15 A   It's off of Quince Orchard Road.

16 Q   Quince Orchard?

17 A   Yes.

18 Q   I'm going to show you what's been previously admitted as

19 Motel 6 1.  Do you recognize this?

20 A   Yes.

21 Q   What is this?

22 A   That's the hotel that we were at.

23 Q   I'll show you what's been marked as Motel 6 1a.  Is this a

24 similar setup to the room you were in?

25 A   Yes.

1  Q   And Motel 6 1b, is this a similar setup, just a different

2  viewpoint?

3  A   Yes.

4  Q   How did you get to the Motel 6 that night?

5  A   Lloyd had drove us to the Motel 6.

6  Q   Do you recall what kind of car it was?

7  A   It was a white car.

8  Q   Do you recall who rented the room?

9  A   Lloyd.

10 Q   On what floor did you end up having the hotel room?

11 A   The first floor.

12 Q   What do you recall doing when you first entered the room?

13 A   I recall Lloyd handing me some weed, telling me to roll it

14 up.

15 Q   To roll it up?

16 A   Yes.

17 Q   What did you understand him to mean?

18 A   Roll it up in a blunt.

19 Q   In a blunt?  What is a blunt?

20 A   A cigar.

21 Q   Now, ma'am, let me ask you a few questions about that.

22 Before that day had you ever had any experience with marijuana

23 before?

24 A   Yes.

25 Q   How many times?

1   A   Over a hundred.

2   Q   Were you familiar with the way marijuana looked?

3   A   Yes.

4   Q   How did it look?

5   A   Green leaves butted up.

6   Q   Were you familiar with the way that marijuana smells?

7   A   Yes.

8   Q   How does it smell?

9   A   Stinky.

10  Q   Are you familiar with the way that marijuana is packaged?

11  A   Yes.

12  Q   How is it packaged?

13  A   In little bags.

14  Q   Are you familiar with the way someone would ingest it?

15  A   Yes.

16  Q   How would someone ingest marijuana?

17  A   You roll it up in a cigar.

18  Q   Are you familiar with the nicknames for marijuana?

19  A   Weed.

20  Q   Any others?

21  A   Herbal essence.

22  Q   Are you familiar with the effects of marijuana?

23  A   Yes.

24  Q   What are the effects of marijuana?

25  A   Hungry and sleepy.

1  Q    Now, the substance that the defendant gave you in the motel

2  room, how did it compare with the substances you had experienced

3  before?

4  A    The same.

5  Q    What do you remember happening next?

6  A    I remember Lloyd leaving, saying that he was going to pick

7  up his cousin.

8  Q    I'm sorry.  I didn't understand you.

9  A    Lloyd had stepped out and went to go pick up his cousin.

10 Q    His cousin.  Did you know his cousin before that day?

11 A    Yes.

12 Q    How did you know his cousin?

13 A    I went to school with him.

14        THE COURT:  You what?

15        THE WITNESS:  I went to school with him.

16        THE COURT:  All right.

17 BY MS. MAGNELLI:

18 Q    To the best of your recollection, what's his name?

19 A    Kureese.

20 Q    I'm going to show you what's been previously admitted as

21 Photo 7.  Do you recognize who's in that photo?

22 A    Yes.

23 Q    Who's in that photo?

24 A    Kureese.

25 Q    Did the defendant tell you why his cousin was coming?

1   A    He was going to get his cousin to come accompany me.

2   Q    Accompany you?  What do you mean by that?

3   A    Basically give me some company, somebody to talk to.

4   Q    And did the defendant, in fact, leave the room?

5   A    Yes.

6   Q    Do you recall whether or not anyone else left the room that

7   night?

8   A    I remember Melissa leaving the room.

9   Q    What do you remember about that?

10  A    I remember that she was on the phone talking to somebody and

11  then she told me that she'll be back and stepped out.  I'm not

12  sure how long.

13  Q    All right.  And what phone did she use?

14  A    The hotel phone.

15  Q    Did she come back?

16  A    Yes.

17  Q    Did she come back with anyone?

18  A    No.

19  Q    Do you have any idea where she went?

20  A    No.

21  Q    Where was Stephanie when Melissa left?

22  A    Stephanie was in the room with me.

23  Q    What, if anything, happened when Melissa returned?

24  A    When Melissa came back, Lloyd was upset that she had left

25  the room.

1    Q    What happened next?

2    A    They had stepped outside and when they had came back, she

3    was crying, upset, with her face red.

4    Q    What's the next thing you remember from that night?

5    A    Lloyd asking the girls to take their clothes off.

6    Q    When you say "the girls," who are you referring to, ma'am?

7    A    Stephanie and Melissa.

8    Q    Without telling me what they said, how did they react?

9    A    They didn't want to.

10   Q    What do you remember after that?

11   A    Lloyd making them take their clothes off.

12   Q    Can you explain what you mean by that?

13   A    I seen them walk in the bathroom with clothes on and they

14   came out with no clothes on.

15   Q    Did you hear the defendant say anything to them?

16   A    No.

17   Q    Did the defendant have any conversation with you about why

18   he had done that?

19   A    Yes.

20            MR. TRAINOR:  Objection.

21            THE COURT:  Overruled.

22            THE WITNESS:  Yes.  Lloyd said that he wanted to see

23   what the girls were working with.

24   BY MS. MAGNELLI:

25   Q    What did you understand that to mean?

1          MR. TRAINOR:  Objection.

2          THE COURT:  Overruled.

3          MR. TRAINOR:  It's not relevant what she understood.

4          THE COURT:  Overruled.  You may answer.  Overruled.

5          THE WITNESS:  He meant that he wanted to see what the

6    girls were working with as far as sexually.

7    BY MS. MAGNELLI:

8    Q   What, if anything --

9          MR. TRAINOR:  Objection.  Move to strike.  She was

10   asked what it meant to her and she repeated what it meant to

11   him.

12         THE COURT:  All right.  Well, strike that and clarify

13   what she was saying.

14   BY MS. MAGNELLI:

15   Q   Without telling me what you think he said or what he was

16   thinking, what did you think he meant when he said what they

17   were working with?  What did you think he meant?

18   A   I think he meant he wanted to see how their oral sex was and

19   vaginal sex was.

20   Q   What, if anything, did you see next?

21   A   Lloyd started having sex with Stephanie and Melissa.

22   Q   Do you recall anything specific about those acts?

23   A   No, ma'am.

24   Q   And what were you doing at this time?

25   A   I was having sex with his cousin Kureese.

1   Q   Do you recall in what area of the room you were?

2   A   I was in the bed closest to the door.

3   Q   And where were the rest of the occupants of the room?

4   A   In the other bed right next to the bathroom.

5   Q   And when I say "other occupants," who did you see in the

6   other bed?

7   A   Lloyd, Stephanie and Melissa.

8   Q   What, if anything, did the defendant call them that night?

9   A   Snow bunnies.

10  Q   Do you remember anything else from that night?

11  A   No, ma'am.

12  Q   Did you eventually meet other females through the defendant?

13  A   Yes.

14  Q   Who did you meet?

15  A   A girl named Ilana.

16  Q   Okay.  We've identified her.  Anyone else?

17  A   I met his friends, Samantha, Pic, their roommate.  I already

18  knew Shy Mike.  And that's it.

19  Q   I'm going to show you a series of photos that have been

20  previously admitted.  Who is in Photo 3, if you know?

21  A   That's Samantha.

22  Q   Who is in Photo 4, if you know?

23  A   That's Shy Mike.

24  Q   Who is in Photo 5, if you know?

25  A   That's Pic.

1   Q    And who is in Photo 8, if you know?

2   A    That's the roommate.

3   Q    Do you remember seeing those individuals at some point after

4   Motel 6.

5   A    Yes.

6   Q    What do you remember?

7   A    We had went to Pic and Sam's house to go smoke and drink

8   alcohol.

9   Q    All right.  I'm going to show you what's been marked as

10  Clifftop 1.  Do you recognize what's in that photo?

11  A    Yes.  That's Samantha's and Pic's house.

12  Q    When you say you went there to smoke, what are you referring

13  to?

14  A    Smoking marijuana.

15  Q    Do you recall where you got the marijuana?

16  A    I had got the weed from Lloyd.

17  Q    Do you recall ever being at that house another time?

18  A    Yes.

19  Q    What do you recall about that incident?

20  A    I recall being at Pic and Sam's house the night that me,

21  Lloyd and Shy Mike took Stephanie and Melissa to D.C.

22  Q    Do you recall how that night began?

23  A    We went to pick and Sam's house --

24           THE COURT:  I need you to keep your voice up so I can

25  hear.

1        THE WITNESS:  Sorry.  We went to Pic and Sammy's house

2    to smoke weed and drink some alcohol, and then Lloyd had came to

3    me and asked me if I could call some clientele or some guys that

4    I know that would purchase Sammy and -- I mean, Melissa and

5    Stephanie.

6    BY MS. MAGNELLI:

7    Q    Okay.  When you say "we went to Sammy's," who went to

8    Sammy's?

9    A    Me, Lloyd, Stephanie and Melissa.

10   Q    When you say you were smoking weed and drinking alcohol,

11   what else was going on, if anything, at the house?

12   A    There were some people sniffing coke.

13   Q    We you say sniffing coke, what do you mean?

14   A    Cocaine, sniffing cocaine.

15   Q    What did you actually see?  What did the substance look

16   like?

17   A    Like a white powder going up their nose.

18   Q    Did you hear it referred to as anything in particular?

19   A    A white girl, that white girl.

20   Q    Did you see who was sniffing the coke, as you put it?

21   A    Yes.

22   Q    Who did you see sniff the coke?

23   A    Samantha, Stephanie and Lloyd.

24   Q    Now, you just mentioned that the defendant had a

25   conversation with you about you calling people you know.  Did

1  you, in fact, make such a phone call?

2  A   Yes, I made a phone call.

3  Q   Who did you call?

4  A   I called my friend Mark.

5  Q   What does Mark look like?

6  A   Mark is African-American, brown skin with corn rows, short.

7  Q   I'm going to show you what's been previously admitted as

8  D.C. 4.  Do you recognize this individual?

9  A   Yes.  That's Mark.

10  Q   Did you speak with Mark?

11  A   Yes.

12  Q   What do you recall of that conversation?

13  A   I told Mark that we had some snow bunnies at the house and

14  that he could have a two-for-one special.

15  Q   What else, if anything, did you discuss with Mark?

16  A   The prices.

17  Q   Where did you get these prices?

18  A   From Lloyd.

19  Q   What were the prices?

20  A   It was 250.

21  Q   What, if anything else, did you discuss with Mark?

22  A   What the girls looked like and how old they were.

23  Q   Did you do anything in response to this conversation about

24  what they looked like?

25  A   There was somebody in the house took pictures of Stephanie

1  and Melissa together.

2  Q   And do you know what happened to those pictures?

3  A   I think they sent them to Mark.

4  Q   What did you tell Mark about their age?

5  A   I told Mark that they were 18.

6  Q   Why did you do that, Ms. Tibbs?

7  A   Because if he knew that they were minors, he wouldn't have

8  messed with them.

9  Q   Did you discuss with the defendant what you were getting out

10 of this?

11 A   No.  I'm sorry.  Can you rephrase the question?  Can you say

12 it again?

13 Q   Sure.  What, if anything, did you understand you were

14 getting in exchange for calling this man?

15 A   Oh.  He said that he was going to give me some money.

16 Q   Who said that?

17 A   Lloyd.

18 Q   Did you end up seeing Mark that night?

19 A   Yes.

20 Q   And where, approximately, did Mark live?

21 A   Mark lived in Washington, D.C.

22 Q   Before you went to see Mark, what kinds of things were

23 happening to get ready?

24 A   Me and Sam, Samantha, picked out outfits for the girls to

25 put on and she did their makeup and their hair.

1   Q   Do you remember anything about the outfits?

2   A   Yes.

3   Q   What do you remember?

4   A   They were real slutty.

5           THE COURT:  Real what?

6           THE WITNESS:  They were real slutty.

7   BY MS. MAGNELLI:

8   Q   Do you recall if the defendant said anything while the girls

9   were getting ready?

10  A   Yes, that they were sexy as shit.

11  Q   Do you recall how you got to D.C.?

12  A   We drove a white truck.

13  Q   Whose truck, if you know?

14  A   Samantha's truck.

15  Q   What, if anything, did you see while you were in the truck?

16  A   I seen Lloyd put a gun in the middle console.

17  Q   What do you remember, if anything, doing while in the truck?

18  A   We smoked a jay.

19  Q   When you say "jay," what are you referring to?

20  A   A blunt, marijuana.

21  Q   Do you recall who was driving?

22  A   Shy Mike.

23  Q   Do you recall where the defendant was seated?

24  A   He was in the passenger seat.

25  Q   Front or back?

1   A    Front.

2   Q    Who was in the back seat?

3   A    Me, Stephanie and Melissa.

4   Q    What, if anything, do you recall about the trip down to

5   D.C.?

6   A    I remember the girls were a little bit nervous and I told

7   them that if they didn't want to go in, they didn't have to.  I

8   know right before we got out, Stephanie and Melissa had kissed

9   Lloyd's ring.

10  Q    Can you describe that ring?

11  A    I think it was platinum with -- it was like a circle with

12  diamonds going in a circle.

13  Q    And you've seen this ring before?

14  A    Yes.

15  Q    I'm going to ask you if you recognize what's been admitted

16  as Royal 1a?

17  A    Yes.

18  Q    What is that?

19  A    His pinky ring.

20  Q    Is this the ring you saw that night?

21  A    Yes.

22  Q    Do you by chance, Ms. Tibbs, recall Mark's phone number at

23  that time?

24  A    Yes.

25  Q    What was it?

1    A    202-607-7076.

2    Q    Do you recall calling him on that number?

3    A    Yes.

4    Q    From what phone?

5    A    I'm not sure.

6    Q    Where did you get the phone?

7    A    I got it from Lloyd.

8    Q    Where did you make some of these calls?

9    A    In the truck.

10   Q    In the white car you described?

11   A    The white truck, yes.

12   Q    Sammy's?

13   A    Yes.

14   Q    What was the purpose of calling Mark?

15   A    Because we were on the way down to D.C. for sexual --

16   Q    Did you know where you were going?

17   A    No.  We was getting directions from Mark.

18   Q    Do you recall how many times you called Mark?

19   A    A couple.

20   Q    Do you recall whether or not anyone else spoke to Mark?

21   A    I let Lloyd talk to him once we got on Georgia Avenue.

22   Q    And on whose phone was that?

23   A    I'm not sure.

24   Q    Was it the same phone that he had handed you?

25   A    Yes.

1  Q   You said when you got on Georgia Avenue.  Do you remember

2  anything else of those directions?

3  A   We made a left right there by Macombo Lounge.

4  Q   At some point the car stopped?

5  A   Yes.

6  Q   What do you recall happening once you arrived at your

7  destination?

8  A   Me -- I mean, Stephanie and Melissa had kissed his pinky

9  ring.  Then we got out the car.

10  Q   And where did you go?

11  A   We walked to Mark's apartment.

12  Q   And then what?

13  A   And then Mark had let us in.  We went upstairs to his

14  apartment.

15  Q   And what do you remember happening next?

16  A   I remember telling Stephanie and Melissa to get comfortable.

17  Mark had gave me the money and they went in the back room.

18  Q   Mark gave you the money.  How much did he give you, if you

19  know?

20  A   He gave me $250.

21  Q   Who went into the bedroom?

22  A   Lloyd, Stephanie -- I'm sorry.  Mark, Stephanie and Melissa.

23  Q   Did you go into the bedroom at some point?

24  A   Yes.

25  Q   What, if anything, did you see?

1   A    I seen Stephanie and Melissa giving him oral sex and Melissa

2   was just giving him vaginal.

3   Q    Do you know why Melissa was just participating?

4   A    Because Stephanie was on her period.

5   Q    What did you ultimately do with that money?

6   A    I gave it to Lloyd.

7   Q    How much of it, if any, did you get?

8   A    Nothing.

9   Q    How did you get home that night?

10  A    He had drove us home in the white truck.

11  Q    Did you have any contact with the defendant before you left

12  Mark's apartment?

13  A    Yes.

14  Q    For what purpose?

15  A    To tell him that we were finished.

16  Q    Do you recall anything happening on the way back to

17  Maryland?

18  A    On the way back home, we seen a car pull up next to us with

19  some dudes trying to talk to us, and then Lloyd told me and

20  Stephanie to get out the car and talk to them and see if they

21  were trying to do something sexually.

22  Q    Did anything come of that?

23  A    No.

24  Q    After that night do you remember ever seeing Melissa and

25  Stephanie together again?

1   A    No.

2   Q    Did you see Melissa again?

3   A    Yes.

4   Q    Do you recall when?

5   A    Melissa was at my house.

6   Q    Was she living with you?

7   A    Yes.

8   Q    At some point did she move out?

9   A    Yes.

10  Q    Did you see her once she moved out?

11  A    Yes.

12  Q    Where?

13  A    She was living at Samantha's house.

14  Q    Where else did you see her, if anywhere?

15  A    I seen her at the Courtyard Marriott.

16  Q    Do you recall how that night started?

17  A    No, not really.

18  Q    Do you remember who else was there at the Courtyard

19  Marriott?

20  A    It was me, Lloyd, Melissa and Paul.

21  Q    Paul.  Was Paul who you went to see at the Courtyard

22  Marriott?

23  A    No.

24  Q    Who did you go see at the Courtyard Marriott?

25  A    Some crackhead guy.

1  Q   Who was Paul?

2  A   Breedo.

3  Q   Had you known Paul before that night?

4  A   Yes.

5  Q   How did you know him?

6  A   He used to go out with my cousin.

7  Q   I show you what's been previously admitted as Photo 6.  Do

8  you recognize that person?

9  A   Yes.  That's Paul.

10 Q   Can you describe the individual whom you went to see at the

11 Marriott?

12 A   He was a Caucasian male in his late thirties and he had

13 brown hair.

14 Q   I'm going to show you what's been previously admitted as

15 Holiday Inn 3.  Do you recognize who is in that photo?

16 A   Yes.

17 Q   Who is that?

18 A   The crackhead guy.

19 Q   The one you just described?

20 A   Yes.

21 Q   Why do you keep calling him the crackhead guy?

22 A   Because he was smoking a lot of crack.

23 Q   Do you recall any other drugs that night?

24 A   Yes.  PCP.

25 Q   What do you recall about the PCP?

1   A   Paul, Melissa and Lloyd were smoking PCP.

2   Q   What did that look like to you?

3   A   It's like a wet cigarette.

4   Q   Did you see them do anything else with that cigarette?

5   A   They smoked it.

6   Q   Did they pass it?

7   A   Oh, yes, they passed it, the three of them.

8   Q   Now, let me back you up.  How did you get to the Marriott

9   that night?

10  A   He had drove -- Lloyd had drove us.

11  Q   In what car, if you remember?

12  A   His white car.

13  Q   Where is that Marriott located?

14  A   It's in the back of the fire station off Montgomery Village

15  Avenue.

16  Q   Had the defendant told you anything about the individual you

17  identified as the person you were going to see?

18  A   Yes.

19  Q   What did he tell you about that man?

20  A   Lloyd had told me a couple of nights before that he had took

21  Melissa and somebody else to the hotel and they had paid -- he

22  had paid a thousand dollars for the both of them for a couple

23  hours.

24  Q   Do you remember the name of that customer?

25  A   No.

1   Q   And you said he was smoking crack.  Did you see anybody else

2   with crack that night?

3   A   Yes.  Paul was the one who gave the man his crack.

4   Q   Had you ever seen crack before?

5   A   Yes.

6   Q   What does it look like to you?

7   A   Like white cut up pieces of soap.

8   Q   You said he was smoking crack.  Did you see how?

9   A   In a pipe.

10  Q   You mentioned PCP.  What do you recall about the PCP?

11  A   That it stinks real bad and it was giving me a headache.

12  Q   What does it smell like to you?

13  A   It smells like gasoline mixed with nail polish remover,

14  rope, everything.  It just stinks.

15  Q   And what does it come in?

16  A   A little vial.

17  Q   If you know, what color is it?

18  A   A clear vial, like a little clear perfume vial.

19  Q   What is in the vial?

20  A   A clear substance, like water, I guess.

21  Q   All right.  Did you have any discussions with the defendant

22  that night about the PCP?

23  A   Yes.  I asked Lloyd if he can stop giving it to Melissa

24  because her face was starting to turn green.

25  Q   What, if anything, did he say in response?

1  A    Lloyd told me to shut the fuck up and mind my business.

2  Q    What else do you remember from that night?

3  A    We went into the hotel.  The crackhead guy told me that

4  he'll give me an extra 50 on how many times I can make him come.

5  I know that I didn't really want to be there.  I was trying to

6  leave.

7  Q    Did you see any exchange of money that night?

8  A    No.

9  Q    Did you engage in acts with this individual?

10  A    Yes.

11  Q    What did you do?

12  A    Oral sex.

13  Q    What, if any, sex acts did you see Melissa engage in?

14  A    Oral and vaginal sex.

15  Q    Over how long did you see the defendant interact with

16  Melissa?  What kind of time frame are we talking about?

17  A    March, April, May of '07.

18  Q    So, during the course of this time frame that you recall,

19  did you see the defendant interact with Melissa?

20  A    Yes.

21  Q    How often?

22  A    Just about every day.

23  Q    In general, what kinds of things would he do?

24  A    He would call her like stupid white bitch, trailer park

25  trash.  Sometimes he would put his hands on her.

1  Q   Can you explain some of the times you saw him put his hands

2  on her?

3  A   One time we were at Lloyd's baby mother's house and Melissa

4  had a headache and she wasn't sure on what medicine to take for

5  a headache and Lloyd had got so frustrated, he smacked the mess

6  out of her and she kind of fell to the ground, and I tried to

7  get him to stop, but he just pushed me out the way.

8  Q   What, if anything -- well, what else did you see with regard

9  to the defendant doing something to Melissa?

10 A   I don't remember.

11 Q   Okay.  Do you recall whether or not the defendant ever

12 visited you at your house?

13 A   Yes.

14 Q   Do you recall whether or not he ever brought anyone with

15 him?

16 A   Yes.  He came to my house before with Shy Mike and Melissa.

17 Q   Tell me about that.

18 A   We were in my back yard.  Lloyd had brought me some weed and

19 they were smoking PCP and then we heard a helicopter and all I

20 remember is that Lloyd was like, "Bitch, you got the police

21 following me?"  And he smacked her.

22 Q   Who was he directing his comments to, if you could see?

23 A   Melissa.

24 Q   And who did he smack?

25 A   Melissa.

1   Q   What, if anything, did you ever hear the defendant say to

2   Melissa or Stephanie with regard to their behavior?

3   A   He told them that they couldn't have any boyfriends, that he

4   was their boyfriend.

5   Q   Do you recall anything else?

6   A   No.

7   Q   Did you know how old the girls were at that time?

8   A   Yes.

9   Q   How old did you believe them to be?

10  A   Seventeen.

11  Q   What, if anything, do you recall about their ages?

12  A   They tried to lie about it.  Lloyd had told them that if

13  anybody asked them how old they were to tell them they were 18

14  or 19.

15  Q   Do you remember a time when -- you mentioned that you never

16  saw Melissa and Stephanie again together after the night in

17  D.C., right?

18  A   Right.

19  Q   Do you remember ever talking to the defendant or having him

20  tell you why you had stopped seeing Stephanie?

21  A   He told me that he had to cut Stephanie off because

22  Stephanie didn't want to prostitute any more, and he had told me

23  that he made her shoot a gun.  Just in case she tried to go to

24  the police, that she would have gun powder on her hands.

25  Q   Ma'am, do you remember seeing -- you mentioned a time when

1   you saw the defendant, Melissa and Shy Mike at your house?

2   A    Yes.

3   Q    Do you remember seeing them together again?

4   A    Yes.  I seen -- it was me, Lloyd, Shy Mike and Melissa in

5   the car and Lloyd was about to drop me off but Shy Mike had

6   lived closer to where I lived at.  So he dropped him off first,

7   and Shy Mike wanted some oral sex from Melissa and they both got

8   out the car.

9   Q    Who is "they both"?

10  A    Shy Mike and Melissa.

11  Q    At some point did they come back to the car?

12  A    Yes.

13  Q    Do you have any idea how long they were gone?

14  A    About 15, 20 minutes.

15  Q    Do you know where they went?

16  A    No.

17  Q    Ma'am, I'm going to show you -- court's indulgence.

18          I'm going to show you what's been marked as Cross

19  Country Place 2.  Do you recognize this?

20  A    Yes.  It's my address book.

21  Q    Okay.  When was the last time you saw this address book?

22  A    In '07.

23  Q    In '07.  I'm showing you the first page.  Whose writing is

24  that?

25  A    That's my handwriting.

1    Q    And the phone numbers that are in this address book, when

2    did you write them down?

3    A    In '07.

4    Q    Were they fresh in your mind when you wrote them down?

5    A    Yes.

6    Q    Ma'am, I'm going to show you what's been marked as Cross

7    Country Place 3.  Do you recognize this?

8    A    Yes.  It's my calendar book.

9    Q    Your calendar book.  I'm going to turn to the personal info

10   page.  Does this information reflect you?

11   A    Yes.

12   Q    Now, the phone numbers that are in here, did you write them

13   down when they were fresh in your mind?

14   A    Yes.

15   Q    And when did you write these down?

16   A    When Lloyd was giving them to me.

17   Q    Do you recall the last time you actually saw the defendant?

18   A    Yes.  It was May 19th of '07.

19   Q    Is this the first time you've seen him since then?

20   A    Yes.

21          MS. MAGNELLI:  If you would please listen and answer

22   the questions from the defense.

23                          CROSS-EXAMINATION

24   BY MR. TRAINOR:

25   Q    Hello, Ms. Tibbs.  I'm Harry Trainor.

1    A    Hello.

2    Q    We haven't talked before, have we?

3    A    No.

4    Q    I think you testified that there was a time in your life

5    that you were involved in prostitution earlier?

6    A    Yes.

7    Q    Also, you worked at a time as an exotic dancer at a number

8    of clubs, correct?

9    A    That's correct.

10   Q    At least five of them, if not more, correct?

11   A    That's correct.

12   Q    You met Mark Witherspoon through the sex business, didn't

13   you?

14   A    Strip club, yes.

15   Q    I didn't hear what you said.

16   A    Yes.  A strip club, yes.

17   Q    You met him at a strip club.  Which one?

18   A    It was called Harley Riders.

19   Q    And how did you know that this man was a sex customer that

20   you could call?

21   A    Because he was a good friend of mine.

22   Q    Did you hang out with him?

23   A    Yes.

24   Q    Outside of the strip clubs --

25   A    Yes.

1   Q   -- you hung out with Mark?

2   A   Yes.

3   Q   And he had let you know that if you ever got any girls, I'm

4   interested?

5   A   No.

6   Q   Well, how did you know?

7   A   Me and Mark have had sex before with no cash involved.

8   Q   And that led you to believe that he would be looking for

9   other girls to pay for?

10  A   No.  It led me to believe that if I ever needed some money

11  or anything that he would be there for me.

12  Q   All right.  And so, you felt that you needed some money and

13  you called on your friend Mark to take care of this for you?

14  A   Yes.

15  Q   Is that right?

16  A   Yes.

17  Q   Now, I think your testimony today is that all of this

18  happened at Sammy and Pic's house, correct?

19  A   That's correct.

20  Q   That until you got there, you had no idea what was going on,

21  correct?

22  A   That's not true.

23  Q   All right.  Well, you said you made that one call to Mark

24  Witherspoon from Sammy and Pic's house and set it up right

25  there?

1   A   Yes.

2   Q   Isn't it true that you had been on the phone with Mark

3   Witherspoon well before that and that you had tried to set up

4   some sexual liaisons with him and he put it off a day or two?

5   A   No, that's not correct.

6   Q   That's not true?

7   A   No.

8   Q   All right.  So, he didn't say, "I want to do it on another

9   day"?

10  A   No.

11  Q   He didn't say, "I want to wait until my apartment is fixed

12  up"?

13  A   No.  Not that I can remember, no.

14  Q   And he didn't say, "I have to work tomorrow.  Let's do it

15  another day"?

16  A   No, not that I can remember.

17  Q   So you called Mark from Sam and Pic's house and you said,

18  "I've got some snow bunnies and let's go tonight," right?

19  A   Yes.

20  Q   And he was ready to roll that night, correct?

21  A   Yes.

22  Q   All right.  Now, you talked to Samantha or Sammy about

23  prostitution, correct?

24  A   Yes.

25  Q   And she let you know that she had some background in that

1  business, too, didn't she?

2  A   That's correct.

3  Q   In fact, she knew more about it than you did?

4  A   That's correct.

5  Q   And you sat around with her and talked about how things are

6  done and the details, correct?

7  A   Yes.

8  Q   And that evening at Sammy and Pic's house, you and Sammy

9  went into the bedroom with the two girls and got them dressed

10 and got them ready, right?

11 A   That's correct.

12 Q   Sammy had cocaine?

13 A   Yes.

14 Q   She was doing a great deal of it?

15 A   Yes.

16 Q   Were you using cocaine that night?

17 A   No, sir.

18 Q   But Sammy was handing it to some of the girls, too, correct?

19 A   Yes.

20 Q   Both of them?

21 A   No.

22 Q   Just Stephanie; am I right?

23 A   Yes.

24 Q   But you guys got them -- you and Sammy got them dressed and

25 were working on their hair and makeup with them; is that right?

1   A   Yes.

2   Q   And all this time you're in touch with Mark or did you just

3   make that one call to him to set this up?

4   A   I talked to Mark a few times.

5   Q   All right.  Was it a hard sales job?

6           MS. MAGNELLI:  Objection, Your Honor.

7           THE COURT:  I think I'll allow it.  Go ahead.

8   Overruled.

9           THE WITNESS:  No, it wasn't that hard.

10  BY MR. TRAINOR:

11  Q   He was ready right away?

12  A   Yes.

13  Q   But either you or Sammy took pictures of these girls once

14  you got them fixed up, right?

15  A   No, I didn't take no pictures of nobody.

16  Q   Then Sammy took the pictures?

17  A   I'm not sure who did.

18  Q   You sent them to this Mark fellow, didn't you?

19  A   No, I did not.

20  Q   Who did that?

21  A   I'm not sure.

22  Q   You know they were sent to Mark, right?

23  A   Yes.

24  Q   For his approval?

25  A   Yes.

1  Q   It was just you and the two girls, Melissa and Stephanie,

2  who went up to Mark's apartment, and Mark paid you, correct?

3  A   Yes.

4  Q   And you just sat there and read a magazine; am I right?

5  A   No.  I gave the money to Lloyd.

6  Q   No.  During the time that the young ladies were in Mark's

7  apartment, you didn't participate in the sex acts, did you?

8  A   No, sir.

9  Q   But you were in the room?

10  A   I was back and forth.

11  Q   Back and forth.  And you were sitting there reading a

12  magazine?

13  A   No.  I was smoking a jay.

14  Q   You were smoking a --

15  A   Blunt.

16  Q   You were sitting in Mark's apartment in the District of

17  Columbia smoking marijuana?

18  A   Yes.

19  Q   All right.  When you reunited with -- became reacquainted

20  with Mr. Royal in late 2006, he came to your job, which was a

21  clothing store at that time, correct?

22  A   Yes.

23  Q   And you weren't at that job very long, were you?

24  A   No, sir.

25  Q   All right.  And he told you that he had had a new baby with

1  Cierra, correct?

2  A   Can I say this was in '07?  '07.

3  Q   I'm sorry.  I didn't mean to mislead you.  It was '07?

4  A   Yes.

5  Q   Like what part of '07?

6  A   March of '07.

7  Q   All right.  So, in March of '07 you were working at The

8  Avenue, a clothing store, and he came in and told you that he

9  had had a child with Cierra, correct?

10 A   Yes.

11 Q   In fact, you were invited to a baby shower, were you not?

12 A   Yes.

13 Q   You and your mother or your aunt?

14 A   Me and my mother and my aunt.

15 Q   And you did attend, didn't you?

16 A   No, sir.

17 Q   You did not?

18 A   No.

19 Q   Let me ask you about Shy Mike.  Were you with Shy Mike very

20 often?

21 A   No, sir.

22 Q   How many times were you with Shy Mike?

23 A   I'm not sure.

24 Q   Did you know him well enough to know that he was a guy who

25 really liked guns?

1   A   No, sir.

2   Q   You didn't know him to have a gun?

3   A   I knew him to have a gun.  I seen him with a gun.  I didn't

4   know that he liked guns, no.

5   Q   But the times you saw Mike, Shy Mike, he had a gun?

6   A   Yes.

7   Q   Do you remember the first time you met Melissa at your

8   house?

9   A   Yes.

10  Q   What were you doing when she came over?

11  A   I was just getting off of work.

12  Q   Didn't you have a friend over?

13  A   No.

14  Q   There came a time shortly after you met Melissa that you

15  went to the Motel 6, correct?

16  A   Yes, that's correct.

17  Q   That's right.  And that wasn't the first time that you had

18  met Mr. Royal's cousin?  I pronounce his name Kureese.

19  A   No, it's not.

20  Q   He was a high school friend of yours?

21  A   Yes.

22  Q   Had you had a relationship with him --

23  A   Yes.

24  Q   -- before the Motel 6?

25  A   Yes.

1    Q    An intimate relationship I'm saying?

2    A    Oh, no.

3    Q    But you decided to have an intimate relationship with him

4    that night?

5    A    Yes.

6    Q    And that was all consensual?  It wasn't anything forced on

7    you, was it?

8    A    No.  It was not forced, no.

9    Q    All right.  When you first got to the Motel 6, how many of

10   you were in the room?

11   A    It was me, Lloyd, Stephanie and Melissa.

12   Q    Who left first, Lloyd or Melissa?

13   A    Lloyd.

14   Q    And Lloyd went by himself, didn't he?

15   A    Yes.

16   Q    He didn't take Melissa with him when he went to get his

17   cousin Kureese?

18   A    No.

19   Q    Melissa stayed right there in the room, didn't she?

20   A    Yes.

21   Q    You're sure of that, aren't you?

22   A    Yes.

23   Q    And Stephanie stayed in the room with you?

24   A    Yes.

25   Q    And some time while Lloyd was gone getting his cousin, it

1    was Melissa who got on the phone, called a friend and left to

2    meet her friend, correct?

3    A    Yes.

4    Q    And did Lloyd and Kureese arrive back at the Motel 6 before

5    Melissa got back?

6    A    Yes.

7    Q    You're sure of that sequence?

8    A    Yes.

9    Q    And then Melissa came back and things happened as you said

10   they did?

11   A    Yes.

12   Q    Now, you've never been prosecuted in this courthouse for

13   anything related to this event, have you?

14   A    No, sir.

15   Q    On the way down to D.C. to see Mark, you were on the phone

16   with Mark, correct?

17   A    Yes.

18   Q    And what time was it that you think you left Sam and Pic's

19   house?

20   A    I'm not even sure.

21   Q    Have no idea?

22   A    No.

23   Q    11:30 sound right?

24   A    About that time.

25   Q    That would be your understanding?  How long do you think it

1    took you to get down to his apartment?

2    A    About 40 to 45 minutes.

3    Q    Had you been there before?

4    A    Yes.

5    Q    So you knew the way, didn't you?

6    A    No.

7    Q    How many times had you been at Mark's apartment before the

8    night you described?

9    A    Well, he had just moved, but I'd been to his apartment a

10   couple of times.

11   Q    All right.  So he had just moved prior to this meeting with

12   Melissa and Stephanie?

13   A    Yes.

14   Q    And when you say just moved, how long had he been there?

15   A    Half of his stuff was still in storage and in boxes.

16   Q    How long had he been there?

17   A    I'm not sure.

18   Q    How many times had you been to that apartment before

19   Stephanie and Melissa were there?

20   A    That was my first time to that new apartment.

21   Q    But you had been to see Mark at another apartment?

22   A    Yes.

23   Q    How recently before the time that Stephanie and Melissa went

24   with you?

25   A    Probably about a month or two before that.

1   Q   Now, Melissa lived at your house with you for just a few

2   days, correct?

3   A   Yes.

4   Q   And that's all that was asked of you, correct?

5   A   Yes.

6   Q   And in order to arrange that, your mother and your aunt had

7   to agree, correct?

8   A   My mother, yes.

9   Q   Your mother agreed?

10  A   Yes.

11  Q   And you know it was after Melissa lived with you that she

12  moved over to Samantha's house?

13  A   Yes, that's correct.

14  Q   During this period, from the first time that you met Melissa

15  until the last time you met Melissa, did you see Lloyd Royal

16  every day?

17  A   Just about, yes.

18  Q   So you were very friendly with him at that time, correct?

19  A   Yes.

20  Q   You identified the guy you called a crackhead as, I believe,

21  Adam or did you know his name?

22  A   I don't know his name.

23  Q   But the crackhead was the sex customer at the Courtyard

24  Marriott?

25  A   Yes.

1   Q   Were you present the night before that at another hotel with

2   the crackhead?

3   A   No, sir.

4   Q   And I think you said that the crackhead was supplied his

5   crack by Paul?

6   A   Yes.

7   Q   That's Breedo, correct?

8   A   Yes.

9   Q   And Breedo also went by P.J., correct?

10  A   I'm not sure.

11  Q   You knew him as Paul or Breedo?

12  A   Yes.

13  Q   And he was a crack dealer, correct?

14  A   Yes.

15  Q   And the crackhead was one of his customers; am I right?

16  A   Yes.

17  Q   Have you seen or talked to Shy Mike since April or May 2007?

18  A   No, sir.

19  Q   When is the last time you saw Shy Mike?

20  A   Probably about August of '07.

21  Q   So you saw him after the D.C. incident?

22  A   Yes.

23  Q   And, by the way, during the trip to D.C., it was Shy Mike

24  who was driving?

25  A   Yes.

1  Q   One more thing about that.  On the way home from D.C., you

2  mentioned that some guys were trying to talk to you?

3  A   Yes.

4  Q   Isn't it true that you were hanging out the window trying to

5  get their attention?

6  A   No, that's not true.

7  Q   Doesn't that vehicle have tinted windows?

8  A   Yes.  The windows were down.  Yes.  But we weren't hanging

9  out, no.

10  Q   You weren't?

11  A   No.

12  Q   Okay.  Are you sure that this guy gave you $250?

13  A   Best that I can remember, yes.

14  Q   That's the best you can remember?

15  A   Yes.

16  Q   And you say you didn't get a dime out of this?

17  A   No, sir.

18         MR. TRAINOR:  No further questions.

19         THE COURT:  All right.  Government.

20         MS. MAGNELLI:  Your Honor, just one.

21                    REDIRECT EXAMINATION

22  BY MS. MAGNELLI:

23  Q   The defense asked you if you were prosecuted in this

24  courthouse.  Do you remember that question?

25  A   Yes.

1   Q   Were you prosecuted in another courthouse?

2   A   Yes.

3           MS. MAGNELLI:  Nothing further.

4                       RECROSS-EXAMINATION

5   BY MR. TRAINOR:

6   Q   For which you got a $500 fine, correct?

7           MS. MAGNELLI:  Objection, Your Honor.

8           THE COURT:  Yes, sustain the objection to what happened

9   in another court.  That's not relevant.

10          All right.  You may stand down.  You are excused.

11          Do you have another witness?

12          MS. MAGNELLI:  Yes, Your Honor.

13          MR. FELTE:  Crystal Brown.

14          MS. MAGNELLI:  Your Honor, may we approach?

15          THE COURT:  Yes.

16          (At the bench:)

17          MS. MAGNELLI:  Your Honor, I would ask the court to

18  disregard that last answer.

19          MR. TRAINOR:  I think it was disregarded.

20          THE COURT:  You want me to strike it?

21          MS. MAGNELLI:  I do want you to strike it.

22          THE COURT:  All right.  That's fine.  All right.

23          (In open court:)

24          THE COURT:  All right, ladies and gentlemen, again, the

25  court struck the last response.  The question was improper and

1   so the response is improper.  So, just disregard it as if you

2   didn't hear it.

3           Next witness.

4           MR. FELTE:  Crystal Brown.

5           CRYSTAL BROWN, GOVERNMENT'S WITNESS, SWORN

6           THE DEPUTY CLERK:  State your name loudly and clearly

7   into the microphone and spell your last name for the record.

8           THE WITNESS:  Crystal Brown.

9           THE DEPUTY CLERK:  Could you move up, please.

10          THE WITNESS:  Crystal Brown.

11                       DIRECT EXAMINATION

12  BY MR. FELTE:

13  Q   Good afternoon.  I need you to keep your voice up and speak

14  into the microphone, okay?

15  A   Yes.

16  Q   I apologize for asking you this, but in what year were you

17  born?

18  A   1970.

19  Q   Where were you born?

20  A   New York City.

21          THE COURT:  I'm not hearing, ma'am.  Can you just speak

22  into the mike so I can hear.  Thank you.

23          THE WITNESS:  New York City.

24  BY MR. FELTE:

25  Q   How long did you live in New York City?

1  A   For the last 30 years.

2  Q   Well, did there come a point in time that you moved to

3  Maryland?

4  A   Yes.

5  Q   When was that?

6  A   In 1998.

7  Q   I want to direct your attention to September of 2006.  Did

8  there come a point in time while you were living in Maryland

9  that you met a man named Lloyd Mack Royal, III?

10  A   Yes.

11  Q   Do you see that person in the courtroom here today?

12  A   Yes.

13  Q   Would you please point to him and describe some clothing

14  that he's wearing.

15  A   Right here (indicating).

16  Q   What color shirt is he wearing?

17  A   White striped shirt.

18       MR. FELTE:  Your Honor, may the record reflect that the

19  witness has identified --

20       THE COURT:  All right.  So indicate.  All right.

21  BY MR. FELTE:

22  Q   Now, ma'am, did there come a point in 2009 when law

23  enforcement contacted you concerning the defendant's activities?

24  A   Yes.

25  Q   Were you truthful with law enforcement at that time?

1   A    No.

2   Q    In fact, in February of 2009 you testified before a grand

3   jury; is that correct?

4   A    Yes.

5   Q    Were you completely truthful in front of the grand jury at

6   that time?

7   A    No.

8   Q    After you testified before the grand jury in February 2009,

9   did you employ the services of an attorney?

10  A    Yes.

11  Q    And who was that?

12  A    John Doody.

13  Q    After getting an attorney, did you sign a proffer letter

14  with the United States government?

15       MR. TRAINOR:  Your Honor, I would object to any more

16  leading at this point.

17       THE COURT:  Well, let's just get to where we need to

18  get, but -- all right.  I'm going to overrule that.

19       Was there a proffer letter, ma'am?

20       THE WITNESS:  Yes.

21       THE COURT:  All right.  Next question.

22       MR. FELTE:  May I approach the witness, Your Honor?

23  BY MR. FELTE:

24  Q    Ma'am, let me show you what's been marked as Documents

25  Exhibit 2.  It's a letter dated June 3, 2009, three pages.  Do

1    you recognize this document?

2    A    Yes.

3    Q    Does your signature appear on that document?

4    A    Yes.

5    Q    Who else's signature appears on that document?

6    A    My attorney.

7    Q    Is there also an officer who signed it?

8    A    Yes.

9    Q    Is there another signature?

10   A    Yes.

11   Q    Whose signature is that?

12   A    Solette.

13   Q    Is that Solette A. Magnelli, Assistant United States

14   Attorney?

15   A    Yes.

16   Q    What's your understanding of this letter?

17   A    I need to tell the truth.

18          THE COURT:  Speak into the mike, ma'am.

19          THE WITNESS:  I need to tell the truth.

20   BY MR. FELTE:

21   Q    And if you tell the truth, what does this letter mean?

22   A    That nothing will be held against me.

23   Q    Your words?

24   A    Yes.

25   Q    Has anybody promised you not to charge you?

1   A   No.

2   Q   Has anybody threatened you --

3   A   No.

4   Q   -- in regards to legal action?

5   A   No.

6   Q   Directing your attention back to September 2006, do you

7   recall meeting the defendant?

8   A   Yes.

9   Q   How did you meet him?

10  A   I purchased marijuana from him.

11  Q   How much marijuana did you purchase from him?

12  A   A twenty dollar bag.

13  Q   And before that date, had you used marijuana before?

14  A   Yes.

15  Q   About how many times?

16  A   Over a hundred.

17  Q   Are you familiar with how marijuana looks?

18  A   Yes.

19  Q   And how it smells?

20  A   Yes.

21  Q   And how it's used?

22  A   Yes.

23  Q   How did the marijuana that you purchased from the defendant

24  compare to the marijuana that you've used in the past?

25  A   The same.  There was nothing different.

1    Q    At the time you purchased marijuana from the defendant, did

2    there come a point in time when you exchanged phone numbers?

3    A    Yes.

4    Q    Did you ever hear or speak with the defendant again after

5    that?

6    A    Yes.

7    Q    Did any type of relationship evolve from that?

8    A    Yes.

9    Q    What kind of relationship?

10   A    Boyfriend/girlfriend relationship.

11   Q    Now, during this time, what name or names did you know the

12   defendant by?

13   A    Lloyd and Blyss.

14   Q    Did you have a nickname at the time?

15   A    Yes.

16   Q    At this time where were you living?

17   A    19224 Misty Meadow Terrace, Germantown, Maryland.

18   Q    Let me show you Government's Exhibit Misty Meadow 1.  Do you

19   recognize that?

20   A    Yes.

21   Q    What is that?

22   A    My house.

23   Q    Do you recall when you moved there?

24   A    In 1999.

25   Q    Did there come a point in time when the defendant moved into

1    Misty Meadow Terrace with you?

2    A    Yes.

3    Q    Are you able to recall when that was?

4    A    Around September -- around or about September.

5    Q    Of what year?

6    A    Of '07 -- '06.

7    Q    Well, let me ask you, when did you meet the defendant?  When

8    did you purchase marijuana from him?  Do you recall that?

9    A    It was towards the end of the springtime -- the end of the

10   summertime.

11   Q    The end of the summertime of 2006, 2007?  Do you recall?

12   A    2006.

13   Q    Do you recall how soon after you met him that he moved in

14   with you?

15   A    Very shortly, maybe a couple of months.

16   Q    Okay.

17   A    A month.

18   Q    Now, who was living in your home at that time?

19   A    Me and my son.

20   Q    How old was your son at that time?

21   A    Fourteen.

22   Q    Did you have any pets?

23   A    No, I didn't have any.

24   Q    Did the defendant have any pets?

25   A    Yes.

1   Q   What kind of pets?

2   A   Two pit bulls.

3   Q   Where did those pit bulls stay?

4   A   Underneath the stairway in my house in a kennel.

5   Q   Now, when you first met the defendant, did he have a job

6   that you knew of?

7   A   No.

8   Q   Did there come a point in time when he got a job that you

9   knew of?

10  A   Yes.

11  Q   What job was that?

12  A   He worked for a car dealership.

13  Q   Do you recall where that car dealership was?

14  A   In Germantown.

15  Q   Did you ever visit him at the dealership?

16  A   Yes.  Once.

17  Q   And during this period of time did the defendant have a car?

18  A   No.

19  Q   Did he eventually get a car?

20  A   Yes.

21  Q   How did he get a car?

22  A   My mother was selling a car and I purchased it.

23  Q   What kind of car was it?

24  A   A white Toyota Camry.

25  Q   How many doors did it have?

1   A   Four.

2   Q   And you purchased that car for him?

3   A   Yes.

4   Q   Ma'am, you're originally from New York?

5   A   Yes.

6   Q   Did you ever go to New York with the defendant?

7   A   Yes.

8   Q   What was the purpose for going to New York with the

9   defendant?

10  A   To purchase cocaine.

11  Q   Whose idea was it to go to New York to purchase cocaine?

12  A   Mr. Royal.

13  Q   Why did he want to go with you to New York to purchase

14  cocaine?

15  A   I had a cousin that could get him cocaine.

16  Q   Did you actually go to New York?

17  A   Yes.

18  Q   And when you got to New York, what happened?

19  A   We went to purchase the cocaine.

20  Q   Did you meet anyone in New York?

21  A   Yes.  I met with my cousin.

22  Q   And when you met with your cousin, what happened?

23  A   We went to Queens.

24  Q   Queens?

25  A   Yes.

1    Q    When you got to Queens, what happened?

2    A    He directed Mr. Royal to a house to go to.

3    Q    And who drove to that house?

4    A    I drove.

5    Q    When you got to that house, what happened?

6    A    I just seen Mr. Royal go through a gate.  It was dark

7    outside.

8    Q    Did Mr. Royal, the defendant, eventually come back?

9    A    Yes.

10   Q    When he came back what happened?

11   A    He asked me to open up the trunk.

12   Q    The trunk to the Camry?

13   A    The trunk to my car.

14   Q    To your car.  Did you open up the trunk?

15   A    Yes.

16   Q    When you opened up the trunk, what happened?

17   A    Mr. Royal put the cocaine in the trunk.

18   Q    Then where, if anywhere, did you go?

19   A    We were on our way back to Maryland.

20   Q    Did you drive back to Maryland at that time?

21   A    Yes.

22   Q    And where in Maryland did you drive to?

23   A    To my house.

24   Q    When you got back to your house, what did you do?

25   A    We got out of the car, opened the trunk and the drugs were

1  tooken out.

2  Q   Where did you go?

3  A   Into my house.

4  Q   Now, where did the money for the drugs come from?

5  A   I lent it to Mr. Royal.

6  Q   Do you recall how much money you let him borrow for the

7  drugs?

8  A   Around 2,500.  I'm not exactly sure.

9  Q   Not exactly sure of the exact amount?

10 A   Yes.

11      THE COURT:  Do we have a time frame, sir, a time frame

12 for this event in New York?

13      MR. FELTE:  I'm getting there, yes.  I'll ask that

14 right now.

15      THE COURT:  All right.  Thank you.

16 BY MR. FELTE:

17 Q   Ms. Brown, do you recall how soon after you met the

18 defendant in September of 2006 that you drove to New York with

19 him to purchase cocaine?

20 A   It was towards the end.  I don't recall the exact time, but

21 it was around -- it wasn't too long after me and Mr. Royal's

22 relationship ended.

23 Q   Towards the end of what?  I'm trying to understand.

24 A   Of our relationship.

25 Q   Do you recall when that relationship ended?

1  A   I don't recall the exact day, but it was in April, around my

2  son's birthday.

3  Q   April of what year?

4  A   Of 2008.

5  Q   How long did you date Mr. Royal?

6  A   A little --

7  Q   If you met him in September 2006, how long did you date

8  Mr. Royal?

9  A   A little longer than a -- I want to say a little longer than

10  a year.

11  Q   Okay.  So that would have been -- so you dated him up until

12  September 2007?

13  A   Yes.

14  Q   Are you able to recall -- when is your son's birthday?

15  A   April 13th.

16  Q   When did you break up with Mr. Royal or when did you two

17  break up?

18  A   It was around that time.  I don't know --

19  Q   In April?

20  A   It was in April, some time in April.

21  Q   So, if you met him in September of 2006 and you broke up

22  with him around your son's birthday in April, what year is that?

23  A   2008.

24  Q   So, did you date him for almost two years?  I'm having

25  trouble following you.

1  A    Yes.

2  Q    Do you know how long you dated him?

3  A    Not exact -- no.  I really don't.

4        THE COURT:  Do you have anything to refresh her

5  recollection as to the dates?

6        MR. FELTE:  Yes.  May I approach, Your Honor?

7        THE COURT:  All right.

8  BY MR. FELTE:

9  Q    Ms. Brown, do you remember testifying before the grand jury

10 on a second occasion?

11 A    Yes.

12 Q    And do you recall a person asking you questions regarding

13 certain dates?

14 A    Yes.

15 Q    Do you recall your answer talking about as far as you

16 remembering dates and you indicated your son's birthday, that

17 that was a reference point for you?

18 A    Yes, that we broke up, yes.

19 Q    And you son's birthday is in April?

20 A    Yes.

21 Q    Do you recall an answer or the question, "So, the time frame

22 we're about to talk about is between September and October of

23 2006 and April of 2007; is that correct?"  And your answer was

24 "Yes"?

25 A    Yes.

1   Q   Does that help you remember as far as the time frame that

2   we're talking about, between September, October of 2006 and

3   April of 2007?

4   A   Yes.

5   Q   It does?

6           THE COURT:  Can you let her read that?  Let her read

7   that and make sure that that refreshes her recollection as to

8   the dates.  Let her read it.

9   BY MR. FELTE:

10  Q   Go ahead and read that.  Let's just start from line 10 or

11  line 11 and read the whole thing.  Okay.  Read on down.  Take

12  your time.  Have you been able to read that?

13  A   Yes.

14  Q   After reading that, does that help you remember as far as

15  when this happened?

16  A   Yes.

17  Q   You need to --

18          THE COURT:  I need you to speak in there.  Based on

19  what you have read, does that refresh your recollection as to

20  when he moved in with you?

21          THE WITNESS:  Yes.

22          THE COURT:  When did he move in with you?

23          THE WITNESS:  I don't know the exact day --

24          THE COURT:  What year?

25          THE WITNESS:  -- but it was -- it was '06.

1          THE COURT:  What month?

2          THE WITNESS:  I can't recall of a month.

3          THE COURT:  And how long did the relationship go and

4   when approximately did it terminate?

5          MR. FELTE:  Your Honor, may I approach with another

6   document that may help?

7          THE COURT:  All right.  Based on that, is your

8   recollection refreshed, ma'am?

9          THE WITNESS:  No.

10         THE COURT:  All right.  It's not refreshed, at least on

11  that document.

12         MR. FELTE:  May I approach?

13         THE COURT:  All right.  Give her something else.  See

14  if that refreshes her recollection.

15  BY MR. FELTE:

16  Q   Ma'am, do you remember a point in time when a search warrant

17  was executed on your residence on May 21, 2007?

18  A   Yes.

19  Q   Had your relationship with the defendant ended at the time

20  this search warrant was executed?

21  A   Yes.

22  Q   So, at the time that you went to --

23         THE COURT:  Let her look at that and see if it

24  refreshes her recollection.

25         MR. FELTE:  Yes, Your Honor.

1        THE COURT:  I just need to be certain that she knows

2   what year she's talking about.

3        MR. FELTE:  Certainly, Your Honor.

4        THE COURT:  Let her see it.  Ma'am, you can read

5   through that and see if that refreshes your recollection as to

6   what year we're talking about.

7        MR. FELTE:  Yes, Your Honor.

8        THE WITNESS:  I remember that.

9   BY MR. FELTE:

10  Q   You need to keep your voice up.

11  A   Yes, I do remember that search warrant.

12       THE COURT:  All right.  Go ahead and ask her questions.

13  BY MR. FELTE:

14  Q   So, the time that you went to New York was before the search

15  warrant was executed at your residence on May 21, 2007; is that

16  correct?

17  A   Yes.

18  Q   Do you recall how many months prior to the execution of that

19  search warrant that you and the defendant went to New York,

20  generally?

21  A   No, I don't remember.

22  Q   Do you know if it was the day before the search warrant was

23  executed?

24  A   No, it wasn't the day before the search warrant.

25  Q   Was it the month before the search warrant was executed?

1   A   I don't remember.

2   Q   Okay.  Some time prior to May 2007; is that correct?

3   A   Yes.

4   Q   You do recall that?

5   A   Yes.

6   Q   Now, when you returned from New York purchasing the cocaine,

7   did you ever see that cocaine?

8   A   Yes.

9   Q   Keep your voice up, please.

10  A   Yes.

11  Q   Where did you see that cocaine?

12  A   It was in my house.

13  Q   And what, if anything, was the cocaine packaged in?

14  A   In a ziplock bag.

15  Q   How big was this bag?

16  A   Maybe a medium size bag.

17  Q   Can you show me with your hands about the size of it?

18  A   Maybe a bag like this (indicating).  I don't know how --

19  Q   May the record reflect it's approximately -- could you put

20  your hands up again and --

21  A   It's maybe a ziplock --

22  Q   Eight inches by eight inches?

23  A   Could be.

24  Q   What kind of cocaine was in that bag?

25  A   Powder cocaine.

1    Q    What did it look like?

2    A    White powder.

3    Q    Now, did you ever see the defendant do anything with the

4    cocaine that he had bought or that you had both purchased in New

5    York?

6    A    Yes.

7    Q    What did you see?

8    A    Him divide it up.

9    Q    What do you mean divide it up?

10   A    Separate it.

11   Q    How did he separate it?  When you say he separated the

12   cocaine, how did he do that?

13   A    He separated it.  He took some and put it in another bag

14   or --

15   Q    Where was this happening?

16   A    In my house.

17   Q    Where in your house?

18   A    In my bedroom.

19   Q    And where in your bedroom?

20   A    On the floor by my bed.

21   Q    What, if anything, did you see with the cocaine at that

22   time?

23   A    Can you repeat the question again.

24   Q    When you saw him dividing the cocaine up in your bedroom on

25   the floor, was there anything else on the floor besides the

1  cocaine?

2  A    A scale.

3  Q    What kind of scale?

4  A    A digital scale.

5  Q    Now, ma'am, when you loaned him this money to buy the

6  cocaine up in New York, did you expect to get any of your money

7  back?

8  A    Yes.

9  Q    What did the defendant tell you about how you would get your

10  money back?

11  A    He was going to sell it and give me the money back.

12  Q    In what form would the cocaine be sold?

13  A    Into crack.

14  Q    Did you ever see the defendant with crack cocaine in your

15  house?

16  A    Yes.

17  Q    Where?

18  A    In my bedroom.

19  Q    And where in your bedroom?

20  A    On the floor.

21  Q    What was the defendant doing with the crack cocaine at that

22  time?

23  A    Cutting it with a razor blade.

24  Q    And when the crack cocaine would be cut with a razor blade,

25  what would be done with it then?  What would the defendant do

1   with it then?

2   A   It would be put in a little sandwich bag.

3   Q   Did you ever get any of your money back from this cocaine

4   venture?

5   A   Very little.

6           THE COURT:  What does that mean, very little?

7           THE WITNESS:  I got some but I didn't get it all back.

8           THE COURT:  How much did you get back?

9           THE WITNESS:  I don't recall how much I got back.

10          THE COURT:  All right.

11  BY MR. FELTE:

12  Q   Did you ever ask the defendant about getting your money

13  back?

14  A   Yes.

15  Q   What did he say about it?

16  A   The person that was making it into crack he said kept

17  messing it up.

18  Q   Did he ever ask you to go to New York again to purchase

19  cocaine?

20  A   Yes.  He mentioned --

21          MR. TRAINOR:  Objection.  Leading.

22          THE COURT:  All right.  I'll overrule it.  Go ahead.

23          THE WITNESS:  Yes, he did mention it.

24  BY MR. FELTE:

25  Q   Did you agree to do it at that time?

1   A   No.

2   Q   Why not?

3   A   At that time Mr. Royal didn't have any money and I wasn't

4   loaning him any more money.

5   Q   Now, at the time you were dating the defendant, did you have

6   a cell phone plan?

7   A   Yes.

8   Q   Who was your service provider?

9   A   Sprint.

10  Q   Did the defendant have a cell phone at that time?

11  A   Yes.

12  Q   Do you know what that number was?

13  A   202-747-8977.

14  Q   Are you sure about that number?

15  A   Yes.

16  Q   Do you recall stating on another occasion that the number

17  was 202-747-8777?

18  A   That's what I said.

19  Q   I may have misunderstood you.  The last four digits were

20  8777?

21  A   Yes.

22  Q   Whose cell phone plan was that number on?

23  A   Mine.

24  Q   Now, did you ever look through the defendant's cell phone?

25  A   Yes.

1    Q    When you did that, what did you see?

2    A    A naked picture of a girl.

3    Q    Did you ever read any text messages on his cell phone?

4    A    Yes.

5    Q    Do you recall anything about those text messages?

6    A    Something about a girl.  I think they were going to meet up

7    or something, but she was in school, something about school.

8              THE COURT:  All right.  That's enough for today.  All

9    right.  Thank you.  We'll go ahead and come back tomorrow at --

10   madam clerk, 9:30?

11             THE DEPUTY CLERK:  Yes.

12             THE COURT:  9:30, ladies and gentlemen, for the

13   continuation of the trial.  9:30 tomorrow.

14             The witness is instructed to return tomorrow.

15   Ms. Brown, you are instructed to come tomorrow at 9:30 for the

16   continuation of your testimony.  Do you understand?

17             THE WITNESS:  Yes.

18             THE COURT:  All right.

19             (Proceedings adjourned at 3:55 p.m.)

20                    CERTIFICATE OF REPORTER

21        I hereby certify that the foregoing is a true and

22   accurate transcript of proceedings in the above-entitled matter,

23   to the best of my knowledge and ability.

24              _____
                        /s/
                 Gloria I. Williams
25               Official Court Reporter